United States District Court
For the District of Colorado

"Sue each Defendant in their
individual capacities For
Money Damages"

Kelu Millbrook
        Plaintiff

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2019

JEFFREY P. COLWELL
                CLERK

V.                            No.

Warden Matevousian, et al          "Invoke" ( APA ) Administrative
        Defendants                  Procedure Act 5 U.S.C. §§ 702 - 706
"Sue each Defendant in
their official capacities For injunctive relief"

"Emergency Preliminary And"
Permanent Injunction And
Temporary Restraining order

Upon the complaint the supporting affidavits
of Plaintiff and the Memorandum of law sub-
mitted herewith, it is:

ORDERED that Defendants [ Warden Andre
Matevousian; Healthcare Administrator HIMIIG;
Nurse Sanchez; Nurse Firth; Doctor Justin
Sterett; Correctional Officer lovelace; Unit
Manager Porco; Correctional Officer Morris; Correctional
Officer Ross; Case Manager Robinson; Counselor Hansen;
Case Manager Osland; EMT-Huddleston; Doctor Oba

Cause in Room _____   of the United States Court-   I Show
house [ Alfred A. ARRAJ Courthouse - 901 - 19th St, Room A
105 - Denver Colorado 80294 - 3589 ] on the Day of
____, 20 ____, at _____ O'clock, why A Preliminary
Injunction / Temporary Restraining order should not issue
pursuant to Rule 65 (a) of the FRCP enjoining the De-

- See Attached -

-1-

Fendants, their successors in Office, Agents and employees and all other persons acting in concert and participating with them From [ Harrassing, threatening me; To compel Medical staff Officials To Apply all Bureau of Prisons (BOP) Policys; Procedures and Protocols Pursuant to the Administrative Procedure Act (APA) 5 USC Sections 4020 - 4016 to Administer me my chronic care needs through Pill line or Self carry immediately and to stop taking my meds or unjustly having my meds stopped; To compel the Warden Mastevouskon to Tell his employees to stop Physically and sexually assaulting me; To stop opening my legal mail out of my Presence and stop taking my legal mail envelopes that does not contain contraband; To compel the Warden Mastevouskon to have A Medical Doctor or A Physician Assistant (PA) to be on site on call Ranges at ADX-Florence Five days A week to deal with inmates emergency and non-emergency Medical needs; To stop denying me Pens, Pencils,

-See Attached-

-2-

Writing Papers; yellow legal envelopes; white regular envelopes to file my legal Documents with the courts, also postage to send legal mail to the courts In Regards to my Pending cases In Different courts Due to Plaintiff being Indigent Pursuant to 28 C.F.R. §§ 540.201 (a), (b), (c), (e) (2016); To stop staff officials unit team from Denying me access to the courts by throwing my legal mail away; To compel unit team to Allow me to call my lawyers once A week to talk About my Pending cases; To compel the warden Mattevaulson to let me contact my family members like my Brother and sisters and my two Daughters because Due to my family not having a lot of money its hard for me to call them collect and i'm Indigent and they are to, also the Prison Phone system is very complicated to Make outside collect calls Due to the Phone company that Is In Contract with the ADX-Penitentiary; To stop

-3-                    -see Attached-

Staff Officials at the "ADX" From conspiring to violate my constitutional rights under the U.S. constitution of America; To compel the warden to make his laundry room employees to give me clothing exchanges of the items of New sheets; Blankets; shower shoes; gym shoes; Mattress; Pillow; socks; t-shirts; Boxers; shower curtain; pillow cases; Face Rags; Towels; Long sleeve shirts; pants; trash can; regular clothing exchanges Pursuant to BOP Policy; Also regular Blanket and sheets and towels exchanges Pursuant to BOP Policy; To compel the warden to have his unit team employees on each unit to give out new Mattresses and Pillows that are not torn up to All ADX Inmates, the Mattresses and Pillows here at the ADX are old and torn up; To compel the warden to make his employees in the Dentist Office to Clean my teeth and Fix and Fill my teeth immediately and to do Annual teeth cleanings and to respond to all ADX Inmates emergency and

— 4 —            —See Attached—

non-emergency Dental request
slips;

Judges signature

Date!

U.S. District Judge!

-5-