See Farmer v. Brennan, 511 U.S. 825, 834 (1994)

See Erickson v. Pardus, 551 U.S. 89, 94-95 (2007) Court liberally construed Prose complaint.

See Whitley Albers, 475 U.S. 312, 319 (1986)

**IN THE UNITED STATES DISTRICT COURT**

See Hudson v. McMillian, 503 U.S. 1, 9 (1992) "Excessive Force"

**FOR THE DISTRICT OF COLORADO**

See Estelle v. Gamble, 429 U.S. 97, 108 (1976)

Civil Action No. _____

(To be supplied by the court)

"invoke" (APA) 5 usc Admin. Procedure §702 Act

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 26 2019
JEFFREY P. COLWELL CLERK

John Milbrooks #13400-086, Plaintiff

See Dodds v. Richardson, 614 F.3d 1185, 1198 (10th Cir. 2010) "Supervisory liability claim"

1. Warden Andre Matevarsian _____

"Sue each Defendant in their individual capacities For Money Damages"

2. Healthcare Admin. H/M/W _____

"Sue each Defendant in their Official capacities For Injunctive relief"

3. Nurse Sanchez _____

4. Nurse Firth _____, Defendant(s). See Exhibits "A", "B", "C", "D"

"See Attached"

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

"Six-month inmate trust Fund ledger Attached"

**PRISONER COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

See Ramos v. Lamm, 639 F.2d 559, 5626; 1980 U.S. App. Lexis 13408 ***2, "Injunctive relief"

See Ashcroft v. Iqbal, 556 U.S. 662, 677 (2009) "Supervisory responsibilities"

"Additional Names"
Attachment

5. Doctor Justin Starott

6. Correctional Officer Ross

7. Correctional Officer Morris

8. Correctional Officer lovelace

9. Counselor Hansen

10. Case Manager Robinson

11. Case Manager Osland

12. EMT - Huddleston

13. Unit Manager Parco

14. Dr. oba          et al.

15. Physician Assistant Jennifer seroskI

16. Supervisor Amaya     et al.

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address.  Failure to keep a current address on file with the
court may result in dismissal of your case.*

Kalvin Milberooks #13400-026 - ADX - P.o. Box 8500 -
(Name, prisoner identification number, and complete mailing address)

Florence, Co 81226        "no other names"
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

_____ Pretrial detainee
_____ Civilly committed detainee
_____ Immigration detainee
_____ Convicted and sentenced state prisoner
__X__ Convicted and sentenced federal prisoner
_____ Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If
more space is needed, use extra paper to provide the information requested.  The additional
pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:   Warden Andre Matevousian
(Name, job title, and complete mailing address)

ADX - P.o. Box 8500 - Florence, Co 81226

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law?  _X_ Yes ___ No (*check one*).  Briefly explain:

Defendant contracting under Federal law
Federal employee.

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

individual for Money Damage And Insunctive relief for official
                                                                              Capacity

2

Defendant 2: **Healthcare Admin. Himlle**

(Name, job title, and complete mailing address)

**AIOX-P.O. Box 8500 - Florence, CO 81226**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

**Defendant acting under Federal law Federal employee**

Defendant 2 is being sued in his/her X individual and/or X official capacity.

**Both individual and official capacity For money And**

*Injunctive relief:*

Defendant 3: **Nurse sanchez - AIOX - P.O. Box 8500 -**

(Name, job title, and complete mailing address)

**Florence, CO 81226**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

**Defendant acting under the color of Federal law Due to being A Federal employee**

Defendant 3 is being sued in his/her X individual and/or X official capacity.

**Sue in their individual capacity For money Damages; sue in their Official capacity For injunctive relief. "see Additional Pages"**

**C.   JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ 42 U.S.C. § 1983 (state, county, and municipal defendants)

X *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

X Other: (*please identify*) **"Admin. Procedure Act" "APA" 5 USC § 702b - 706; 28 C.F.R. § 540.201 (a), (b), (c), (e); FRCP Rule 65 (a) Injunctive relief; 28 C.F.R. §§ 540.20 - 540.25; 42 U.S.C. § 1985 (a) - (3) "Conspiracy Claim" see "28 CFR § 540.18 - § 540.19" Special Mail And Legal Correspondence BOP Policy, Procedure and Protocol When opening inmates legal. Declaratory relief section 2201 § 2202.**

"B. Defendant's Information"

Defendant 4: Nurse Firth - ADX - P.O. Box 8500 - Florence, CO 81226 - Defendant is a Federal employee and was acting under the color of Federal law at the time the claims arose in this complaint. Defendant 4 is being sued in their individual capacity for money damages and in their official capacity for injunctive relief.

Defendant 5: Doctor Justin Sterett - ADX - P.O. Box 8500 - Florence, CO 81226 - Defendant is a Federal employee and was acting under the color of Federal law at the time the claims arose in this complaint. Defendant 5 is being sued in their individual capacity for money damages and in their official capacity for injunctive relief.

Defendant 6: Correctional Officer Ross - ADX - P.O. Box 8500 - Florence, CO 81226 - Defendant is a Federal employee and was acting under the color of Federal law at the time the claims arose in this complaint. Defendant 6 is being sued in their individual capacity for money damages and in their official capacity for injunctive relief.

"See Additional Page"

"B. Defendants Information "

Defendant 7: Correctional Officer Morris - ADX - P.O. Box 8500 - Florence, CO 81226 - Defendant Is A Federal employee and was acting under the color of Federal law at the time the claims arose in this complaint. Defendant 7 is being sued in their individual capacity for money Damages And in their official official capacity for Injunctive relief.

Defendant 8: Correctional Officer lovelace - ADX - P.O. Box 8500 - Florence, CO 81226 - Defendant is A Federal employee and was acting under the color of Federal law at the time the claims arose in this complaint. Defendant 8 is being sued in their individual capacity for money Damages and in their official capacity for Injunctive relief.

Defendant 9: Counselor Hansen - ADX - P.O. Box 8500 - Florence, CO 81226 - Defendant Is A Federal employee and was acting under the color of Federal law at the time the claims arose
— continued —

"See Additional Pages "

## B. Defendants Information

—continued— In this complaint. Defendant 9 is being sued in their individual capacity for money damages and in their official capacity for injunctive relief.

Defendant 10: Case Manager Robinson - ADX - P.O. Box 8500 - Florence, CO 81226 - Defendant is a federal employee and was acting under the color of federal law at the time the claims arose in this complaint. Defendant 10 is being sued in their individual capacity for money damages and in their official capacity for injunctive relief.

Defendant 11: Case Manager Osland - ADX - P.O. Box 8500 - Florence, CO 81226 - Defendant is a federal employee and was acting under the color of federal law at the time the claims arose in this complaint. Defendant 11 is being sued in their individual capacity for money damages and in their official capacity for injunctive relief.

\\ See Additional Pages \\

"13. Defendants Information"

Defendant 12: EMT-Huddleston - ADX - P.O. Box 8500 - Florence, co 81226 - Defendant is A Federal employee and was acting under the color of Federal law at the time the claims arose in this complaint. Defendant 12 is being sued in their individual capacity for money Damages and in their official capacity for injunctive relief.

Defendant 13: Unit Manager Porco - ADX - P.O. Box 8500 - Florence, co 81226 - Defendant is A Federal employee and was acting under the color of Federal law at the time the claims arose in this complaint. Defendant 13 is being sued in their individual capacity for money Damages and in their official capacity for injunctive relief.

"See Additional Page"

"B.) Defendants Information"

Defendant 14: Doctor Oba-ADX-P.O. Box 8500-Florence, CO 81226 - Defendant Is A Federal employee and was acting under the color of Federal law at the time the claims arose in this complaint. Defendant 14 Is being sued in their Individual capacity For money Damages and in their official capacity For Injunctive relief.

Defendant 15: Physician Assistant Seroski-ADX-P.O. Box 8500-Florence, Co 81226-Defendent Is A Federal employee and was acting under the color of Federal law at the time the claims arose in this complaint. Defendant 15 Is being sued in their Individual capacity For money Damages and in their official capacity For Injunctive relief and declaratory relief.

"See Additional Page"

"B. Defendant's Information"

Defendant | 16: Supervisor Amaya - ADX - P.O. Box 8500 Florence, CO 81226 - Defendant is A Federal Employee and was acting under the color of Federal law at the time the claims arose In this complaint. Defendant 16 is being sued In their individual capacity For money damages and In their official capacity For Injunctive relief.

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Deliberate Indifference TO A Serious Medical Need; 1st Amend. retaliation; reanble obvious to court's; excessive Force; conspiracy; supervisory liability 8th Amend.

"Failure to Protect" "relations" "inhumane living condition"

Supporting facts: 1. At all times relevant to this cause, Plaintiff Kelm Millbrooke was A Federal Inmate at ADX-Florence Penitentiary and was housed in 10-Blocks.

2. on or About 4-28-19 between the hours of 3 to 6 PM 10-Blk Cell-604 evening watch at Administrative Maximum security United States Penitentiary (ADX) (USP) in Florence Colorado. I was spit on and sprayed with pepper spray-Mace by A correctional Officer name "Ross" (C.O.) while A unknown C.O. stood back and watched. I asked C.O. Ross For My Passover meal that he was trying to deny me.

3. C.O. Ross stated "Millbrooks" all you do is run your Fuckin mouth and File lawsuits on staff here at the "ADX" Florence "USP"

4. I told C.O. Ross that I have never did any thing to him before, but IF he did not give me my Passover Meals I will File a lawsuit against him.

4

"See Additional Pages"

"D. Statement of Claims"

Claim 1:

8th Amend. Violation of Deliberate Indifference T.O.A. Serious Medical Condition; 1st Amend. Retaliation; Denial of access to the courts; Supervisory liability; conspiracy; excessive force; Failure to protect;

supporting facts:

5. C.O. Ross then gave me the Passover tray and left but came back around 30 to 45 later with the unknown staff official to pick up the Food trays and trash.

6. I then told C.O. Ross to just give me my Food trays when he passed them out to all inmates on the range.

7. C.O. Ross then spit on me, then pulled out his bottle of Pepper spray and began to spray me in my Face area.

8. I began choking and my eyes were burning and I then told C.O. Ross that I needed a Doctor and to get me some Medical treatment Due to my eyes, skin burning and me choking, and being in severe pain and suffering and experiencing mental and emotional distress;

—continued—

"See Additional Page"

"10. Statement of Claims"

**Claim 1:** 8th Amend. Violation of Deliberate Indifference to A serious Medical need; 1st Amend. retaliation; Denial of access to the courts; Supervisory liability; conspiracy; excessive force; Failure to protect;

**Supporting Facts:** — continued — C.O. Ross committed an 8th amend. violation of excessive Force against me of cruel and unusual punishment; he also committed A 1st amendment retaliation violation against me. This was done Maliciously and sadistically to cause Harm to me by C.O. Ross.

9. C.O. Ross refused to get me any Medical treatment and said to me "I hope ya die". Thus committing A 8th Amend. Violation of Deliberate Indifference to A serious medical need.

10. C.O. Ross also said to me "File your Fuckin lawsuit against me now I don't care. This will teach you about Filing lawsuits against me and other stuff here at the "ADX" Making me Fear For My life, health, and safety at all times while In the BOP.

"See Additional Page"

## "B. Statement of Claims"

**Claim 1:** 8th Amend. violation of Deliberate Indifference; To a Serious Medical condition; 1st Amend; retaliation; Denial of access to the courts; supervisory liability; conspiracy; excessive force; Failure to protect;

**Supporting Facts:**

11. On or About 4-24-19 between the hours of 6 to 11am morning watch on 10-B Range cell-B04 at ADX-Florence Case manager Robinson came thru to pickup legal mail who was Filling in For counselor Hanson whom was at home on sick leave, stopped at my cell-B04 10-unit and I told him that I was sprayed with Pepper Spray on 4-23-19 evening watch by C.O. Foss and was Denied medical treatment and I needed An admin. remedy which would be A BP8 informal resolution to file on C.O. Foss.

12. Case manager Robinson refused to give me any admin. remedies to file anymore lawsuits against any staff officials at "ADX" thus making the admin. remedies" unavailable to me.

"See Additional Page"

## "10. Statement of Claims"

8th Amend. Violation of Deliberate Indif-
ference to A serious Medical need; excessive
Force; Failure to Protect; 1st Amend. retaliation;
Denial of Access to the Courts; conspiracy;

**Claim 1:**

**Supporting Facts:** 13. I'm in constant fear for my life, health
and safety being in imminent danger
from staff officials and inmates
throughout the BOP and here at
ADX-Florence. I also suffer from
the symptoms of injuries of Blurred
Vision, skin rash, skin itching and
burning in my face, eyes and chest
area, also symptoms of Post traumatic
Stress Disorder (PTSD) along with
symptoms of Depression, Paranoia,
Anxiety, Insomnia, nightmares and
severe breathing trouble. See Ex. "C"

14. On or about the month of October
2014 the Dates of each weekday
in October when unit team counselor
Hansen, case Manager Oslund and
unit Manager Barco came on 12-Blk
to My cell. I would ask if I could
get writing materials like Pencils,

"See Additional Page"

"15. Statement of Claims"

Claim 1: 8th. Amend. violation of Deliberate Indifference to A serious medical need; excessive Force; 1st Amend. Retaliation; Denial of access to the Courts; Conspiracy; Failure to Protect;

Supporting Facts: -continued- Pens, Paper, Legal en- velopes and regular envelopes to File My Legal Documents with the Courts.

15. counselor Hansen, case manager os- land and Robinson, along with unit manager Payco said that here at ADX-Florence Staff officials Don't give out those materials.

16. They said that the First week of every month the unit correc- tional officers come around to each Inmates cell and give out one writing tablet that has (50) Fifty sheets of Paper and ten (10) white mail- ing envelopes and one pencil that is the size of My pinky Finger, and no pens.

"See Additional page"

"10. Statement of Claims"

Claim 1: 8th Amend. of Deliberate Indifference to A Serious Medical need; excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; Conspiracy;

Supporting facts: 17. I have to sell Food off my trays to get other Inmates to get me extra paper, pens, pencils, Legal envelopes, and regular white envelopes to File my legal documents to the courts for my pending cases.

18. Also indigent inmates must write a request slip to the laundry office when you send your dirty laundry out twice a week to get laundry staff to send Inmates pens, and most of the time when you write a request for a pen laundry staff do not send pens back to Inmates or me. This being a clear 1st Amend. violation of denial of access to the courts; And an Abuse of Bop Policy, Procedure and Protocol pursuant to 28 C.F.R. § 540.201 (a), (b), (d), (e) (2010) See Bounds v. Smith, 450 U.S. 817, 824, 828 (1977). "Prisoners have A Fundamental right to adequate and meaningful access to courts to challenge violation of rights."

"See Additional Page"

"D. Statement of Claims"

Claim I: 8th Amend. violation of Deliberate indifference to A serious medical need; excessive force; Failure to protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

Supporting Facts: 19. Counselor Hansen has denied me pens, pencils, paper and legal envelopes every since I've been here from October 2017 until the present day of August 2019. Thus being A 1st Amend. violation of Denial of Access to courts. See "Bounds v. Smith" 430 U.S. 817, 824, 828 (1977) "Right of access not violated when prison officials provided five (5) stamps per week for stamps and additional advance of $36 for legal mail postage." See Also 28 CFR §§ 540.21 (a),(b),(c),(d) C2016)

20. I have showed Counselor Hansen, case Manager Island and Robinson, and unit Manager Porco that I have pending court cases. See case No. Millbrook v. USA et al #3:11-cv-00131-JEJ-KM; see Millbrook v. USA #1:18-cv-02667-GPG; Millbrook v. Cox et al #1:18-cv-01014-JES; see Millbrook v. Spitz et al #1:18-cv-01962; See Millbrook v. Michael F. Murphy et al #2018 Li

"See Additional Pages"

## "13. STATEMENT OF CLAIMS"

| | |
|---|---|
| Claim 1: | 8th Amend. violation of Deliberate Indifference to A serious medical need; excessive force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy |

| | |
|---|---|
| Supporting Facts: | 201. The Unit counselor Hanson, case Managers Osland and Robinson, Also Unit Manager Parco come around each week and Pick up and Deliver legal Mail to Me and other Inmates. Inmates who have money in their Inmate-trust-fund accounts can purchase Legal envelopes, Pens, Paper and regular white letter envelopes. See ADX-Florence commis- sary list EX. "C". I'm Indigent and have to rely on the unit team and cor- rectional officers to give stamps and writing material to send out my legal Documents. |
| 202. | The Unit team knows that I'm Indigent, locked Inside A cell 23 and I have A day and have to rely on them to send out My Legal Mail. |

\\See Additional Pages\\

**"B. Statement of Claims"**

**Claim 1:** 8th Amend. violation of Deliberate Indifference to a serious Medical need; excessive force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

**Supporting Facts:** 23. The unit team has denied me legal supplies since I've been here from October 2014 until present day August 2019. Thus denying me "access to the courts" Thus violating BOP policies Pursuant to 28 CFR §§ 540.201 (a) (b) (d) (e) (2016). See Bounds v. Smith, 430 U.S. 817, 824, 828 (1977)

24. The unit team counselor Hansen, case Manager Osland, Robinson, and unit Manager Perez told me that I'm a lawsuit Filer and they won't assist me to File lawsuits or grievances against ADX-Florence staff officials by giving me grievances and legal supplies. This being a clear 1st Amend. retaliation and denial of access to the courts. Also Making the admin. remedies "unavailable". they've also conspired to violate My constitutional rights thru an implied and expressed agreement between themselves. and other ADX staff officials named in this lawsuit.

"See Additional Page"

"12. Statement of Claim"

**Claim 1:**

8th Amend. Violation of Deliberate Indifference to A Serious Medical Need; Excessive Force; Failure to Protect; 1st Amend. Retaliation; Denial of access to the courts; conspiracy

**Supporting Facts:**

205. I've asked Counselor Hansen for grievance forms like BP8's Informal Resolutions; BP9's; BP10's and BP11's to file against him and other staff officials and was denied on numerous occasions like the dates of 10-3-18; 11-14-18; 1-7-19; 4-25-18; All of March 2019; and April 2019. Thus Making the grievance process unavailable to me.

206. The Unit team Counselor Hansen, case managers Robinson and Osland and unit manager Porco are opening my mail (legal mail) and making copies and reading it out of my presence and confiscating my legal envelopes for no just cause. I've never had any contraband sent to me through the mail or any trouble with my mail coming here to the prison or any other BOP prison. The dates when my legal mail was opened, copied and read out of my presence and my legal envelopes taken were on the dates of 4-4-19 at

—continued—

"see Additional Pages"

**"10. Statement Of Claims"**

**Claim 1:** 8th Amend. violation of Deliberate Indifference to A Serious Medical need; excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of Access to the courts; conspiracy

**Supporting Facts:** -continued- 12 PM; 5-20-19; 5-23-19 at 12 PM Delivered by case Manager Robinson and case Manager Coulson Also the Dates of 5-6-19 and 4-8-19 Delivered by case Manager Robinson at 12 PM; On the Dates of 4-28-19; 4-24-19; 8-6-19 at 12 PM counselor Hansen Delivered My open, copied and read, then confiscated My Legal envelopes by counselor Hansen. Thus violating 1st amend. retaliation and BOP Policy See 28 C.F.R. §§540.18 Special Mail and 540.19 Legal correspondence. -Two Front of the envelopes are Marked "Special Mail-open In the Presence of the inmate". In which they did not Follow Policy of opening, reading and confiscating and copying My Legal Mail. Unitmanager Purco And case Manager osland opened, read, and copied My legal mail on 6-28-19; and 6-11-19 at 12 PM. Thus violating My 1st Amend. rights and BOP Policy Pursuant to 28 C.F.R. §§540.18-540.19 Legal mail correspondence. Legal mail read out of My Presence and copied, see Ex. "c"

-continued-

"See Additional Pages"

"D. Statement Of Claims"

| | |
|---|---|
| Claim 1: | 8th Amend. Violation of Deliberate Indifference to a serious medical need; excessive force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy |
| | |
| Supporting; Facts | - continued - I had to sign a piece of paper to receive the open legal mail from the unit team staff named and the had to sign their names on the paper to showing who delivered the legal mail but sometime there were two staff delivering the mail and I only see one name sign on my legal mail receipt. See Ex. "C". |
| | |
| 2M. | On or About 1-26-19 Morning watch on D-Block at ADX-Florance between 6 to 11am I gave Counselor Hansen my legal mail addressed to the State of Illinois Appellate Court 4th District - 201 West Monroe Street - Springfield Illinois 62704 to File an Appeal on a State civil claims case out of livingston county circuit courthouse - 110 North Main street - Pontiac Illinois 61764, case no. Millbrook, v. Micheal J Murphy # 2018 LI 1Dealing ⟶ continued ⟶ |
| | |
| | "See Additional Pages" |

**12. Statement of Claims**

**Claim 1:** 8th Amend. violation Deliberate Indifference to A serious medical need; excessive force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

**Supporting Facts:** - continued - with A non-Frivolous claims regarding conditions of confinement, see Ex. "A".

28. The court of Appeals for the 4th District Approved my notice of Appeal and gave me A case no. 4-18-0844.

29. To complete the Appeal Process I had to File A Docketing statement, Proof of service and A Filing fee waiver along with my six-month trust-Fund ledger to show that I'm indigent and unable to Pay the $50 Filing fee. See Ex. "B"

30. I submitted these Documents with case Manager Robinson on or About 1-4-19 Morning watch 12-1814, between 10 to 11 AM at A10x-Florence.

"See Additional Page"

"12. Statement of Claims"

| | |
|---|---|
| Claim 1: | 8th Amend. violation Deliberate Indifference to A Serious Medical need; Excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the Courts; conspiracy |
| Supporting Facts | 31. On 1-18-19 I received A notice from the Court of Appeal 4th District Clerk of the court - 201 W. Monroe st. - Spring-Field Illinois bureau stating that the Docketing statement is over due as of 1-16-19 " See 1-18-19 court notice " |
| 32. | On 1-21-19 I notified Counselor Hansen to check the records to see when case Manager Robinson sent my legal Mail that I gave him on 1-4-19 morning watch 12-131K between 6 to 11 am that contained the Docketing statement and Waiver of Filing Fee that was to be sent to 4th District Appellate court but counselor Hansen refused. Thus violating my 1st amendment right of access to the courts. |
| 33. | I told counselor Hansen that I need A court Deadline as of 1-16-19 and -continued- |

"See Additional Page"

## "D. Statement of Claims"

| | |
|---|---|
| Claim 1: | 8th Amend. Violation of Deliberate Indifference to A serious Medical need; Failure to Protect; 1st Amend. retaliation; excessive Force; Denial of Access to the courts; Conspiracy |

**Supporting Facts;**

- continued- an extension of time within 14 days from the date of the 1-19-19 notice in which I gave counselor Hansen the legal Mail on 1-21-19 that contained an extension of time to file to the state of Illinois Appellate court 4th District.

34. Counselor Hansen took it but never filed it because on 2-19-19 the 4th District Appellate court State of Illinois Dismissed My Appeal on case No. 4-18-0844 Millbrook v. Murphy livingston county case No. 18 L which counselor Hansen denied Me "access to the courts" and A 1st Amend. retaliation violation.

35. I am locked inside A cell at ADX Florence 23 and 1 hours A day, I have to give all My Legal Mail to
-continued-

"See Additional Page"

"D. Statement of Claims"

__Claim 1:__ 8th Amend. violation of Deliberate Indifference to A serious medical need; excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

__Supporting Facts__ : -continued- the unit team Hansen, Osland, Robinson and Porco, all regular out going mail goes out on the evening watch with the correctional officers; I have no control over the legal or regular mail getting to the institutional mail-room, only staff officials do.

__3b.__ I confronted counselor Hansen and case manager Robinson on or about 2-24-19 morning watch on D-B1Kz between the hours of 12 to 2 PM at ADX-Florence in regards to my legal mail not being sent to the 4th District Illinois State Appellate court in regards to my claims of staff officials at Livingston county jail committing an assault and battery, negligence, torture, pain and suffering, Denial of medical treatment, mental and emotional in-tentional infliction of Distress.

"See Additional Page"

## "D. Statement of Claims"

**Claim 1:** 8th Amend. Violation of Deliberate Indifference to A serious Medical Need; excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

**Supporting Facts:** 37. Plaintiff case was Dismissed in state of Illinois circuit court of Judicial circuit #11 - LeAnn Dixon is the clerk of the court - livingston county - 110 North Main Street - Pontiac Illinois 61764; caseno. 2018 L1 Millbrook v. Michael J. Murphy. see Exhibits "A" and "B".

38. MY case was Dismissed For Failure to Appear on 11-13-18 at 10:00 Am in courtroom 3 For A case Management conference.

39. Plaintiff was and has been locked up at ADX-Florence colorado since November 2016.

40. Plaintiff went on A court writ from ADX-Florence on or About July 2014 and was housed at livingston county Jail until August 2014 and taken
- continued -

"see Additional Page"

"10. Statement of Claims"

**Claim 1:** 8th Amend. of Deliberate indifference to A serious Medical need; Excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the Courts; conspiracy

**Supporting Facts:** —continued— reacts to ADX-Florence and i've been here ever since the 4-28-14 incident at the Livingston County Jail of me being tasered.

41. Plaintiff filed an Appeal in the 4th District Illinois Appellate court for State courthouse in Livingston County Pontiac Illinois Dismissing my case for Failure to Appear and Denial of Motion for Appointment of Counsel.

42. Plaintiff confronted counselor Hansen and case manager Robinson on or about 12-24-19 about not Filing my legal Documents on or about 12-4-19 and 1-21-19 to be sent to State of Illinois Appeals Court 4th District and counselor Hansen and case manager Robinson told me "Millbrooks all you do is File all these Lawsuits on correctional Officers We threw your legal Mail away." This

—continued—

"See Additional Page"

"IO. Statement Claims"

| | |
|---|---|
| Claim 1: | 8th Amend. of Deliberate indifference to A serious medical need; excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy |
| | |
| Supporting: Facts: | -continued- Was A violation of my 1st Amend. right of Denial of access to the court and retaliation, also a conspiracy to deprive me of my constitutional rights on the part of Hansen and Robinson has deprived me of my arguable claims that were non-frivolous, and the reaction inflicted an actual injury Due to my case in Appeal court Hweraksin at Illinois being Dismissed because of Hanson and Robinson throwing my legal documents and mail away. see Ex. "A". See Millbrook v. SPH Z et al # 1:18-cv-01962; see Millbrook v. USA # 1:18-cv-02067; these are Pending cases against ADX-Florence staff officials. |
| | |
| 43. | Plaintiff asked counselor Hanson For A grievance which would be A BP8 Informal resolution to start -continued- |
| | |
| | "See Additional Page" |

"D. Statement of Claims"

**Claim 1:** 8th Amend. Violation of Deliberate Indifference to A Serious Medical Need; Excessive Force; Failure to Protect; 1st Amend. Retaliation; Denial of Access to the Courts; Conspiracy

**Supporting Facts:** -continued- the administrative remedy process to write Hansen and Robinson up for 1st Amend. retaliation; Denial of access to the courts and conspiracy to deprive me of my U.S. Constitutional rights in which he denied me, which made the admin. remedies "unavailable" to me. There was no way to rectify my case that was dismiss in the Illinois Appellate Court 4th District through the admin. remedies procedure due to my case being in state of Illinois courthouses and I'm a Federal inmate.

44. On or about 8-9-19 between 12 to 3pm D-Blk cell-b05 at ADX-Florence Colorado Unit Manager Porco, Correctional Officer Morris and correctional officer Lovelace came to my cell-b05 with at least 4 to 5 other unknown C.O.s
-continued-

"See Additional Page"

**\\ D. Statement of Claims //**

| | |
|---|---|
| **Claim 1:** | 8th Amend. violation of Deliberate Indifference to A serious Medical need; excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy; Inhumane living conditions |
| **Supporting Facts:** | -continued- and told me to come to this cell door and cuff up so they could search my cell-605 in which I replied "For what?" |
| **H5.** | C.O. Morris said "Millbrook you know why we are shaking you down for, Filing A lawsuit on Lieutenant Murton, Assistant warden Spitz, C.O. collins and C.O. Cochran". See case nos. Millbrook v. Spitz, et al # 1:18-cv-01962 And Millbrook v. USA # 1:18-cv-02667-GPG, Thus violating my 1st amend. right of retaliation and conspiracy. |
| **H6.** | I complied and was cuffed up by C.O. lovelace and C.O. Morris while unit Manager Porco and the unknown correctional officers (c.o.s) stood out in the Hallway on D-Blk. |
| | \\ See Additional Pages // |

## "D. Statement of Facts"

| | |
|---|---|
| Claim 1i | 8th. Amend. Violation of Deliberate indifference to A serious medical need; excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy |

**Supporting Facts:**

44. I told C.O. lovelace and C.O. Morris that the hand restraints were to tight cutting off my Blood circulation, and to Please loosen them. That's when unit Manager Porco said "Millbrook stop complaining; maybe this will teach you to keep your mouth shut and stop you from Filing Lawsuits on staff here at A.D.X-Florence Colorado." This being A clear 1st Amend. retaliation, conspiracy to violate my constitutional rights and an 8th. Amend. excessive Force claim and A Failure to Protect claim against C.O. lovelace; C.O. Morris and unit Manager Porco. C.O. lovelace Put the cuffs on me tight. C.O. Morris Failed to intervene, Protect and report also Porco. And 1st Amend. retaliation by C.O. lovelace, C.O. Morris and Porco Due to me Filing Lawsuits against other Staff/officials at ADX-Florence Prison; and A conspiracy to violate my constitutional right by Morris, lovelace and Porco.

"See Additional Pages"



## "12. Statement of Claims"

**Claim 1:** 8th Amend. Violation of Deliberate indifference to serious Medical need; excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

**"Supporting Facts":**

48. C.O. lovelace And C.O. Morris escorted me on 12-8-18 to run Me to A recreation enclosure where inmates go For exercise and left me in there with the 4 point-3 restraints on, and when I complained they meaning lovelace took the restraints OFF and I was left in the rec enclosure For over two hours.

49. C.O. lovelace and Morris Finally came and got me out of the rec enclosure; lovelace put me in cuffs and Applied the hand restraints tight again. I told lovelace and Morris to loosen the restraints, and that I was going to File A lawsuit against them For violating My 1st Amend. right of retaliation, my 8th Amend. right being violated due to cruel and unusual Punishment of Pain
                                                        -continued-

See Additional P. 35

"13. Statement of claims"

Claim 1: 8th Amend. violation of deliberate indifference; excessive force; Failure to protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

Supporting Facts: —continued— and suffering being inflicted on me with malicious and sadistic and evil intent by C.O. lovelace who applied the restraints; C.O. Morris failed to protect me or report lovelace's action of excessive force inflicted upon me; Plus lovelace and Morris committed a conspiracy to violate my constitutional right to hinder me from exercising my rights of redress. C.O's lovelace and Morris were in an implied and expressed agreement to do me harm. I told unit manager Brato to give me a BP8 Florence to file on Porco, lovelace and Morris; he refused making the admin. remedies process unavailable to me.

"See Additional Pages"

**12. State Short of Claims:**

**Claim 1:** 8md Amend. Violation of Deliberate In-difference to a Serious Medical Need; Excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; Conspiracy

**Supporting Facts:** 50. C.O. lovelace and Morris put me back Into 10-b05 cell and took the hand-re-straints off me and that's when C.O. Mor-ris said to me "millbrook, I work over in the "Pen" meaning the "Florence Penitentary" and I don't care if you File a lawsuit on me, you can find me over at the "Pen";

51. I then began looking to see what they took out of my cell-b05, that's when unit manager Porco, C.O. lovelace; and C.O. Morris said that they took My chronic care medications that are presribed by A Bureau of Prison Doctor For the symptoms of (1) lsinopril 40mg "I take For High Blood Pressure"; (2) Gemfibrozil 800mg "I take For bad Cholesterol"; (3) Propranolol 40mg "I take For Migraine Headaches and

— Continued —

"See Additional Pages"

**"10. Statement of Claims"**

| | |
|---|---|
| Claim 1: | 8th Amend. violation of Deliberate Indifference to A serious Medical need; excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy |
| Supporting Facts: | -continued- High Blood Pressure."; C4) Ibuprofen 800mg "I take For Back Pain, Neck Pain, Shoulder Pain"; C5) Aspirin 81mg "I take For Blood thinner and heart"; C6) Black tar Shampoo "I use For Itching and bad Dandruff."; C7) Fluocinonide cream "I use For Bad Skin Problem."; C8) Ranitidine "I use For acid reflux"; C9) Nasal Spray "I use For Bad Sinus Problem." See Exh. "10" |
| 52. | I told Porco, Lovelace, and Morris those meds are Chronic care Medication Prescribed by A Doctor and that I'm suppose to take the meds everyday Due to life threatening symptoms, and to give them back. I even showed them My medical records showing<br>-continued- |

**"See Additional Facts"**

\\ D. Statement of Claims

| | |
|---|---|
| Claim 1: | 8th Amend. Violation of "Deliberate Indifference to A serious medical need"; excessive Force"; Fail-Ure to Protect"; 1st Amend. retaliation; Denial OF access to the courts"; Conspiracy |
| | |
| Supporting Facts: | -continued- that the meds were prescribed to me to have by A Doctor Olaso and Dr. Sterett that works here at ADX-Florence "see Exhibits "D" but Porco, lovelace and Merts told me "no Millbrook you are not getting your meds back". And unit manager Porco said "Millbrook We hope you die For all the trouble you've Caused" this being A clear 8th Amend. Violation oF Deliberate Indifference or Denial oF A serious medical need"; 1st Amend. retaliation claim and conspiracy to violate MY Constitutional rights under an implied and expressed agreement that did not comply with Bureau OF Prisons policies, Procedures or Protocol or any BoP rules or regulations by coming into my cell-bo5 D-Block and taking my chronic care meds. They never wrote me A disciplinary report For having any Contraband inside cell-bo5 or A shake down slip to Justify them searching my |

-continued-

\\ see Additional Page 7

## 10. Statement of Claims

| | |
|---|---|
| Claim 1: | 8th Amend. Violation of deliberate indifference to a serious medical need; excessive force; failure to protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy |
| Supporting Facts: | -continued- cell-605 and confiscating my prescribed by A doctor chronic care meds Also A failure to protect or report claim by these defendants. |

53. Porco, Lovelace and Morris left off the range with the unknown staff officials with all my chronic care medications putting me in imminent danger of me not able to take my chronic care meds at the prescribed times in which I take the meds at different times everyday like some meds I am suppose to take in the morning and some in the evening.

54. I talked to 4 nurse Sanchez and C.O. Lovelace on or about 8-9-19 evening watch between the hours of 3 to 6 pm at ADX-Florence about why C.O. Lovelace who took my meds on morning watch with C.O. Morris and unit manager Porco about -continued-

"See Additional Pages"

## 10. Statement of Claims

Claim II: 8th Amend. Violation of Deliberate Indifference to A serious medical need; Excessive force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

Supporting Facts:

-continued- me getting my meds back and who took my meds, and where my meds were taken.

55. Nurse Sanchez and C.O. lovelace told me that my meds were taken by C.O. morris, C.O. lovelace and unit manager porco earlier on 8-9-19. Nurse Sanchez said he had my meds with him and was taking them back to the ADX pharmacy and he denied to give them back to me even when I showed nurse Sanchez my medical records and that I was in severe pain and experiencing headaches, chest pain, neck pain, back pain, shoulder and hand pain from me not taking my meds at the prescribed time that evening. Thus violating my 8th Amend. right of Deliberate Indifference to A serious medical need and conspiracy to violate my constitutional right demostrated by Sanchez and lovelace under an implied and expressed

-continued-

*See Additional Pages*

"10. Statement of Claims"

**Claim I:** 8th Amend. violation Deliberate Indifference to a serious Medical need; 'excessive Force'; Failure to Protect'; 1st Amend. retaliation; Denial of access to the courts; conspiracy

**Supporting Facts:** -continued- agreement to deprive me of my rights under the U.S. Constitution. See 42 USC § 1985 and BOP Policy under the (APA) the Administrative Procedure Act 5 USC § 702 - § 706 Dealing with Healthcare giving and taking inmates Medication." See Also Exh. "10"

**5b.** On or About 8-10-19 morning watch between 7 to 11am 10-Block cell-605 at ADX-Florence I was experiencing severe Pain in my head, chest, neck, back, shoulder and arm right side From me not taking my chronic meds that were taken by Staff on 8-9-19. My Blood Pressure was high and I was seen by a nurse Firth who comes around For Pillline. I asked nurse Firth to take my Blood Pressure due to me being in severe Pain in my chest area and elsewhere, like head, back, neck, shoulder and arm area due to my chronic care meds being confiscated
-continued-

"See Additional Pages"

"10. Statement of Claims"

Claim 1: 8th Amend. Violation Deliberate Indifference to A Serious Medical Need; Excessive Force; Failure to Protect; 1st Amend. Retaliation; Denial of access to the courts; conspiracy

Supporting Facts #: -continued- the day before on 8-9-19 morning watch by C.O. Lovelace, C.O. Morris and unit-manager Forco along with the evening-watch nurse Sanchez. Nurse Firth refused me emergency medical treatment; Thus violating my 8th amendment rights of Deliberate Indifference to A serious medical need. Nurse Firth Also said that she knew that Dr. Justin Sterett Discontinued my chronic care meds. I asked her for what? she would not give me A reason.

57. I wrote A sick call request slip to Healthcare to Doctor Sterett, Dr. Obao and the Healthcare Administrator H.Mile stating that under BOP Policy, Procedure, and Protocol they were violating my 8th Amend. rights of Deliberate Indifference to Denial of my serious medical needs
-continued-

"See Additional Pages"

"10. Statement of Claims"

Claim 1:

8th Amend. violation of "Deliberate Indifference to A serious medical need; Excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

Supporting Facts:

-continued- supervisory liability due to the illegal tapering and Discontuing my Chronic care meds and the unwritten rules that Don't coincide with BOP Policies, Procedures & Protocols that Justify my meds being taken and Dis-Continued. Tog the Healthcare Admini-Stration. Thus under an implied and expressed agreement between ADX Healthcare officials and ADX Correctional Officers. This is A clear act of A conspi-racy to violate my Constitutional Rights under the U.S. Constitution. Pursuant to 42 U.S.C. §1985 and the Administrative Procedure Act (APA) 5 U.S.C. §702 §706. I sent the sick call emergency requests slip with evening watch on or about 8-10-19 between the hours of 3 to 5 PM with nurse sanchez, who still denied me my meds and medical treatment. Thus violating the 8th Amendment.

—continued—

"See Additional Pages"

"12. Statement Of Claims"

**Claim 1:** 8th Amendment Violation of Deliberate Indifference to A Serious Medical need; excessive Force; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

**Supporting Facts:** -continued- Deliberate Indifference to A serious medical need. Without me taking my chronic care meds I'm at High risk to have a stroke or A heart-attack and die! I suffer severe pain at all times while off my meds. see Exhibits "10".

58. Nurse Sanchez said that Dr. Sterett and Dr. Oba took me off my chronic Care meds for no Justified reason "see" Exhibits "10"; Dr. Oba upon my arrival here at ADX-Florence in the month of November 2016 took me off my chronic Care meds of Flunisolide Nasal Spray stating that I would have to buy my Prescribed by A BoP Physician Assistant at Lewisburg USP nasal spray off the commissary when I'm indigent and under BoP Policy, the Healthcare is suppose to supply me with any Prescription For chronic care. Dr. Oba, Dr. Sterett and Healthcare Admin.
-continued-

"see Additional Page"

**"10. Statement of Claims"**

Claim 1: 8th Amend. violation of Deliberate Indifference to A serious medical need; excessive Force; Failure to Protect; inhumane living conditions; 1st Amend. Retaliation; Denial of access to the courts; conspiracy

38A: -continued- HMHC are unjustly interfering with medication already prescribed by A Doctor and in violation of the administrative Procedure Act 5 U.S.C. §702-#706. I suffer Pain from Headaches, back, chest, neck, shoulder, arm, and sinus problems. see Exh. "D".

39. I sent the warden A note through the evening watch 10-B1k guard on 8-12-19 Warden Andre Matevousian never responded to my request to have his medical Dir. obey Dr. Justin Sterett and Healthcare Admin. HMHC to stop violating my 8th amend. rights of Deliberate Indifference to my serious medical needs and Put me back on my chronic care meds see Exh. "D". To have his staff officials unit Manager Porco, C.o. lovelace,
— continued —

**"See Additional Pages"**

## "10. Statement of Claims"

**Claim 1:** 8th Amend. violation of deliberate Indifference to A serious Medical needs; excessive Force; failure to Protect;

Inhumane living conditions; 1st Amend. retaliation; Denial of Access to the courts; conspiracy

**Supporting Facts:** -Continued- and C.O. Morris stop violating my 8th amend. rights or Deliberate Indifference or Denial of my serious medical needs, conspiracy to violate my constitutional rights under an implied and expressed agreement by unwritten policy's not approved by the BOP and the CAPAS Admin. Procedure Act 5 USC § 702 - § 706 and Failure to Protect, excessive force and 1st amend. retaliation. Warden Matevousian has supervisory liability for his ADX-Florence employees not applying BOP rules and regulations and following BOP policies, Procedures and Protocols and when they violate my U.S. constitutional rights on a Daily Basis. Warden Matevousian

-Continued-

↳See Additional Pages

"10. Statement of Claims"

Claim 1:  8th Amend. Violation of Deliberate Indifference to A serious Medical condition; excessive Force; inhumane living conditions; Failure to Protect; 1st Amend. Retaliation; Denial of access to the courts; conspiracy

Supporting Facts:  -continued- has supervisory liability responsibility under the 8th amendment of inhumane living conditions of his employees not exchanging clothing and bedding items like Blankets; sheets; Towels; Face rags; trash cans; shower shoes; long sleeve shirts; socks; Boxers; t-shirts; Pants; new Mattresses that are not torn or ripped up; Pillow and Pillow cases; gym shoes and shower shoes for indigent inmates; the Warden Montevasion has supervisory liability responsibility for his employees violating my 8th Amend. Deliberate In-difference, Failure to Protect, report; excessive Force, 1st Amend. retalia-tion and conspiracy to violate my U.S. constitutional rights and Denial of my serious Medical needs. Plaintiff suffers from severe Headaches, Back Pain; High Blood Pressure; neck Pain; shoulder and arm pain and chest Pain Due to me

-continued-

"see Additional Pages"

## "10. Statement of Claims"

**Claim 1:** 8th Amend. Violation of Deliberate Indifference to A serious Medical need; Excessive Force; inhuman living conditions; Failure to Protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

**Supporting Facts:** -continued- not being on my chronic care medications. see Exhibits "10". see Dodds v. Richardson, 614 F.3d 1185, 1198 (10th Cir. 2010) (quoting Iqbal, 556 U.S. at 677) Therefore, in order to succeed in a civil rights suit against a government official for conduct that arises out of his supervisory responsibilities a plaintiff must allege and demonstrate that (1) the defendant promulgated, created, implemented or ~~possessed~~ responsibility for the continued operation of a policy that (2) caused the complained of constitutional harm, and (3) acted with the state of mind required to establish the allege constitutional deprivation. Id at 1199.

60. On or about 8-12-19 Morning watch at ADX-Florence colorado between the hours of 6 to 11AM I was seen by EMT-Huddleston and explained to him at my cell-605 10-B1% that my chronic care meds
-continued-

"See Additional Pages"

"B. Statement of Claims"

**Claim 1:** 8th Amend. violation of Deliberate Indifference to a serious medical need; excessive force; inhumane living conditions; failure to protect; 1st Amend. retaliation; Denial of access to the courts; conspiracy

**Supporting Facts:** -continued- had been discontinued unjustly by Dr. Oba, Dr. Sterett, Healthcare Admin. Huddle and Warden Matevousian. Huddleston said he knew about it and told me to die for filing all the lawsuits on staff officials at ADX-Florence, you ain't got shit coming from me. I told Huddleston I was in severe pain in my head area, back area, chest area, right arm and shoulder and that I have'nt taken my chroniccare meds in three (3) days (see Exh. "D"). I told Huddleston to take my blood pressure because my chest was hurting and I was experiencing lightheadedness and my head and eyes were throbbing and hurting real bad due to me not taking my meds. Huddleston refused to treat this as an emergency situation or to follow BOP policy, procedure and protocol when a inmate request emergency medical
- continued -

"See Additional Pages"

"D. Statement of Claims"

**Claim 1:** 8th Amend. violation of Deliberate indifference to a serious medical need; excessive force; Failure to Protect; inhumane living conditions; 1st Amend. retaliation; Denial of access to the courts; conspiracy

**Supporting Facts:** -continued- treatment which stipulates that "All emergencies or injuries receive priority for treatment provided by Institution Clinical Staff or by community emergency Personnel" I told EMT-Huddleston I need my chronic care meds and to be seen by a Doctor immediatly Due to me suffering from the symptoms of High Blood Pressure, severe Migraine Headaches and High Cholesterol, back, neck, shoulder and right arm Pain. Huddleston would not treat me. Thus violating my 8th amend. Rights of Deliberate Indifference to a serious medical need under cruel and unusual Punishment, 1st amend. retaliation and conspiracy to violate my constitutional Rights Due to Huddleston not Following BOP Policy, Procedure, and Protocol.

"see Additional Pages"

// 15. Statement of claims &

**Claim 1:** 8th Amend. Violation of Deliberate indif-ference to a serious medical need; excessive force; Failure to Protect; inhumane living con-ditions; 1st Amend. retaliation; Denial of ac-cess to the courts; conspiracy

**Supporting Facts:** 61. on or about 8-14-19 on D-Blk. call-box morn'g watch, between the hours of 6 to 11 am at ADX-Florence I was seen by Physician Assistant Seroski (P.A.) and two correc-tional officers C.O.) one C.O. name is collins who is a Defendent in a lawsuit I filed again-st him - the other C.O. is unknown. I told P.A. Seroski about my chroniccare meds being unjustly discontinued by Dr. oba and Dr. sterett (see Exh. "15"), P.A. sero-ski told me that she would not get my chroniccare meds back started because I was suing C.O. collins which is a clear 1st amend. retaliation violation against me, and a conspiracy to violate my con-stitutional rights through an implied and expressed agreement to silence and hinder me from redress against ADX staff officials. I also told P.A. Seroski that I'm in severe pain from not tak-ing my meds daily. I told P.A. Seroski

— continued —

// See Additional Pages

"18. Statement of Claims"

| | |
|---|---|
| **Claim 1:** | 8th Amend. violation of "Deliberate Indifference to a serious medical need", Excessive Force, Failure to Protect", inhumane living conditions, 1st Amend. retaliation, Denial of access to the courts, Conspiracy |
| **Supporting Facts:** | -continued- that I'm requesting "emergency medical treatment" from her and the Healthcare Facility at ADX. She denied me medical treatment which is a clear 8th amend. Deliberate Indifference to my serious medical needs against me. and Pursuant to P.A. Seroski supervisory liability responsibilities and a history of widespread abuse, custom or policy that are not Bureau of Prison standard rules statute or regulations and Deliberately Indifferent to my serious medical needs. P.A. Seroski Pursuant to 5 U.S.C. 5702 & 706 under the "APA" admin. Procedure Act is being invoked. P.A. Seroski and other named Defendants in this lawsuit are in a conspiracy to silence and hinder me from filing lawsuits against them and depriving me of my rights under the U.S. Constitution. P.A. Seroski took my Blood Pressure which was 186 over 113 |

-continued-

"See Additional Pages"

"B. Statement of Claims"

**CLAIM 1:** 8th Amend. violations of Deliberate In-difference to A serious Medical Need; ex-cessive Force; Failure to Protect; Inhumane living conditions; 1st Amend. retaliation; De-nial of access to the courts; conspiracy

**Supporting Facts:** -continued- which is extremely high and P.A. Saroski did nothing to treat me or to get me my chronic care meds back or to get me medical treatment. Thus violating the 8th amend. Deliberate Indifference to A serious medical need. I suffer severe Pain in my chest, head-Aches, neck, back Pain, shoulder and arm Pain (Right side) and High Blood, Pressure and High cholesterol level daily.

**6.20.** on or About October 2017 thru Present August 2019 I've sent numerous request slips to the supervisor Amoyco in the laundry Department asking for clothing exchanges like A shower curtain; shower Shoes; gym shoes; Clean Blankets; clean Sheets; trashcan; Boxers; t-shirts; Socks; Mattress that's not torn up; Pillow not torn up; Towels; wash rags;
                                        -continued-

"See Additional Pages"

**B. Statement of Claims**

| | |
|---|---|
| Claim 1: | 8th Amend. Violation of deliberate indifference to a serious medical need; excessive force; failure to protect; inhumane living conditions; 1st Amend. retaliation; denial of access to the courts; conspiracy |
| Supporting Facts: | - continued - pants, and long sleeve shirts. Supervisor Amaya is not following BOP policy by exchanging inmates clothing and bedding items which is a clear 8th amend. violation of inhumane living conditions and I invoke the "APA" Admin. Procedure Act 5 USC § 702b - 570b dealing with BOP policy with laundry department. |
| 63. | On or about October 2017 thru August 2019 there is no on-site medical medical doctor or physician assistant that comes on D-Block range or any rang at ADX-Florence for any emergency or non-emergency inmates medical treatment concerns. I've addressed to warden Mantevouslion, Healthcare Administrator H Mlio, Dr. Oba and Dr. Sterett on numerous occasions and nothing is being done, the Administrative staff officials at the ADX is not following BOP policy, procedure, - continued - |
| | "See Additional Pages" |

"B. Statement of Claims"

| | |
|---|---|
| **Claim 1:** | 8th Amend. Violations of Deliberate Indifference to A serious Medical need; excessive Force; Failure to Protect; inhumane living Conditions; 1st Amend. Retaliation; Denial of access to the Courts; Conspiracy |
| **Supporting Facts:** | -continued and Protocol. See Administrative Procedure Act (APA) 5 USC Sections 702-706. The Defendants named are in Violation of the 8th Amend. Deliberate Indifference to A serious Medical needs at all times since i've been here From October 2, 2017 thru Present day August 2019. |

"see Additional Pages"

"10. Statement of Claims"

64. "Plaintiff's injuries sustained in the events alleged and described in this lawsuit, and what medical treatment, if any, I received.

Injuries:

65. Plaintiff suffers from High Blood Pressure; High cholesterol; Severe migraine headaches; severe neck; Back; Right shoulder and arm Pain; Blurred vision, Blackouts, Chest Pain numbness in my fingers.

66. Mental and emotional symptoms of Post traumatic stress Disorder (PTSD) symptoms of Paranoia; Anxiety; Insomnia; Depression; nightmares.

67. Permanent nerve Damage and Scarring. Constant Pain And suffering.

68. chronic care meds taken by staff at ADX-Florence on 8-9-19 that were prescribed by a Doctor were (1) Ibuprofen; (2) Lisinopril; (3) Aspirin; (4) Propranolol; (5) Gemfibrozil; (6) Ranitidine; (7) Black tar shampoo; (8) Fluocinonide cream. see Exhibit "10" Medical reports

"10. Statement of Claims"

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? **X** Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Millbrook v. DPH%0 et al.

Docket number and court: 1:18-cv-01962w -GPG District of colorado

Claims raised: 1st Amend. retaliation, excessive Force

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Still Pending

Reasons for dismissal, if dismissed: Still Pending

Result on appeal, if appealed: Still Pending

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

        **X** Yes ___ No (*check one*)

Did you exhaust administrative remedies?

___ Yes **X** No (*check one*) Admin. remedies Made uncovailable due to threats and Intimidation and staff Denying Me access. See Gonyea v. Mink, 2006 Fed. Appx; 2006 U.S. App. Lexis 28414; Jernigan v. Stuchell, 304 F.3d 1030 2002 U.S. App. Lexis 19144

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed*
*to identify the relief you are requesting, use extra paper to request relief.  Please indicate that*
*additional paper is attached and label the additional pages regarding relief as "G. REQUEST*
*FOR RELIEF."* Wherefore, Plaintiff respectfully Prays that this court
enter Judgement granting Plaintiff: 1. Compensatory damages in the amount
of $2.5 million against each defendant. Jointly and severally.
2. Punitive damages In the amount of $2.5 million against each
Defendant.
3. Mental and emotional damage relief In the amount of
$5 million.
4. $5 million for pain and suffering.
5. A Jury trial on all Issues triable to a Jury.
6. Plaintiff cost In this suit.
7. Any additional relief this court deems Just, Proper, and equitable.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Kim Millbrook
_____
(Plaintiff's signature)

8-15-19
_____
(Date)

See Haines v. Kerner, 404
U.S. 519, 520 (1972) pro se
complaint held to less strin-
gent standards than formal
papers drafted by lawyers.
See Also Conley v. Gibson, 355
U.S. 41, 45-6, 2 L. Ed 2d 80, 78
S. Ct. 99 (1957).

(Form Revised December 2017)

G. request For relief

8. "Plaintiff seeks Declaratory relief Pursuant to 28 usc
section 2201 and 2202."

Exhibit "A"

Appellante court 4th District
Court Case no. 4-18-0844



**STATE OF ILLINOIS**

**CLERK OF THE COURT**
(217) 782-2586

**APPELLATE COURT**
FOURTH DISTRICT
201 W. MONROE STREET
SPRINGFIELD, IL 62704

**RESEARCH DIRECTOR**
(217) 782-3528

**FILED**
February 19, 2019
APPELLATE
COURT CLERK

4-18-0844

KIM MILLBROOKE,
Plaintiff-Appellant,
v.
MICHAEL J. MURPHY,
Defendant-Appellee.

Livingston County
Case No.: 18L1

## O R D E R

The Docketing Statement in this matter was due January 16, 2019. The appellant has failed to file the Docketing Statement. This appeal is hereby dismissed.

Order entered by the court.



**STATE OF ILLINOIS**

# APPELLATE COURT

**CLERK OF THE COURT**
**(217) 782-2586**

**FOURTH DISTRICT**
**201 W. MONROE STREET**
**SPRINGFIELD, IL 62704**

**RESEARCH DIRECTOR**
**(217) 782-3528**

STATE OF ILLINOIS, FOURTH DISTRICT APPELLATE COURT MANDATE

BE IT REMEMBERED, that on 19th day of February, 2019 the final judgment of said Appellate Court was entered of record as follows:

KIM MILLBROOKE,
   Plaintiff-Appellant,
v.
MICHAEL J. MURPHY,
   Defendant-Appellee.

General No: 4-18-0844
Livingston County
Case No.: 18L1

Dismissed per order

In accordance with Supreme Court Rule 368, this Mandate is issued. As Clerk of the Appellate Court and keeper of the records, files and Seal thereof, I certify that the foregoing is a true statement of the final Order of said Appellate Court in the above cause of record in my office. Pursuant to Supreme Court Rule 369, the clerk of the circuit court shall file the Mandate promptly.

IN WITNESS WHEREOF, I hereunto set my hand and affix the Seal of the Illinois Appellate Court this 27th day of March, 2019.

*Carla Bender*
Clerk of the Appellate Court



**STATE OF ILLINOIS**

# APPELLATE COURT

**FOURTH DISTRICT**
**201 W. MONROE STREET**
**SPRINGFIELD, IL 62704**

**CLERK OF THE COURT**
(217) 782-2586

**RESEARCH DIRECTOR**
(217) 782-3528

March 27, 2019

RE:   Millbrooke, Kim v. Murphy, Michael J.
      General No.: 4-18-0844
      Livingston County
      Case No.: 18L1

I have today issued the mandate of this court in the above entitled cause, pursuant to the provisions of the Supreme Court Rule 368.

*Carla Bender*
Clerk of the Appellate Court

c:    Kim Millbrooke
      Livingston County Circuit Court
      Hon. Robert M. Travers



**STATE OF ILLINOIS**

# APPELLATE COURT

**CLERK OF THE COURT**
(217) 782-2586

**FOURTH DISTRICT**
**201 W. MONROE STREET**
**SPRINGFIELD, IL 62704**

**RESEARCH DIRECTOR**
(217) 782-3528

**FILED**

February 08, 2019

APPELLATE
COURT CLERK

4-18-0844

| | |
|---|---|
| KIM MILLBROOKE,<br>    Plaintiff-Appellant,<br>v.<br>MICHAEL J. MURPHY,<br>    Defendant-Appellee. | Livingston County<br>Case No.: 18L1 |

### O R D E R

This cause coming to be heard with proper notice having been served, and the Court being fully advised in the premises:

IT IS ORDERED that appellant's Application for Waiver of Filing Fees is allowed. Appellate Court $50 filing fee waived.

Order entered by the court.



**STATE OF ILLINOIS**

# APPELLATE COURT

**FOURTH DISTRICT**
**201 W. MONROE STREET**
**SPRINGFIELD, IL 62704**

**CLERK OF THE COURT**
**(217) 782-2586**

**RESEARCH DIRECTOR**
**(217) 782-3528**

**FILED**
January 24, 2019
APPELLATE
COURT CLERK

4-18-0844

| | |
|---|---|
| KIM MILLBROOKE,<br>    Plaintiff-Appellant,<br>v.<br>MICHAEL J. MURPHY,<br>    Defendant-Appellee. | Livingston County<br>Case No.: 18L1 |

## O R D E R

This cause coming to be heard with proper notice having been served, and the Court being fully advised in the premises:

IT IS ORDERED that appellant's Motion for Appointment of Counsel on Appeal is denied. The appellate court has no authority to appoint counsel in matters of a civil nature.

Order entered by the court.



**STATE OF ILLINOIS**

# APPELLATE COURT

**CLERK OF THE COURT**
**(217) 782-2586**

**FOURTH DISTRICT**
**201 W. MONROE STREET**
**SPRINGFIELD, IL 62704**

**RESEARCH DIRECTOR**
**(217) 782-3528**

January 2, 2019

Kim Millbrooke
Reg. No. 13700-026
US Penitentiary MAX
PO Box 8500
Florence, CO 81226-5000

RE:  Millbrooke, Kim v. Murphy, Michael J.
     General No.: 4-18-0844
     Livingston County
     Case No.: 18L1

The notice of appeal has been filed and docketed as General No. 4-18-0844. Supreme Court Rule 312 requires the appellant to complete and file a docketing statement with proof of service and pay the $50 filing fee within 14 days of the filing of the notice of appeal.

If the appellant is indigent and unable to pay the $50 filing fee, a request for waiver of the filing fee must be submitted at the time the docketing statement is filed. If approved by the Appellate Court, the waiver of filing fee applies only to the $50 Appellate Court filing fee and does not address the fees for preparation of the record on appeal by the Circuit Court Clerk, reports of proceedings, or any other costs incurred in litigation of the appeal.

The Office of the State Appellate Defender is not subject to the $50 filing fee.

Upon receipt of the completed docketing statement, the Court will notify the parties of the due date for the record on appeal.

*Carla Bender*

Clerk of the Appellate Court

c:    Livingston County Circuit Clerk



**STATE OF ILLINOIS**
# APPELLATE COURT
**FOURTH DISTRICT**
**201 W. MONROE STREET**
**SPRINGFIELD, IL 62704**

**CLERK OF THE COURT**
(217) 782-2586

**RESEARCH DIRECTOR**
(217) 782-3528

January 18, 2019

Kim Millbrooke
Reg. No. 13700-026
US Penitentiary MAX
PO Box 8500
Florence, CO 81226-5000

RE:  Millbrooke, Kim v. Murphy, Michael J.
     General No.: 4-18-0844
     Livingston County
     Case No.: 18L1

The docketing statement due to be filed in the above cause on 01/16/2019 is overdue.

By Order of the Appellate Court, failure to file the docketing statement or a motion to file *instanter* or seek an extension of time within 14 days from the date of this notice will result in dismissal of the appeal.

*Carla Bender*
Clerk of the Appellate Court

c:    Livingston County Circuit Court

In The Circuit Court For The Eleventh Judicial Circuit Livingston County, Illinois

Kim Lee Millbrooks
        Plaintiff,

        V.                                    Case No.

Michael J. Murphy L.C.S.O.
Tony Childress L.C.S.O.
C.O. McGrath    L.C.C.O
C.C. Martin     L.C.C.C
A.S. Inman      L.C.A.S.
Sergeant Feyer L.C.S.O.
Superintendent Cox L.C.S.O.
Nurse James         L.C.H.C.
C.O. Peters     L.C.C.O
C.O. Melvin    L.C.C.O.
C.O. Miner     L.C.C.O., ET. AL.
        Defendants,

        Case Exhibit "A"

                "Complaint-Information"

I. On or About 4-28-14 Between the hours of 10:00 PM to 12 PM at Livingston County Jail on I-Block Plaintiff-Kim Lee Millbrooks was Un-Justly Assaulted and battered by Correctional officer McGrath by being tasered. Plaintiff never attacked any inmate or staff officials or resisted any verbal orders by C.O. McGrath or any Livingston County Jail staff officials.

II. When Plaintiff was tasered by C.O. Mc-Grath there were other Livingston County

                    -1-



Staff officials who were present who committed negligence, and failure to prevent excessive, unjust use of force by not stopping C.O. McGrath's unjustified assault and battery on me being the use of V.I.S. taser gun used unjustly. All staff officials present were Super Intendant Cox, Assistant Superintendant Inman, Sergeant Fever, and Correctional Officer Marvin.

II. Plaintiff was knocked out cold when C.O. McGrath used V.I.S. taser gun on me and while unconscious shot me a second time by C.O. McGrath for no justified reason. During this time all staff officials stood back and did nothing to prevent the excessive use of force being applied on plaintiff by C.O. McGrath. This was a clear case of negligence and failure to prevent and protect me from excessive use of force by Superintendant Cox, Superintendant Assistant Inman, Sergeant Fever and C.O. Marvin. I died but came back to life.

III. Plaintiff finally woke back up being dragged off I-block by Assistant Superintendant Inman and other staff officials (please see video footage of me being escorted on/off I-block on M-tel M). I was taken to A room and examined by Nurse James and all other staff officials like Super. Cox, Assist. Super. Inman, Sergeant Fever, C.O. McGrath, and C.O. Marvin. During that time plaintiff kept complaining of severe pain to my head area, back area, neck area, right shoulder, and right arm area due to me falling while being



unjustly tasered by C.O. McCreanor please retrieve any video footage that will show the M-208-19 incident on I-Block and the Living-ston county Jail Portage, Illinois. Plaintiff was denied medical treatment not that that this was a clear case of deliberately indifferent to my serious medical needs because my head was swollen and I could not move my neck or my not arms or shoulder due to being in severe pain and suffering.

V. Plaintiff was ordered to strip butt naked for no justly cause and taken to a Jail holding cell called CSM 20 Special Management Unit due to superintendent Cox and Assistant superintendent Inmoon filing a false incident report saying my I was suicidal. I Plaintiff told all night shift state graybob names Correctional officers Peters Melvin and Miner that I needed medical treatment due to my head area being swol-len and my neck, my not arms and shoul-der being in severe pain, they told I no I would have to be seen by the ser-geant before I Plaintiff was seen by the sergeant fever and told him I needed to be taken to the hospital due to my head being swollen and me being in severe pain in my neck, back area, head area, my not arms and shoulder area and that I did not have clothes on and that I was cold due to the A/C being on inside the cell room. He denied me sergeant fever this be a clear case of negligence and deliberately indifferent or denied of medical treatment, torture, Plaintiff also had severe chest pains due to being tasered and denied medical treatment.

— 51 —

VI. Plaintiff was located in snow holding cell until the next day which would be 4-26-14 and was then removed by Sergeant Fento and another unknown staff and taken to segregation holding cell all while still complaining about me being in severe pain. This was witnessed by another inmate name Deanard Atwood on G-Block cell-1 he also witnessed me being tasered on I-Block on 4-28-14 and he needs to be called as a witness.

VII. Sheriffs Michael J. Murphy and Tony Childress have unlawful jail policies, procedures and protocols at the Livingston County jail in Pontiac Illinois that they should be held accountable for like inmates being denied medical treat- ment being tasered unjustly by jail staff being stripped naked and made to stay inside a cold cell snow holding unjustly w/no out running water or a toilet. Also being tasered by C.O. McGrath name Justly twice.

VIII. Plaintiff suffers from PTSD (post-traumatic stress-disorder) anxiety, in- somnia, Depression nightmares, permanent nerve damage in/neck shoulder, arms neck and back due to falling when being shot by taser gun by C.O. and chronic severe headaches blurred visions blackouts numb- ness in right arms, shoulder and fingers area. Plaintiff has been treated w/no medications like Meloxicam, Ibuprofen 600mg and as- prin (see Exhibit "A" medical reports). These

— 4 —

are mental and intentional infliction of emotional distress, pain and suffering all challenges from the 4-28-14 incident.

X 9. On or about 4-25-14 plaintiff was at all times a federal inmate sent from Florence Colorado Administrative Maximum Security United States Federal Prison for a sentence reduction in Peoria to District Court in Peoria Illinois and was transferred from Kankakee County Jail in Kankakee Illinois to Livingston County Jail in Pontiac Illinois, once plaintiff arrived at Livingston County Jail plaintiff told numerous staff officials including C.O. Mc-Greavne that I'm suppose to be in VA cell by my self due to the roasting enemies that are gang and non-gang retaliated and that I could not be around inmates in general population. C.O. McGreavne and the staff at Livingston County Jail denied my request and sent me to general population anyways this being a clear case of negligence by the Livingston County Jail Administrative staff officials.

X 10. Plaintiff should be compensated for my pain and suffering, torture, denial of medical treatment, medical and intentional infliction emotional distress, negligence, assault and battery, violation of my Illinois Constitutional Rights, and for my Illinois law violations visited upon me under duress and under color of state law.

XI 11. We ask for compensation in the amount of $11 million U.S. dollars statutory minimum damages against each Defendant plus other damages allowed under law; we demand a jury.

Value of Eleven Million Dollars →

X: /s/ Kim Millbrook
Kevin Millbrook, agent
Date:

Kevin Millbrook #15700-026
Florence Admax
PO Box 8500
Florence, Co 81260

— K —

In The Circuit Court of The Eleventh Judicial Circuit Livingston County, Illinois

Kim Lee Millbrook
    Plaintiff,

        V.                    Case No.

Michael J. Murphy    L.C.S.O.
Tony Childress       L.C.S.O
C.O. McCreight       L.C.C.O.
C.C. Martin          L.C.C.O.
A.S. In Moon         L.C.A.S.
Sergeant Fever       L.C.S.O.
Superintendant Cox   L.C.S.O.
Nurse James          L.C.H.C.
C.O. Peters          L.C.C.O.
C.O. Melvin          L.C.C.O.
C.O. Miner           L.C.C.O.  Ct. Coh.
    Defendants,

    " Listing Of All Defendants "

    Now Comes the Petitioner-Plaintiff, Kim Lee Millbrook, To enter into the record the names and addresses of all the Defendants known to the Petitioner and further advises the court as Follows:

1. Michael J. Murphy, Livingston County Sheriff, Pontiac, Illinois 61764, County Jail;

2. Tony Childress, Livingston County Sheriff, Pontiac, Illinois 61764; County Jail;

" All Defendants Can be reached at the Following " Livingston County Jail - 844 W. Lincoln Street - Pontiac, Illinois 61764

— 9 —

3. Correctional officer McGrath; Livingston County Jail Pontiac, Illinois 61764

4. Correctional officer Martin; Livingston County Jail; Pontiac, Illinois 61764

5. Assistant superintendent Inman; Livingston County Jail; Pontiac, Illinois 61764

6. Sergeant Feyer; Livingston County Jail; Pontiac, Illinois 61764

7. Superintendent Cox; Livingston County Jail; Pontiac, Illinois 61764

8. Nurse James; Healthcare provider; Livingston County Jail; Pontiac, Illinois 61764

9. Correctional officer Peters; Livingston County Jail; Pontiac, Illinois 61764

10. Correctional officer Melvin; Livingston County Jail; Pontiac, Illinois 61764

11. Correctional officer Miner; Livingston County Jail; Pontiac, Illinois 61764

12. Other unknown persons, Individuals, and corporations et. al.

Respectfully submitted,

Kim Millbrooks
Kim Millbrooks, agent.

Kim Millbrooks
#13400-026
Florence ADMAX
P.O. Box 8500
Florence, CO 81206

Date:

_ a _

In the Circuit Court _____ Judicial Circuit Livingston County, Illinois

Kalu Millionaire
Plaintiff,

v.                          Case No.

Michael J. Murphey L.C.S.O.
Tony Childress L.C.S.O.
C.O. McCarthie L.C.C.O.
C.O. Martin   L.C.C.O.
A.S. In Maon L.C.A.S.
Sergeant Revels L.C.S.O.
Superintendant Cox L.C.S.O.
Nurse James       L.C.H.C.
C.O. Peters.       L.C.C.O.
C.O. Melvin       L.C.C.O.
C.O. Ming         L.C.C.O., et. al.,
          Defendants,

1) Motion For leave To Proceed In Forma Pauperis"

Now comes the Petitioner-Plaintiff Kalu Lee Millionaire, to motion this honorable Court for "Leave of Court to proceed informa pauperis" with-out prepayment of fees cost and printing the scarce, Whereas the Petitioner-Plaintiff advises the Court as follows:

1. The Plaintiff is single/divorced.

2. The Plaintiff has no Checking or savings accounts.

-6-

3. The Plaintiff has no assets, no property, no cash, no IRA's, no automobiles.

4. The Plaintiff is not employed in any capacity.

5. The Plaintiff believes he is entitled to redress.

6. The Plaintiff is proceeding pro se, and does not have a certificate from the Supreme Court of the State of Illinois to practice law.

7. Pro se litigants should be liberally construed.

8. The Plaintiff is incarcerated at the United States ADMAX Penitentiary in Florence, Colorado 81226.

Respectfully submitted,

Kim Millbrook
Kim Millbrook, Agent

Kim Millbrook
#13400-026
P.O. Box 8500
Florence ADMAX
U.S. Penitentiary
Florence, CO 81266

Date:

# "Certificate of Service"

I, Kim Lee Millbrook, hereby certify that the following documents were deposited with the mailroom at the Department of Justice - B.O.P, with First Class postage attached, to be sent via the U.S. Postal service, this was done on this date: _____ / 2019, the en-closed documents are as follows: /

1. Complaint - Information - Exhibits "A"

2. Motion for leave to proceed in forma pauperis.

3. Listing of all defendants

4. Certificate of service

5. Notorary Affidavit covering all enclosed documents.

6. letter to the clerk of Ivingston county.

These items have been sent to: The Clerk of the Court for Ivingston County, Pontiac, Illinois, Ivingston County Courthouse.

by: Kim Millbrook
Kim Millbrook, agent

Kim Millbrook #13400-026
Florence AdMax
P.O. Box 8500
Florence, CO 81266

Date:

-11-

State of Illinois
4th District Appellate Court

~~[struck through text]~~

Plaintiff(s) Kim Millbrook )
Appellant, )
) Case Number: 4-18-0844
V. )
)
Defendant(s) Murphy, et al )  Judge: _____
Appellee, )
)

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __Kim Millbrook__ , declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Appellant suffers from the symptoms of Paranoia; Depression; insomnia; nightmares; Flashbacks Anxiety caused by the Disorder of Post traumatic stress (PTSD); Appellant is locked inside a maximum security Federal Prison And has limited access to the law library; I'm inside a cell 23 and 1 hrs Aday. See Attachments

3. In further support of my motion, I declare that (check appropriate box):
   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   ☒ I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__Kim Millbrook__
Movant's Signature

__12-5-18__
Date

ADX-Florence, Colorado
P.O. Box 8500
Street Address

Florence, CO 81226
City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _Judge Michael Mihm_   Case Number: _16-CV-4113_

Case Title: _Millbrooks v. USA_

Appointed Attorney's Name: _Rodney R. Nordstrom_

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

# Post Traumatic Stress Disorder (PTSD)

A young woman gets mugged and hit over the head with a pipe. Years later, she is still afraid to go out at night by herself. She has trouble making friends and she is slow to trust people. She has gotten several warnings at work for missing days; sometimes she just can't seem to get out of bed. A former soldier, when he finally sleeps, finds himself back on the dusty roads of Afghanistan. He awakes in a panic and struggles futilely to return to sleep. Days are hardly better. The rumble of garbage trucks shatters his nerves. Flashbacks come unexpectedly, at the whiff of certain cleaning chemicals. He is imprisoned in his own mind.

Like these two people, more than 5 million people in the United States suffer from post-traumatic stress disorder, or PTSD.

And like these two people, PTSD can often go hand-in-hand with traumatic brain injury, the symptoms overlapping into indistinct colors.

What exactly is post-traumatic stress disorder?
Post-traumatic Stress Disorder (PTSD) is an anxiety disorder that can occur after a person has been through a traumatic event. These events can include:

- Natural disasters
- Car crashes
- Sexual or physical assaults
- Terrorist attacks
- Combat during wartime

During a traumatic event, people think that their life or the lives of others are in danger. They may feel afraid or feel that they have no control over what is happening. And if the person has a TBI, too, these feelings of lack of control and fear can balloon into confusion, challenges with memory, or intense emotion.

Combat-related PTSD has existed as long as war itself. The condition was called "soldier's heart" in the Civil War, "shell shock" in World War I, and "Combat fatigue" in World War II. Despite the fact that the condition has been around for thousands of years, it is sometimes still difficult, or controversial, to diagnose.

Signs and symptoms
Generally, symptoms of PTSD can occur when a person re-experiences the traumatic event, tries to avoid thinking about the event, or is experiencing high levels of anxiety related to the event. Some of the most common symptoms include:

- Having recurrent nightmares
- Acting or feeling as though the traumatic event were happening again, sometimes called a "flashback"
- Being physically responsive, such as experiencing a surge in your heart rate or sweating, to reminders of the traumatic event
- Having a difficult time falling or staying asleep
- Feeling more irritable or having outbursts of anger

Brainline Print Page- Post Traumatic Stress Disorder

- Feeling constantly "on guard" or like danger is lurking around every corner
- Making an effort to <u>avoid thoughts, feelings</u>, or conversations about the traumatic event
- A loss of interest in important, once positive, activities
- Experiencing <u>difficulties having positive feelings</u>, such as happiness or love

Not all people who are <u>traumatized</u> develop PTSD; but for those who do, treatment brings hope.

Getting treatment

As with <u>depression</u> or <u>anxiety</u>, <u>getting the right treatment</u> for PTSD depends a great deal on the individual. Sometimes counseling called cognitive-behavioral therapy is effective; medicines known as SSRIs can help, too, like Zoloft or Paxil. Sometimes a combination of both therapies proves successful. Treatment can help people with PTSD feel more in control of their emotions and result in fewer symptoms, but some symptoms like bad memories or super-sensitivity to sounds and lights may linger.

Here are some strategies to help with PTSD:

- <u>Find a therapist</u>.
- Join a <u>support group</u>.
- <u>Find a peer mentor</u>.
- <u>Meditate</u>.

Sometimes PTSD, especially in conjunction with TBI, can lead to unhealthy behavior like <u>substance abuse</u> or taking unnecessary risks. Sharing your <u>experiences</u>, feelings, and fears with others, whether with <u>friends</u>, family, or a professional, can lessen the burden.

---

Spotlight:



1.
<u>PTSD Fact Sheet: Frequently Asked Questions</u>
Learn more about this complex and sometimes debilitating mental state.

---

Articles:

1. <u>PTSD Fact Sheet: Treatment for PTSD</u>
2. <u>PTSD Fact Sheet: Finding a Therapist</u>
3. <u>DSM-IV-TR Criteria for PTSD</u>

Videos:

1. <u>Post-Traumatic Stress Syndrome</u>
2. <u>Battlemind: Traumatic Brain Injury & PTSD</u>
3. <u>Dr. Maria Mouratidis Talks About How to Address Thoughts of Suicide</u>

Most Recent:

Brainline Print Page- Post Traumatic Stress Disorder

1. PTSD & MTBI: Teasing Out the Differences for Treatment
2. Trastorno de estrés postraumático

---

Research Update

1. Women During Their Child-Bearing Years May Recover More Slowly from a Mild TBI Than Men

---

Brainline Print Page- Post Traumatic Stress Disorder
81 of 160

Exhibit "B"

Docketing Statement - Foowahor
Certificate of Service, 4th District
IIVingston county courthouse Docket sheet

# FOURTH DISTRICT APPELLATE COURT

## STATE OF ILLINOIS

INFORMATION FOR THE APPLICANT: This form asks the appellate court to waive the $50 appellate court filing fee. In order to have the fee waived, you must provide information about your finances so that the court can determine whether you are able to pay the fee. Read the material below, which includes your affirmation that no action has been taken to hide assets. Complete and sign this affidavit under penalty of perjury.

This form **does not** apply to the fees for the record on appeal charged by the circuit clerk or the transcript preparation fee charged by the court reporter(s). The appellate court cannot waive those fees. Any request for waiver of those fees must be filed in the circuit court where the order you are appealing was entered.

___Kim Millbrooks_____ , Appellant

v. ___Michael J. Murphy et al___ , Appellee

Appellate Court Case Number

___4-18-0844___

## AFFIDAVIT OF INDIGENCY AND REQUEST FOR WAIVER OF FILING FEE

FULL NAME: Last_Millbrooks____ First_Kim____ Middle_Lee____

DATE OF BIRTH:_10-24-64____ INMATE IDENTIFICATION #:_13700-026____

CORRECTIONAL FACILITY:_ADX-Florence Colorado_____

ASSETS

CASH:___-0- None____ FUNDS IN BANK ACCOUNTS:___-0- None____

INMATE INSTITUTIONAL (Commissary)ACCOUNT:  Current Balance:___-0- None____

VALUE OF ANY REAL ESTATE OWNED:___-0- None_____

**With this Affidavit you must submit to the Court a copy of the last six months of your inmate trust fund ledger. Without it, the Affidavit and Request will be returned to you.**

I state, under penalty of perjury, that the statements in this affidavit are true, that I have not omitted any assets available to me to pay the filing fees, that I have not transferred any assets to avoid payment of filing fees, and that I have not taken any action nor has any action been taken on my behalf in order to avoid having such assets used to pay filing fees.

Signature of applicant:_Kim Millbrooks____ Date:_____ 1-4-19____

Rev. 11/2016

R drive Affidavit for Waiver of Fees

| Mail this form along with your trust fund ledger to: |
| --- |
| CLERK OF THE APPELLATE COURT<br>P.O. Box 19206<br>Springfield, Il 62794-9206<br><br>ATTN:  Filing fee waiver – Department of Corrections |

| FOR OFFICE USE ONLY |
| --- |
| Date Received: _____ |
| Allowed: _____ |
| Denied: _____ |

## New Article III Forms Appendix

## PART A. APPEALS FROM THE CIRCUIT COURT

**Rule 312. Docketing Statement**

*Appellate Court Case*

Docket Number in the Reviewing Court #4-18-0844

| Case Title (Complete) | | |
|---|---|---|
| Kelm Millbrook Appellant V. Michael J. Murphy et al Appellee | ) ) ) ) ) ) ) ) ) ) | Appeal from Livingston County "See Attach." Circuit Number 2018 L1 Trial Judge Travers Date of Notice of Appeal 12-5-2018 Date of Judgment 11-13-2018 Date of Postjudgment Motion Order N/A Supreme court rule which confers jurisdiction upon the reviewing court 312 |

### DOCKETING STATEMENT
(Civil)

Docket #2018 L1
Judicial circuit #11
Livingston county

1. Is this a cross-appeal, separate appeal, joining in a prior appeal, or related to another appeal which is currently pending or which has been disposed of by this court? NO

If so, state the docket number(s) of the other appeal(s):

None

2. If any party is a corporation or association, identify any affiliate, subsidiary, or parent group: Livingston County Sheriff's office

3. Full name and complete address of appellant(s) filing this statement:
Name: Kelm Lee Millbrook
Address: P.O. Box 8500 - AdX - Florence - Florence, CO 81226
Telephone: N/A
E-mail address: N/A

*Use additional page if multiple appellants.

"See Attachments"
"Pro se litigants Must be liberally construed"

Counsel on Appeal for appellant(s) filing this statement:
Name: ___Pro se litigant_____ ARDC # _N/A_____
Address: ___N/A_____
Telephone: ___N/A_____
E-mail address: __N/A_____

   *Use additional page if multiple appellants.

4. Full name and complete address of appellee(s): _Michael J._
Name: __Livingston County Sheriffs Office  Murphy et al__
Address: _844 W. Lincoln St. Pontiac, Illinois 61764_____
Telephone: _N/A_____
E-mail address: _N/A_____

   *Use additional page if multiple appellees.

Counsel on Appeal for appellee(s): _____Attorney General
Name: ___None Appointed yet - Office_____
Address: __N/A___100 W. Randolph Street - Chicago, Il 60601_
Telephone: __N/A___312.814.3000_____
E-mail address: __N/A___1.800.964.3013_____

   *Use additional page if multiple appellees.

5. Court reporting personnel: _Clerk of Court Name LeAnn Dixon - Livingston County_
Name: _"Agreed Statement of Facts" or "Bystander's Report" Rule 323 Cc And 323 Cd:_
Address: _110 N. Main St. Pontiac, Illinois 61764_____
Telephone: _N/A_____
E-mail address: __N/A_____

   *Use additional page if multiple court reporting personnel.

6. Is this appeal from a final order in a matter involving child custody or allocation of parental responsibility or relocation of unemancipated minors pursuant to Illinois Supreme Court Rule 311(a), which requires **Mandatory Accelerated Disposition of Child Custody, Allocation of Parental Responsibilities, and Relocation of Unemancipated Minors Appeals**?

Yes: _____          No: _X___

   *If yes, this docketing statement, briefs and all other notices, motions and pleadings filed by any party shall include the following statement in bold type on the top of the front page:

"See Attachments"

**THIS APPEAL INVOLVES A MATTER SUBJECT TO EXPEDITED DISPOSITION UNDER RULE 311(a).**

7. State the general issues proposed to be raised (failure to include an issue in this statement will not result in the waiver of the issue on appeal):

1. Why District Court or Circuit Court Dismissed Appellant's Case For Failure to Appear On Want Of Prosecution?

2. Motion For Appointment Of Counsel Denied.

As ___ attorney for the appellant ✗ self-represented appellant (check one), I hereby certify that on the 5 day of January, 2019, I requested the clerk of the circuit court to prepare the record on appeal, and on the 5 day of January, 2019, I requested the court reporting personnel to prepare the transcript(s).

1-4-19                    None                    _____

Date              Appellant's Attorney      OR              Appellant

\\ See Attachments //
\\ pro se litigants Must be
  liberally construed //

## State of Illinois
## In the Circuit Court of Judicial Circuit #11
## Livingston County

301
MILLBROOK, KIM L 1370026                          P   001  }
VS.                                                        }   Case number:   2018-L -000001
MURPHY, MICHAEL J ET AL                           D   001  }

Notice to:

| MILLBROOK, KIM L 1370026 | | |
|---|---|---|
| FLORENCE CORRECTIONAL CENTER | PO BOX 8500 | FLORENCE, CO 81226-0000 |

Take notice that the following entry was made on  Tuesday, October 16, 2018

Case mgt conf set for 11/13/2018 at 10:00 in courtroom 3
PER JUDGE TRAVERS CLERK TO SET AND NOTICE FOR CMC. CLERK SET MATTERS
FOR 11/13/18 AT 10.00 AM. FAILURE TO APPEAR WILL RESULT IN DISMISSAL.

/s/LeAnn Dixon, Circuit Clerk (JNG)
_____
Circuit Clerk,   LeAnn Dixon

This notice mailed on Tuesday, October 16, 2018.

_____
Deputy

MILLBROOK, KIM L 1370026                                            JNG
FLORENCE CORRECTIONAL CENTER
PO BOX 8500
FLORENCE, CO 81226-0000

11/14/18   PAGE    1                                                                                    JNG


2018L 000001P 001
MILLBROOK, KIM L 1370026
VS.
MURPHY, MICHAEL J ET AL
-----------------------------------------------------------------------------------------------------------------
 ENTERED   JDG CR  TEXT                                                                 CHANGED USER
-----------------------------------------------------------------------------------------------------------------
 1/11/2018        Complaint filed on 01/11/2018.
                  =====================================================================
                  PLAINTIFF SEEKING JUDGMENT AGAINST DEFENDANT IN AN AMOUNT
                  IN EXCESS OF THE JURISDICTIONAL LIMITS OF THE COURT PLUS COSTS.
                  =====================================================================
                  LISTING OF ALL DEFENDANTS
                  MOTION FOR LEAVE TO PROCEED INFORMA PAUPERIS
                  MOTION FOR APPOINTMENT OF COUNSEL.
                  =====================================================================

 1/12/2018 RMT    MOTION TO PROCEED INFORM PAUPERIS IS DENIED - NOT IN PROPER FORM -
                  CLERK TO FORWARD APPLICATION TO PLT - CLERK TO RETURN FILE TO COURT
                  ON 2/10/18
                  =====================================================================

 2/13/2018        APPLICATION FOR WAIVER OF COURT FEES ON FILE.
                  ORDER FOR WAIVER OF COURT FEES SUBMITTED TO COURT.
                  =====================================================================

 2/14/2018 RMT    ORDER FOR WAIVER OF COURT FEES ENTERED. MOTION FOR APPOINTMENT OF
                  COUNSEL DENIED. CLERK TO SEND COPY OF DOCKET SHEET TO PLT
                  =====================================================================

 9/13/2018        NO ACTION IN 6 MONTHS. FILE STILL OPEN. FILE REFERRED TO COURT.
                  =====================================================================

 10/16/2018       Case mgt conf set for 11/13/2018 at 10:00 in courtroom 3.
                  PER JUDGE TRAVERS CLERK TO SET AND NOTICE FOR CMC. CLERK SET MATTERS
                  FOR 11/13/18 AT 10:00 AM. FAILURE TO APPEAR WILL RESULT IN DISMISSAL.
                  =====================================================================

 11/13/2018 RMT   NO ONE APPEARS - ON COURT'S MOTION CAUSE DISMISSED ON WANT OF
                  PROSECUTION
                  =====================================================================

"Certificate of Service"

I certify that I have served a copy of the foregoing Motion Docketing Statement rule 321, upon the following by mailing a copy via institutional mail at Florence Adi___ Mailroom on Monday January ___, Day 4th ███ , 200 19

TO: Clerk of the Court
Clerk of the Appellate Court
Illinois Appellate Courthouse
4th District Monroe Street 201 W,
Springfield, Illinois 62404

TO: Attorney at Law
Attorney General Office -  Has not Been Appointed yet!
100 W. Randolph Street
Chicago, Illinois 60601

by: Kimani Brooks

Date: ███ 1-4-19

State of Illinois

4th    Idlanlier Appellate Court

Felix Milikroff,                           Appeal No.
Appellant

**RECEIVED**

V.

DEC 31 2018

Murphy, et al
Appellee.

**CLERK** OF THE APPELLATE
**COURT**, 4th DISTRICT

Case No. 2018 L1

Supreme Court Rule 512
Docketing Statement

Now comes Appellant Felix Milikroff, Pursu-
ant to Supreme Court rule & the said docketing

1. There is Another Appeal Pending in this case in
state court.

2. The State Circuit Court Had Jurisdiction
under _____

3. The 4th Idlanlier App. _____
jurisdiction under U.S. Supreme court rule 512c

A

4. The Parties _____ Corporation of the
were Without _____ and Standing
filed in _____ Cases, Both
L.F. Milikroff v. Murphy et al

5. The Court [illegible] [illegible]

6. Attorney will [illegible] Issue of Why [illegible] Court Dismissed My case For Failure [illegible] Attorney on [illegible] Prosecution and [illegible] For Attachment of [illegible] on Dates of 2-14-2018 and 11-16-2018

[illegible] 7

Signiture [illegible]
ADX-Florence
PO Box [illegible]
Florence, Co [illegible]

— 20 —

"Certificate of Service"

I certify that I have served a copy of the fore-going Motion ___ Docketing Statement written requests ___ upon the following by mailing a copy via Institutional Mail at Florence Address Mailroom on Monday

10 December ___ / Day 5 the ___ / 2:00 18

TO: Clerk of the Court
    Appellate Courthouse Illinois
    4th District - 201 W. Monroe Street
    Springfield, Illinois 62704


TO: Attorney at Law




Yoji Kimura Williams

Date: 12-5-18

"Written Request"

TO: Clerk of [illegible] U.S. District Court

From: [illegible] Alex-Florence
P.O. Box [illegible] - Florence [illegible]

1. I'm writing in [regards] to [request] you to [illegible] the [illegible] of the record [illegible].

2. [illegible] Clerk Must enter the record [illegible]

3. Please send [illegible] a certified [illegible] of this record with the [illegible] of this court [illegible] the [illegible] of [illegible] motion [illegible]

4. To [illegible] prepare [illegible] transcripts for the report of proceedings. If no court reporter was present then [illegible] prepare either a transcript [illegible] Rule [illegible] or an agreed statement [illegible] Rule [illegible]

5. Please waive all fees and [illegible] [illegible] for copies and to proceed [illegible] [illegible]

[illegible signature]                              [illegible]
                                                 [illegible]
[illegible]                                       Alex-Florence
[illegible]                                       P.O. Box [illegible]
[illegible]                                       [illegible]

Case No. Millorcorev... [illegible]

Written [illegible]    [illegible]

TO: LeAnn Dixon Clerk of Court Livingston County - 110 N. Main Street - [illegible] Illinois [illegible]

From [illegible]

[illegible]

I need the [illegible] and Phoenix [illegible]

There are **Five** Appellate District Courts which [illegible]

[illegible] don't District [illegible] to [illegible] Court

Also Appellate [illegible] Jurisdiction the [illegible] in Illinois is N+

Please Fill in [illegible] [illegible] [illegible]

Thank you



Exhibit "C"

Legal Mail Date receipts
Commissary list

ADX General Population Hearing Admin.
Report Kein Millbrook #18700-026

**NUMBER:** _____  **UNIT:** _____  **CELL:** _____  **DATE:** _____
(NUMBER ONLY. NO NAME)

## UNITED STATES PENITENTIARY - ADMINISTRATIVE MAXIMUM, FLORENCE, CO    ** COMMISSARY LIST **
### ALL UNITS MAXIMUM SPENDING LIMIT - $285.00 PER MONTH

### POSTAGE STAMPS (POSSESSION LIMIT $33.00)

$0.01 _____ (SINGLE)
$0.21 _____ (SINGLE)
$0.55 _____ (SINGLE)
$11 00 _____ (BOOK OF 20 $0 55 STAMPS)
$1 00 _____ (SINGLE)

### TOILET PAPER – (  LIMIT  3  )

$0.70 _____ EARTH FIRST SINGLE ROLL TOILET PAPER

### TOILETRY ITEMS –
### (LIMITS: SOAP 2, SHAMPOO 2, TOOTHPASTE 2, DEODORANT 2)
$0.95 _____ DIAL ANTIBACTERIAL BAR SOAP
$1.40 _____ 2/PK IRISH SPRING BAR SOAP
$1 85 _____ AMBI COMPLEXION BAR SOAP
$2 40 _____ DOVE BAR SOAP
$3.15 _____ SUAVE BODYWASH
$0 50 _____ SOAP DISH
$1 80 _____ BODY GUARD DEODORANT
$1.15 _____ DIAL ROLL-ON DEODORANT
$1.90 _____ BABY POWDER (RC)
$3 90 _____ SULFUR 8 SHAMPOO
$3.45 _____ SULFER 8 CONDITIONER
$0 85 _____ DANDRUFF SHAMPOO
$1.45 _____ VO-5 SHAMPOO
$1 45 _____ COLGATE CAVITY TOOTHPASTE.
$2.80 _____ CREST TOOTHPASTE
$5.75 _____ COLGATE SENSITIVE TOOTHPASTE
$2.10 _____ AIM MOUTHWASH
$1.40 _____ TOOTH BRUSH
$0.40 _____ STIM-U-DENT TOOTH PICKS
$2 60 _____ DENTAL FLOSS LOOPS 30PK
$0.40 _____ DENTURE BRUSH
$4 15 _____ FIXODENT CREAM
$3.50 _____ DENTURE CLEANING PASTE
$1.90 _____ DENTAL BATH (denture tray)
$0.45 _____ FRESHSCENT BODY LOTION
$3.30 _____ SUAVE COCOA BUTTER LOTION
$4.20 _____ LUBRIDERM LOTION
$4 90 _____ PALMERS LOTION
$1.30 _____ STYLING GEL
$1 55 _____ CHAPSTICK
$2.15 _____ BLISTEX
$1.15 _____ COTTON SWABS
$2.90 _____ SHOWER SHOES (Put Size) _____
$0.15 _____ SHOWER CAP
$1 95 _____ ROYAL CROWN
$0.40 _____ DENTURE BRUSH
$6.25 _____ AFRICAN PRIDE MAGICAL GRO (limit 1)
$3.95 _____ SHAVE CREAM
$1.25 _____ SHAVE GEL
$1.50 _____ AJAX DISH SOAP (limit 1)

### CANDY (  LIMIT  10  )
$0 95 _____ BABY RUTH (RC)
$0.95 _____ MILKY WAY (RC)
$0.95 _____ M&M's (RC)
$0.95 _____ REESE'S CUPS (RC)
$2.80 _____ HERSHEYS BAR 7OZ (RC)
$0.90 _____ BROWNIE
$2 60 _____ JOLLY RANCHERS sugar free
$1.55 _____ GRACEY'S HARD CANDY sugar free

### CHIPS (  LIMIT  6  )
$1.50 _____ DORITOS
$2.60 _____ CHILI CHEESE FRITOS
$1.20 _____ SALSITAS 3oz bag
$1.40 _____ PEPES PORK RIND
$1 20 _____ POPCORN
$1 90 _____ CHEETOS
$2.85 _____ TORTILLA CHIPS
$1.70 _____ BBQ CHIPS

### PASTRIES & COOKIES (  LIMIT  10  )
$0 55 _____ NATURE VALLEY GRANOLA BARS
$0.75 _____ PECAN PIES
$0.60 _____ POP UP TOASTERS INDIVIDUAL PACKS
$1 05 _____ BUD'S BEST COOKIES
$1 55 _____ DUPLEX COOKIES
$0 85 _____ HONEY BUNS

### DRINKS (  LIMIT  8  )

$1 80 _____ TEA BAGS (RC)
$3 40 _____ DECAFFEINATED COFFEE (RC)
$9 00 _____ TASTER'S CHOICE COFFEE (RC)
$7 45 _____ FOLGER'S COFFEE
$3 20 _____ KEEFE COFFEE
$7.15 _____ LIQUID COFFEE CREAMER (RC)
$1 40 _____ CRUSH GRAPE SINGLES (LIMIT 2)
sugar free
$1 40 _____ BERRY LIMEADE SINGLES (LIMIT 2)
sugar free

### Kosher/Halal Shelf Stable Entrees (Limit 7 total) –
### Submit SPO form to Unit Team
Chicken & Noodle (RC)
Beef Stew (RC)
Pasta-Garden Vegetable (RC)
Vegetarian Stew (RC)

### SOUPS (  LIMIT  14  )
$0.25 _____ RAMEN MARUCHAN SHRIMP SOUP
$0.30 _____ RAMEN VEGETARIAN W/SOY SAUCE ORIENTAL
$0 40 _____ RAMEN LOW SODIUM CHILI SOUP
$0.25 _____ DRAGON EXPRESS SPICY CHICKEN SOUP (halal)
$0.25 _____ DRAGON EXPRESS SPICY VEGETABLE SOUP (halal)
$0.80 _____ SPANISH RICE (RC)
$1.10 _____ WHITE RICE (halal)
$1.70 _____ CHEESE RICE (RC)

### CRACKERS, TORTILLAS & CEREALS (  LIMIT  7  )
$2.10 _____ SNACK CRACKERS (RC)
$2.40 _____ WHEAT THIN CRACKERS
$2.35 _____ SALTINES (RC)
$2.30 _____ PESOS FLOUR TORTILLAS, 12PK (LIMIT 1) (RC)
$4.60 _____ RAISIN BRAN (LIMIT 2) (RC)
$3 10 _____ CINNAMON TOASTERS (LIMIT 2) (RC)
$3.90 _____ CORN FLAKES (LIMIT 2)
$1.95 _____ ROLLED OATS (RC)
$3.15 _____ GRANOLA

### SEASONS, SPREADS & SAUCES  (  LIMIT  6  )
$3.60 _____ HONEY sugar free (RC)
$1.30 _____ SWEETMATE BLUE (LIMIT 1) (RC)
$1.50 _____ SWEET SPRINKLES SUCRALOSE (LIMIT 1)
$2.60 _____ PEANUT BUTTER, CRUNCHY (LIMIT 2) (RC)
$2.55 _____ JELLY (LIMIT 1)
$2.60 _____ PEANUT BUTTER, CREAMY (LIMIT 2) (RC)
$2.15 _____ MAYONNAISE (RC)
$0.65 _____ KETCHUP 12 PK STRIP
$0.50 _____ MUSTARD 12 PK STRIP
$3.05 _____ SQUEEZE CHEESE 14OZ BOTTLE (LIMIT 1)
$1.75 _____ SOY SAUCE 16.2 OZ (RC)
$0.50 _____ PASTA SAUCE 4OZ
$1.30 _____ VEGETABLE FLAKES (RC)
$1.25 _____ ITALIAN SEASONING (RC)
$1 50 _____ GARLIC POWDER (RC)
$1.60 _____ SALT & PEPPER
$1.60 _____ SAZON W/ GOYA
$0.90 _____ PICANTE SAUCE 10/PK STRIP (LIMIT 1)

### PACKETS  (  LIMIT  12  )
$0 30 _____ BBQ SAUCE PACKETS
$0 45 _____ RANCH PACKETS

### MEAT & CHEESE ITEMS (  LIMIT  10  )
$2.40 _____ CHEDDAR SQUARE
$1 40 _____ PROVOLONE CHEESE BAR
$1.90 _____ BEEF HOT SAUSAGE
$1.95 _____ HALAL BEEF SAUSAGE (halal)
$1.45 _____ TUNA (halal)
$2.10 _____ PEPPERONI SLICES BAG
$1.20 _____ MACKEREL (RC)
$2.75 _____ SALMON (RC)
$0.90 _____ SARDINES (RC)
$2.45 _____ FULLY COOKED BACON STRIPS
$3.40 _____ PANCHO'S SHREDDED BEEF (halal)
$1.45 _____ BRUSHY CREEK CHILI WITH BEANS
$4.20 _____ CARNITAS (pork item)

### BEANS & HUMMUS (  LIMIT  6  )

$1.70 _____ JALAPENO REFRIED BEANS (RC)

$3.75 _____ HUMMUS (RC)

### FRUITS & NUTS (  LIMIT  8  )

$2.20 _____ RAISINS 1.0 OZ 6PACK (RC)
$2.90 _____ PITTED PRUNES (RC)
$3.05 _____ PITTED DATES (RC)
$1.40 _____ OLIVES
$0.60 _____ KOSHER PICKLE (RC)
$2.65 _____ PEANUTS (RC)
$0.95 _____ SUNFLOWER SEEDS .2 5OZ
$3.40 _____ KARS MIXED NUTS 8 OZ
$3.00 _____ GOODY GOODY TRAIL MIX 12 OZ.

## WRITING & READING MATERIALS
$0 70 _____ ADDRESS BOOK **(LIMIT 1)**
$0 45 _____ FLEX PENS **(LIMIT 2)**
$0 20 _____ ENVELOPE 10" x 13" **(LIMIT 20)**
$1 50 _____ NOTEBOOK 8 5" X 11" **(LIMIT 2)**
$2 25 _____ LEGAL FOLDER VELCRO **(LIMIT 2)**
$1 40 _____ ENVELOPES 50CT **(LIMIT 2)**
$0 90 _____ NOTEPAD 8.5"x 11" **(LIMIT 2)**

## PERSONAL ACCESSORIES (POSSESSION LIMIT 1 EACH)
$1 15 _____ AIR FRESHENER **(LIMIT 2)**
$1.80 _____ KLEENEX/8 PK
$1 50 _____ BAND AIDS 30 PK
$3.75 _____ SHAKER BOTTLE/1 QT
$0 50 _____ DRINK TUMBLER
$2 00 _____ COFFEE MUG 22OZ
$2 60 _____ PHOTO ALBUM
$4.50 _____ PHOTO ALBUM INSERTS (LARGE)
$0.40 _____ EAR PLUGS
$0 40 _____ PALM BRUSH
$1 20 _____ SHOELACE 54"
$1 30 _____ HEADPHONE ADAPTER
$0 65 _____ HANDKERCHIEF
$4 95 _____ EYE GLASSES STRAP
$2 10 _____ VELCRO WATCH BAND
$2.60 _____ BICYCLE PLAYING CARDS
$5 60 _____ MESH BAG
$0 40 _____ GREETING CARDS **(LIMIT 10)**
$4 70 _____ 2'FT HEADPHONE EXT CORD

$2 55 _____ BOWL (3 CUPS/750ML) **(LIMIT 1)**

## ELECTRONICS
$2 60 _____ CASIO WATCH BATTERY
$2.60 _____ GRT CLEAR WATCH BATTERY
$12 30 _____ GRT SPORT WATCH **(LIMIT 1)**
$28 60 _____ KOSS CL-20 HEADPHONES **(LIMIT 1)**
$3 80 _____ EAR-BUD (stereo headphones)

## OILS
$5 20 to $6 50 _____ FRAGRANCE OIL **(LIMIT 1)**

## VITAMINS (POSSESSION LIMIT 1 EACH)
$4 15 _____ ADVANCED ULTREX PLUS
$4 25 _____ CALCIUM
$3 20 _____ VITAMIN C
$4 20 _____ VITAMIN D
$3 60 _____ VITAMIN E (400 MG)

## CLOTHING (POSSESSION LIMITS; SWEATS - 2 SETS; SOCKS - 6 PAIR; GYM SHORTS - 2 PAIR; T-SHIRTS - 6)

$15 50 _____ SWEAT SHIRT RUSSELL.    L, XL, 2XL, 3XL, 4XL

$23 40 _____ SWEAT SHIRT RUSSELL    5XL

$17 55 _____ SWEAT PANTS RUSSELL    L, XL, 2XL, 3XL, 4XL

$26.00 _____ SWEAT PANTS RUSSELL   5XL

$18 00 _____ PRO 5 GYM SHORTS------------ L, XL, 2XL

$19.00 _____ PRO 5 GYM SHORTS------------    3XL, 4XL

$9 10 _____ THERMAL TOP---- L  or  XL
$10 40 _____ THERMAL TOP----  2XL, 3XL, 4XL

$9 10 _____ THERMAL BOTTOM -- L  or  XL
$10 40 _____ THERMAL BOTTOM -- 2XL, 3XL, 4 XL

$1 95 _____ TUBE SOCKS (WHITE)
$11 65 _____ CREW SOCKS 6 PR

$5 85 _____ ATHL  SUPPORTER------------- M
$5 85 _____ ATHL  SUPPORTER------------- L
$5.20 _____ ATHL  SUPPORTER------------- XL

$5 85 _____ T-SHIRT (1 PK)------ L  or  XL
$7 05 _____ T-SHIRT(1PK)---- 2XL ,  3XL ,  4XL
$8 80 _____ T-SHIRT (1 PK)---- 5XL
$9 75 _____ A-SHIRTS  (3 PK)-- L  or  XL
$12.05 _____ A-SHIRTS  (3 PK)--- 2XL  or  3XL

$1 70 _____ COTTON GLOVES (WHITE)
$2 95 _____ BASEBALL CAP (WHITE)

$8 45 _____ WEIGHT LIFTING GLOVES------- M
$10.40 _____ WEIGHT LIFTING GLOVES------    L , XL , 2XL

$18 85 _____ HANDBALL GLOVES----- L  or  XL

$1.30 _____ SWEAT BAND (WHITE ONLY)

## RELIGIOUS ITEMS
$13.65 _____ PRAYER RUG **(LIMIT 1)**
$1 65 _____ BANDANA AZTEC RED (**) **(LIMIT 2)**
$8.00 _____ KUFI (WHITE)
$1 45 _____ MISWAK STICKS

 ⭐ **J/K UNIT ONLY** ⭐

$88 40 _____ MP3 PLAYER **(LIMIT 1)**
$3 25 _____ MP3 PLAYER COVER **(LIMIT 1)**

## OVER THE COUNTER MEDICATIONS (LIMIT 1 EACH UNLESS DESIGNATED BELOW)

$2.00 _____ ACETAMINOPHEN 325MG (LIKE TYLENOL)

$2 40 _____ PINK BISMUTH (LIKE PEPTO-BISMAL)

$1 80 _____ MUSCLE RUB (LIKE ICY HOT)

$1 45 _____ ANESTHETIC ORAL GEL

$2 35 _____ ROLAIDS

$1 95 _____ ARTIFICIAL TEARS EYE DROPS

$1 40 _____ ASPIRIN 325MG

$3 80 _____ HEMORRHOIDAL OINTMENT

$1 80 _____ HYDROCORTISONE CREAM

$2 75 _____ IBUPROFEN TABLETS 200MG

$2 60 _____ MILK OF MAGNESIA

$1 85 _____ LORATADINE ALLERGY TABLETS

$1.30 _____ ALLERGY RELIEF – CHLORPHENIRAMINE

$6 00 _____ FIBER CARE PILLS

$1 80 _____ SALINE NASAL SPRAY

$1 15 _____ HALLS COUGH DROPS **(LIMIT 2)**

$2 45 _____ FOOT POWDER (MEDICATED)

$3 75 _____ NAPROXEN (LIKE ALEVE)

$2.10 _____ TRIPLE ANTIBIOTIC OINTMENT (LIKE NEOSPORIN)

$3 35 _____ ANTACID LIQUID (LIKE MYLANTA)

$10 95 _____ OMEPRAZOLE 20MG (LIKE PRILOSEC)

$1 40 _____ CLEAR ZIT (ACNE TREATMENT)

$1.70 _____ TOLNAFTATE CREAM (ANTI-FUNGAL) **(LIMIT 3)**

$1 30 _____ CLOTRIMAZOLE CREAM 1% (ANTI-FUNGUS)

$3 90 _____ ACID REDUCER (RANITIDINE)

$18 25 _____ NASACORT

$ 4 45 _____ STOOL SOFTENER

$2.50 _____ COUGH SYRUP

## HOBBY CRAFT ITEMS
$11.70 _____ Tag Board (limit 1)

$0 65 _____ Art Gum Eraser (limit 1)

$0 15 _____ Plastic Art Needle (limit 1)

$7.05 _____ Drawing Board 20"x30" (limit 1)

$2 35 _____ J-hook crochet hook (limit 1)

$4 20 _____ Crayola colored pencils 24pk (limit 1)

$3 50 _____ 6-pack crochet hooks (limit 1)

### Drawing Paper
$2 35 _____ White (limit 3)

$2 35 _____ Blue (limit 3)

$2 35 _____ Cream (limit 3)

### Yarn (limit 2) *prices vary $9.20-$11.10

_____ Kelly Green (light green)

_____ Dark Pink

_____ Country Rose

_____ Forest Green

_____ Rose

_____ Cream

_____ Lavender

_____ Persimmon (orange)

_____ Sunflower (yellow)

_____ Espresso (brown)

_____ Pumpkin

_____ White

## NEW ITEMS (WRITE IN):

_____
_____
_____
_____
_____
_____
_____

**INMATES ARE RESPONSIBLE FOR NOT EXCEEDING POSSESSION LIMITS OF ITEMS SOLD THROUGH THE COMMISSARY.**

**ALL PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE. NO SUBSTITUTIONS WILL BE MADE UNLESS REQUESTED ON SLIP!**

**ALL SALES ARE CONSIDERED FINAL ONCE AN INMATE HAS SIGNED THE SALES RECEIPT AND THE STAFF MEMBER HAS DEPARTED THE CELL FRONT. NO EXCHANGES ARE ALLOWED.  ALL PRODUCT WARRANTIES ARE THAT OF THE MANUFACTURER AND ARE NOT OFFERED THROUGH THE COMMISSARY.**

**INMATES MUST HAVE AVAILABLE FUNDS ON THEIR ACCOUNT PRIOR TO PLACING THEIR ORDER. IF FUNDS ARE NOT AVAILABLE ON SELLING DAY, THEN THE COMMISSARY LIST CANNOT BE FILLED.**

**ALL ITEMS WILL COUNT AGAINST YOUR MONTHLY SPENDING LIMITATION WITH THE EXCEPTION OF STAMPS, VITAMINS, AND OVER-THE-COUNTER MEDICATIONS.**

**YOU MAY SUBMIT A REQUEST TO A STAFF MEMBER (COP-OUT) ADDRESSED TO THE COMMISSARY COMMITTEE TO MAKE SUGGESTIONS OR REQUEST CHANGES IN THE COMMISSARY.**

**(RC) - ITEMS MARKED WITH (RC) HAVE A RELIGIOUS CERTIFICATION. PLEASE REVIEW ALL INGREDIENTS TO ENSURE THAT THEY COMPLY WITH YOUR RELIGIOUS DIETARY REQUIREMENTS.**

**WATCH THE CLOSED CIRCUIT NETWORK TV FOR INFORMATION ON NEW ITEMS, PRICE CHANGES AND OUT OF STOCK ITEMS.**

**THE COMMISSARY WILL ORDINARILY BE CLOSED FOR INVENTORY DURING THE LAST ACCOUNTING WEEK OF EACH QUARTER.**

ANDRE MATEVOUSIAN, COMPLEX WARDEN
April 10, 2019



**UNITED STATES MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

DENVER
CO 800
SPECIAL MAIL
26 FEB '19
OPEN ONLY IN THE
PM 2 L
PRESENCE OF THE

INMATE

neopost
02/26/2019
**US POSTAGE**   $00.50⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

D06-2032

LEGAL MAIL RECEIVED

2/28/19   noo   AD
Time   Initials

Initials

RECEIVED UNOPENED

Kim Millbrook
# 13700-026
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

Date   Time   Signature

81226-850000



**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

ALFRED A. ARRAJ UNITED STATES COURTHOUSE

901 19TH STREET

DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

DENVER
CO 802
26 FEB 19   SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
02/26/2019
**US POSTAGE** $00.50⁰

FIRST-CLASS MAIL

ZIP 60294
041L11245087

D06-203L

RECEIVED
2/28/19   1100   (A)
Date   Time   Initials
Unit Staff

Date   Time   Initials
RECEIVED UNOPENED
INMATE

Date   Time   Signature

Kim Millbrook
# 13700-026
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226
81226-850000



**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER
CO SPECIAL MAIL
25 FEB 2019
OPENED IN THE
PRESENCE OF THE
INMATE

neopost
02/26/2019
US POSTAGE $00.50⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

LEGAL MAIL RECEIVED
2/28/19   1200
Time

RECEIVED UNOPENED
Time        Inmate

Date   Time   Signature

Kim Millbrook
# 13700-026
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

81226-850000

28CFR § 540.14 General corre-
spondence. (a) Institution staff
shall open and inspect all incoming general
correspondence. Incoming general corre-
spondence may be read as frequently as
deemed necessary to maintain security or
monitor a particular problem confronting
an inmate.

28CFR § 540.18 Special Mail (a) The
warden shall open incoming special mail
only in the presence of the inmate for
inspection for physical contraband and
the qualification of any enclosures as
special mail. The correspondences may not
be read or copied if the sender is adequa-
tely identified on the envelope, and
the front of the envelope is marked
"Special Mail - open only in the presence of
the inmate." (b) In the absence of
adequate identification of the special
Mail's Marking indicated in paragraph

"over".

(a) of this section appearing on the envelope, staff may treat the mail as general correspondence and may open, inspect, and read the mail.

(c) Special mail... includes correspondence received from the following... President and Vice President of the United States; Attorneys, Members of the U.S. Department of Justice (excluding the Bureau of Prisons but including U.S. Attorneys) other Federal law enforcement officers, State Attorneys General, Prosecuting Attorneys, Governors, U.S. courts (including U.S. Probation officers) and state courts. For incoming correspondence to be processed under the special mail procedure (see 540. 18 - 540.19), the sender must be adequately identify on the envelope, and the front of the envelop must be marked "special mail - open only in the presence of the inmate".

§ 54.19 Legal Correspondence.

(a) Staff shall mark each envelope of incoming legal mail (will from courts or attorneys) to show the date and time of receipt, the date and time the letter is delivered to an inmate and opened in the presence of the inmate, and the name of the staff member who delivered the letter. The inmate may be asked to sign as receiving the incoming legal mail. This paragraph applies only if the sender has marked the envelope as specified in § 54.18

(b) The inmate is responsible for advising any attorney that correspondence will be handled as special mail only if the envelope is marked with the attorney's name and an indication that the person is an attorney and the front of the envelope is marked "special mail - open only in the pre-

-over-

Sence of the [minute?] Legal Mail shall be opened in accordance with special mail Procedures (See 540.18)

## SAUL EWING

## ARNSTEIN

## & LEHR LLP

K. WESLEY MISHOE, ESQUIRE
ATTORNEY AT LAW
PENN NATIONAL INSURANCE PLAZA
2 NORTH SECOND STREET, 7TH FLOOR
HARRISBURG, PA 17101-1619

| LEGAL MAIL RECEIVED | | |
|---|---|---|
| LROOM | | |
| 7/19/19 | 1 2p | |
| | Time | Initials |
| T STAFF | | |
| | Time | Initials |
| RECEIVED UNOPENED | | |
| INMATE | | |
| | Time | Signature |

8122636500  8500

_Attorney-Client Inmate Mail_
  _Open Only In The Presence Of Inmate_
Mr. Kim Lee Millbrook (BOP Register #13700-026)
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
Florence, CO  81226

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.50°
0000000281     JUL 16 2019
MAILED FROM ZIP CODE 17101

Case No. 1:19-cv-02395-RM-MDB   Document 7   filed 08/27/19   USDC Colorado   pg 106 of 160

Lewisburg Prison Project

P.O. Box 128

Lewisburg PA 18737

NEOPOST
FIRST-CLASS MA
$001.45⁰
02/04/2019 ZIP 178
042L14810892

LEGAL MAIL RECEIVED
MAILROOM
2/11/19

Date            Time            Initials
UNIT STAFF

Date            Time            Initials
RECEIVED UNOPENED
INMATE

Date            Time            Signature

Angus Love
Attorney at Law
**SPECIAL MAIL**
**OPEN ONLY IN THE**
**PRESENCE OF THE INMATE**

KIM MILLBROOK #13700-026
ADX
P.O. Box 8500
Florence CO 81226

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

**OFFICIAL BUSINESS**



DENVER
CO LEGAL MAIL
02 APR 19 THE
FMSL
PRESENCE OF THE

INMATE

neopost
04/02/2019
**US POSTAGE**   $00.50º

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Kim Millbrook
# 13700-026
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

LEGAL MAIL RECEIVED
MAILROOM
4/4/19        12ρ
Date        Time        Initials
UNIT STAFF

Date        Time        Initials
RECEIVED UNOPENED
INMATE

Date        Time        Signature

81226-850000

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

neopost
04/02/2019
**US POSTAGE**   $00.50⁰

ZIP 80294
011L11245087

**LEGAL MAIL RECEIVED**
MAILROOM
4/4/19

| Date | Time | Initials |
|------|------|----------|
|      |      |          |

UNIT STAFF

| Date | Time | Initials |
|------|------|----------|
|      |      |          |

RECEIVED UNOPENED
INMATE

| Date | Time | Signature |
|------|------|-----------|
|      |      |           |

Kim Millbrook
# 13700-026
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

81226-850000

**U.S. Department of Justice**
United States Attorneys Office
*District of Colorado*

*1801 California Street, Suite 1600*
*Denver, Colorado 80202*

OFFICIAL BUSINESS

DENVER
CO 802
20 MAY '19
PM 2 L

US OFFICIAL MAIL >> PENALTY FOR PRIVATE USE $300

ZIP 80202   $ 000.50⁰
02 4W
0001131809 MAY 20 2019

SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF INMATE

5/22/19   12p

Inmate Kim Millbrook (Reg. No. 13700-026)
USP Florence ADMAX
U.S Penitentiary
PO BOX 8500
Florence, CO 81226

81226-850000

Case Managers Robinson And Coulson opened this Mail outof presence



U.S. Department of Justice
United States Attorneys Office
District of Colorado

1801 California Street, Suite 1600
Denver, Colorado 80202

Official Business

ZIP 802
02 4W
000113

**SPECIAL MAIL - OPEN ONLY**
**IN THE PRESENCE OF INMATE**

Inmate Kim Millbrook (Reg. No. 13700-026)
USP Florence ADMAX
U.S. Penitentiary
PO BOX 8500
Florence, CO 81226
Plaintiff, *pro se*

LEGAL MAIL RECEIVED
MAILED
4/3/19   12P

Date

Initials

Date

RECEIVED
INMATE

Date          Time          Signature

IE CLERK
istrict Court
Room A105
294-3589
ss

D06

Kim Lee Millbrook
#13700-026
US Penitentiary Max
Florence, CO 81226-8500

Robinson
Opened out
OIF Present

SPECIAL MAIL

OPEN ONLY IN THE

PRESENCE OF THE

INMATE

neopost
05/02/2019
US POSTAGE

FIRST-CLASS MAIL

$00.80⁰

ZIP 80294
041L11245087

LEGAL MAIL REC'D
MAIL ED/DATE
Date
UNIT STAFF
Date
RECEIVED/OPENED
INMATE
Date
Date                    Time
                        Signature

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

5/23/19   Vrp

DENVER
CO 802
SPECIAL MAIL
21 MAY '19
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/21/2019
US POSTAGE   $00.50⁰

FIRST CLASS MAIL

ZIP 80294
041L11245087

Kim Millbrook
# 13700-026
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226

81226-850000

Robinson Delivered
Mail open

EWISBURG PRISON I
P.O. Box 128
Lewisburg, PA 17837

NEOPOST
FIRST-CLASS M/
$001.90°
07/19/2019 ZIP 17
042L14810893

DoC

KIM MILLBROOK #13700-026
ADMAX
PO Box 8500
Florence, Colorado

LEGAL MAIL RECEIVED
MAILROOM

7/24/19    1200    ᐧ

Date    Time    Initials
UNIT STAFF

Date    Time    Initials
RECEIVED UNOPENED
INMATE

Date    Time    Signature

Angus Love
Attorney at Law
**SPECIAL MAIL**
OPEN ONLY IN THE

LEWISBURG PRISON PROJECT
P.O. Box 128
Lewisburg, PA 17837

NEOPOST
FIRST-CLASS
$002.50
07/17/2019 ZIP
042L14810893

LEGAL MAIL RECEIVED
MAILROOM

| Date | Time | Initials |
|---|---|---|
| 7/23/19 | 12ω | (initials) |

UNIT STAFF

| Date | Time | Initials |
|---|---|---|
| | | |

RECEIVED UNOPENED
INMATE

| Date | Time | Signature |
|---|---|---|
| | | |

KIM LEE MILLBROOK #13700-026
ADMAX
PO BOX 8500
Florence, CO 81226

Angus Love
Attorney at Law
**SPECIAL MAIL**
**OPEN ONLY IN THE**
**PRESENCE OF THE INMATE**

# SAUL EWING
## ARNSTEIN
## & LEHR LLP

*K. WESLEY MISHOE, ESQUIRE*
  *A TTORNEYS AT LAW*
*PENN NATIONAL INSURANCE PLAZA*
*2 NORTH SECOND STREET, 7TH FLOOR*
*HARRISBURG, PA  17101-1619*

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.65⁰
02 1P
000090C261      AUG 02 2019
MAILED FROM ZIP CODE 17101

<u>*Attorney-Client Inmate Mail*</u>
    <u>*Open Only In The Presence Of Inmate*</u>

Mr. Kim Lee Millbrook (BOP Register #13700-026)
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
Florence, CO  81226

LEGAL MAIL RECEIVED
MAILROOM

| Date | Time | Initials |
|---|---|---|
| 8/6/19 | 1200 | ♪ |

UNIT STAFF

| Date | Time | Initials |
|---|---|---|

RECEIVED UNOPENED
INMATE

| Date | Time | Signature |
|---|---|---|

81226&8500  B900

LEWISBURG PRISON PROJECT
     P.O. Box 128
     Lewisburg, PA 17837

*D06*

KIM MILLBROOK #13700-026
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

Angus Love



Lewisburg Prison Project

P.O. Box 128

Lewisburg PA 18737





**FIRST CLASS MAIL**

KIM LEE MILLBROOK #13700-026
ADX
P.O. Box 8500
Florence CO 81226



Angus Love
Attorney at Law
**SPECIAL MAIL**
**OPEN ONLY IN THE**
**PRESENCE OF THE INMATE**





### ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT

| Inmate's Name | Register Number | Institution |
|---|---|---|
| Kim Lee MILLBROOK | 13700-026 | USP Lewisburg |

| 1. | Notice of Hearing |
|---|---|

The Notice of Hearing on Referral for Transfer to the General Population at the ADX in Florence, Colorado, which outlines the basis for the placement recommendation was given to the inmate on June 20, 2016, at 3:00 p.m. The hearing was held on June 22, 2016, at 10:00 a.m., via telephonic hearing.

| 2. | Attendance |
|---|---|

The inmate was advised in the Notice of General Population Hearing form of the opportunity to be present during the hearing.

| ✓ | The inmate was present during the hearing. |
|---|---|
|  | The inmate was not present during the hearing for the following reason(s):  N/A |

| 3. | Inmate's Statement |
|---|---|

The inmate was advised in the Notice of General Population Hearing form of the opportunity to make a statement during the hearing, pertaining to the referral for his placement in the ADX General Population (ADX-GP). The information below was confirmed during the hearing.

|  | The inmate did not make a statement during the hearing for the following reason(s):   N/A |
|---|---|
| ✓ | The inmate made the following statement during the hearing: Basically, my situation is that I have known gang enemies that threaten my life because they've labelled me a jail house snitch, because I file a lot of remedies. Since March 11, 2010, I've had to defend myself because they've placed me in cells with known gang members. Staff make the cell assignments, but some don't do a good assessment for who I'm compatible to be assigned with and I've written numerous remedies to let staff know my situation. I've verbally talked to the captain and SIS about it, and a lieutenant. I've also filed a preliminary injunction locally here. I've been put in these situations a number of time's, sometimes placing me or the other inmate in a vulnerable position where as one of us is in restraints while the other is waiting to have restraints placed on them. I was attacked on a couple of occasions where I was in the restraints and the other inmate was not in restraints. Do to me filing numerous lawsuits, since staff were not addressing my life, safety concerns and I needed to make the courts aware. As far as me going to the ADX, I want to go, because I'm ready to be removed from this facility for nearly 7 years and you know, I guess a more safer and secure environment. I wanted it documents and on record that there is a contract out on my life from gang known inmates, where if they see me on sight (a contract hit from all known gangs). I'm asking for protective custody; I don't want to hurt nobody and I don't want nobody to hurt me. If I need to protect myself, if I feel threaten or my life is in jeopardy, I'll do what I need to do to protect myself. I'm not safe in no facility in any BOP prison, or if they could remove me from the BOP to a state prison. I'm not safe in any Bureau facility, I've got a hit on me no matter where I go. Also, if they could put me in the ADX until I am released; If they have some type of protective custody there, I would go there until I release, because I'm not safe anywhere in the BOP, or they could send me to a state facility. Not a medium, low, anywhere. If you check my record, you'll see I don't ever go outside, in seven years, I went out maybe twice, other than during searches. I wanted to document that I've put you and my case manager on notice that what I stipulated to you today and that my family should be notified if anything happens to me, my sister Joyce BOGGUES and my brother Theodore Millbrook and my other sister Paula Millbrook in Rock Island, Illinois. |

1

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT | | |
| --- | --- | --- |
| Inmate's Name | Register Number | Institution |
| Kim Lee MILLBROOK | 13700-026 | USP Lewisburg |

| 4. | Presentation of Documentary Evidence |
| --- | --- |
| | The inmate was advised in the Notice of General Population Hearing form of the opportunity to submit documentary information. The information below was confirmed during the hearing. |
| ✓ | The inmate did not present any documentary evidence. |
| | The inmate presented the following documentary evidence: |
| | The inmate asked to present documentary evidence, but was denied for the following reason(s):  N/A |
| 5. | Finding |
| | The inmate does not appear to meet the criteria for placement in the ADX-GP for the following reason(s):  N/A |
| ✓ | The inmate meets the following criteria for placement in the ADX-GP: |
| ✓ | The inmate's conduct within correctional institutions creates a risk to institution security, good order, and the safety of staff, inmates, others, and/or the public safety. |
| ✓ | As a result of the inmate's status either before or after incarceration, he may not be safely housed in the general population of a regular correctional institution. |
| 6. | Information Utilized |

**Pre-Sentence Investigation Report Information:**

Inmate MILLBROOK was sentenced in the United States District Court for the Central District of Illinois and is serving a 372 month sentence for Felon in Possession of a Firearm, Possession with Intent to Distribute Crack Cocaine, and Witness Tampering. On February 11, 2003, the defendant (MILLBROOK) was released from prison to a term of mandatory supervised release. The defendant's case (MILLBROOK) was assigned to parole officer M. Blackert, in Rock Island, Illinois. On January 8, 2006, the defendant struck his wife, Kristina Millbrook, in the face with his hand in Moline, Illinois. The defendant was charged with Domestic Battery in Rock Island County Circuit Court, Rock Island, Illinois, Case No. 06-CM-100. Kristina Millbrook reported the defendant's conduct to his parole officer. She told the parole officer that the defendant (MILLBROOK) possessed guns and drugs. MILLBROOK stated that his wife later recanted her allegation that the defendant possessed guns and drugs. On January 10, 2006, parole officer Blackert spoke with MILLBROOK outside his mother's residence at 1030 – 11th Avenue, Rock Island, Illinois. Blackert questioned MILLBROOK and asked MILLBROOK if he could search his vehicle, and MILLBROOK refused. MILLBROOK exhibited defensive and nervous behavior that escalated during the conversation. MILLBROOK entered his vehicle, grabbed contents of the glove box that included seven grams of marijuana, 10.6 grams of crack cocaine, 1 gram of powder cocaine, and fled on foot. Police located MILLBROOK's drugs in a garbage can. On January 10, 2006, members of the Rock Island, Illinois, Police Department Narcotics/Vice Unit and the Emergency Response Team executed a state search warrant at 1030, 11th Avenue in Rock Island. Two safe's were located on the stair's leading to the attic. Inside the dark grey Sentry safe were three handguns and two boxes of ammunition. The second light grey Sentry safe contained five handguns and boxes of ammunition. MILLBROOK's fingerprints were recovered on the chamber of the Taurus revolver; which was one of the guns recovered from the safe. The firearms had been manufactured outside the state of Illinois and had, therefore, traveled in interstate commerce. MILLBROOK was charged with Unlawful Possession with Intent

2

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT | | |
|---|---|---|
| Inmate's Name | Register Number | Institution |
| Kim Lee MILLBROOK | 13700-026 | USP Lewisburg |

to Deliver a Controlled Substance and Unlawful Possession of Cannabis in Rook Island County, Illinois, Circuit Court Case No. 06-CF-16. On March 8, 2006, the defendant's brother, T. Millbrook, was questioned by law enforcement. T. Millbrook stated that the firearms belonged to his deceased brother, Rickey Millbrook, and the firearms had been stored in his mother's house for about the past four to five years. Additionally, while in jail MILLBROOK made several calls to his brother attempting to convince his brother to take responsibility for the weapons. In summary, MILLBROOK possessed 10.6 grams of crack with the intent to distribute it to others. MILLBROOK possessed eight firearms at his mother's residence. MILLBROOK obstructed justice when he threatened a witness, and attempted to corruptly persuade his brother to falsely testify before a federal grand jury.

On October 1998, MILLBROOK was found guilty of Home Invasion and Domestic Battery and sentenced to 8 years imprisonment. On July 31, 1990, MILLBROOK entered the victim's residence and struck her in the face with his fist.

On April 22, 1998, MILLBROOK pled guilty to Resisting a Peace Officer and was sentenced to 60 days custody. On April 4, 1998, MILLBROOK fled on foot from several police officers, MILLBROOKE was handcuffed after a short struggle.

On April 22, 1998, MILLBROOK pled guilty to Aggravated Fleeing and Eluding and was sentenced to 60 days custody. On March 29, 1998, MILLBROOK attempted to elude a Milan, IL police officer after being    given a visual and audible signal to stop, by driving at a rate of speed in excess of 21 miles per hour over the posted limit.

On March 25, 1998, MILLBROOK pled guilty to Unlawful Possession of Drug Paraphernalia and was sentenced to 22 days custody, with 12 months conditional discharge and 150 hours of public service employment. On March 13, 1998, MILLBROOK possessed a crack pipe.

On October 12, 1996, MILLBROOK pled guilty to Unlawful Possession of Drug Paraphernalia and was fined. On October 12, 1996, MILLBROOK possessed a crack pipe.

On June 1, 1994, MILLBROOK was found guilty of Unlawful Delivery of a Controlled Substance and sentenced to 6 years imprisonment.

On December 10, 1992, MILLBROOK pled guilty to Unlawful Possession of a Controlled Substance and sentenced to 140 days custody and 2 years probations. On October 1, 1992, 33 pieces of crack    cocaine were located at MILLBROOK's residence in Rock Island, Illinois, during the execution of   a search warrant.

On June 9, 1996, MILLBROOK was found guilty of Unlawful Use of Weapons and sentenced to 30 days custody.

Institutional Conduct:

3

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT | | |
|---|---|---|
| Inmate's Name | Register Number | Institution |
| Kim Lee MILLBROOK | 13700-026 | USP Lewisburg |

On March 1, 2016, MILLBROOK was found guilty of conduct which disrupts/interfering most like making a sexual proposal, Code #298 most like Code #206. Specifically, staff reported, the reporting officer was conducting PM Pill Line when inmate MILLBROOK , #13700-026 called the reporting officer's name repeatedly. When the reporting officer turned around to face D-Block cell 311, which housed inmate Millbrook, Millbrook blew the reporting officer a kiss and began licking his lips. The reporting officer picked up a cop-out from inmate Millbrook, and Millbrook stated, "I love you, Ms. Dees." The reporting officer ordered Millbrook to stop, but he continued licking his lips and blowing kisses at the reporting officer.

On October 21, 2015, MILLBROOK was found guilty of conduct which disrupts/interfering most like making a sexual proposal, Code #298 most like Code #206. Specifically, staff reported, she was performing PM pill line on D-Block third floor approximate time. After she administered Millbrook his medication, at which time you stated to her "I love you and can't wait until I see you again. She terminated her encounter with you and continued on with pill line.

On October 6, 2015, MILLBROOK was found guilty of conduct which disrupts/interfering most like making a sexual proposal, Code #298 most like Code #206. Specifically, staff reported, the reporting officer was performing AM Pill Line when inmate MILLBROOK, #13700-026 called her to his cell for a pharmacy cop out. As the reporting officer picked up the cop-out, inmate Millbrook said, "I love you, Ms. Dees. Did you hear me? I'll see you later. We can talk then.

On December 16, 2014, MILLBROOK was found guilty of conduct which disrupts most like making a sexual proposal, Code #299 most like Code #206. Specifically, staff reported the reporting officer was exiting the D-Block 3rd Floor Range after passing out medications when inmate MILLBROOK, #13700-026 handed her a cop-out (written Inmate Request to Staff) from his wicket in cell D-306. The note was addressed to "Lori Hartzel" and excerpts are as follows: "You mean everything to me, and I want you in my life. I want to build a relationship with you long after I'm gone from Lewisburg and upon my release from prison. Here is some contact information through my relatives to stay in touch with me. I love you!"

On March 18, 2014, MILLBROOK was found to have committed the prohibited act of Code #224, assaulting any person. Specifically, staff reported while conducting shower programs on the second floor of D-Block, thr officer approached cell 220 which houses inmates Schreane, and inmate Millbrook, #13700-026. Upon arrival to cell 220, the officer observed blood running down inmate Schreane's upper right appendage. The officer then ordered inmate Schreane to the cell door to see what had happened. As inmate Schreane approached the cell door to talk to this officer, inmate Millbrook walked up to Schreane and struck him with a closed fist to the head. After assaulting inmate Schreane, Millbrook immediately moved to the rear of the cell. This officer then ordered both inmates to submit to hand restraints to which they complied.

On April 22, 2013, MILLBROOK was found to have committed the prohibited act of Code 203, threatening another with bodily harm. Specifically, staff reported on March 28, 2013, staff

4

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT | | |
|---|---|---|
| **Inmate's Name** | **Register Number** | **Institution** |
| Kim Lee MILLBROOK | 13700-026 | USP Lewisburg |

ordered you to submit to restraints and you refused and stated, "I'll cut off anyone's heard that comes in here."

On November 8, 2012, MILLBROOK was found to have committed the prohibited as of assaulting any person, Code #224. Specifically, staff reported observing inmate Millbrook, #13700-026, assaulting inmate Holmes, in G-Block, cell 116 while inmate Holmes was still in hand restraints. Specifically, inmate Millbrook was punching inmate Holmes in the head and upper torso with closed fists, as well as kicking him in the leg. The reporting officer gave inmate Millbrook multiple direct orders to stop fighting, which he did not comply with.

On April 30, 2012, MILLBROOK was found guilty of conduct which disrupts most like making a sexual proposal, Code #299 most like Code #206. Specifically, staff reported you submitted a request to staff which read, "Ms. Hicks, let me start off by saying I think you are a very pretty young lady and I'm very much attracted to you. I would like to try to get to you to give me a chance to meet in your life, I'm not trying to put you into a bad situation and I wouldn't do anything to get you in to any trouble I know how to keep our business myself, but you have to do the same, this time I'm doing is temporary I should be out of prison soon my case is still pending, and all I need is a good woman to stand by my side through this situation and I promise you that if you can be here for me, you will be a very lucky girl to have a man like me in your life because I truly know how to love a woman and to treat a woman just give me this chance. Millbrook."

On April 30, 2012, MILLBROOK was found guilty of conduct which disrupts most like making a sexual proposal, Code #299 most like Code #206.. Specifically, staff reported you submitted a request to staff which read, "Let me start off by saying I love you, from the first moment I laid eyes on you I've been helplessly crazy about you and want nothing more than to be in your life, you are everything that I want in a woman, you are beautiful smart and you are constantly on my mind, I know you don't really know me but we can grow to know each other if given the opportunity. All you have to do is say yes and put forth the effort, if this is what you want find a way to let me know, if not throw the snow away and forget the whole thing."

On January 5, 2012, MILLBROOK was found guilty of conduct which disrupts most like making a sexual proposal, Code #299 most like Code #206. Specifically, staff reported you submitted a request to staff which read, "Let me start off by saying that from the first moment I laid eyes on you I truly and wholeheartedly fell head over heels in love with you, I need you in my life as my woman or wife I'm 44 yrs old and have 2 beautiful daughter's buy my life in not complete without the woman of my dreams. I hate that we met under these circumstances because I truly am a good guy I've just made some bad decision, but I've truly learned from my stupidity. Upon my release I need a good woman to settle down with and hopefully that woman is you. I truly need someone like you in my life you'll never truly know pure unconditional love until you have experienced it with someone like me. Just take what I've said and think about it, and if you want to let me into your world, and you in mines, let me know!"

On November 30, 2011, MILLBROOK was found guilty of threatening another with bodily harm,

5

| ADX GENERAL POPULATION HEARING ADMINISTRATOR'S REPORT | | |
|---|---|---|
| Inmate's Name | Register Number | Institution |
| Kim Lee MILLBROOK | 13700-026 | USP Lewisburg |

Code #203. Specifically, staff reported while making rounds, MILLBROOK told the staff to "come here", when staff stated no, MILLBROOK stated, "Fuck you, what do you mean no. I'll fucking kick your ass."

On October 26, 2011, MILLBROOK was found to have committed the prohibited as of assaulting any person, Code #224. Specifically, staff reported upon approaching cell C-225, to inform inmates of a move, he observed MILLBROOK, assaulting the other inmate by striking him with closed fists to his face and upper torso. MILLBROOK refused several orders to cease his actions and refused to comply.

On June 29, 2011, MILLBROOK was found to have committed the prohibited act of fighting. Specifically, staff reported On May 12, 2011, at approximately 4:50 pm, I observed MILLBROOK and PETTUS fighting in D Block cell 329. Both inmates were wrestling on their feet. MILLBROOK then tackled PETTUS to the floor. MILLBROOK landed on top of PETTUS and began choking him. I gave both inmates a direct order to stop fighting and separate to which they failed to comply.

| 7. | Recommendation | | |
|---|---|---|---|
| | The inmate does not meet the criteria for placement in the ADX-GP. | | |
| ✓ | The inmate meets the criteria for placement in the ADX-GP. | | |

| 8. | Appeal Rights |
|---|---|

Upon receipt of the decision regarding your placement, you have 30 days to appeal the decision through the Administrative Remedy Program. Your appeal must be submitted on the appropriate form (Regional Administrative Remedy Appeal BP-10) and must be sent to the Chief, Designation & Sentence Computation Center, Grand Prairie Complex, U.S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, Texas 75051.

| F. Frandle | *[signature]* | June 22, 2016 |
|---|---|---|
| Hearing Administrator's Name | Signature | Date |

| 9. | Delivery of Hearing Administrator's Report to Inmate | |
|---|---|---|
| *[signature: Kim Millbrook]* | | 6-20/10/16 |
| Inmate's Signature | | Date |

The inmate refused to sign for a copy of the General Population Hearing Administrator's Report. I have personally delivered a copy of the report to the above mentioned inmate.

| | | |
|---|---|---|
| Staff Name (Printed) | Signature | Date |

| Notice of Hearing on Referral for Transfer to ADX Florence General Population | | |
|---|---|---|
| **Name** | **Register Number** | **Institution** |
| Kim Lee MILLBROOK | 13700-026 | USP Lewisburg |

| 1. | This Notice was delivered on (date/time): | 6-20-2016 @ 3:00 am/pm |
|---|---|---|
| **Delivered by:** | Name: R. Smith | Title: CSW |
| **Signature:** | | |
| **From:** | F. Frandle Hearing Administrator North Central Regional Office | *(signature)* |

You have been referred for an ADX General Population hearing. This hearing is to determine if you should be transferred to ADX Florence and placed in the General Population (ADX-GP). Information concerning this referral, and the procedures, are set forth in this Notice form.

| 2. | Scheduled Date/Time for Hearing: | Wednesday, June 22, 2016, at 10:00 a.m., Central Standard Time. |
|---|---|---|
| 3. | This hearing may be conducted via video conferencing, **teleconference**, or in person at your present institution, or at any other location determined by the Hearing Administrator. **Your hearing will be conducted via teleconference.** | |
| 4. | You are being referred for placement in the ADX-GP based on the following: | |
| ✓ | Your conduct creates a risk to institution security and good order, poses a risk to the safety of staff, inmates or others, or to public safety. | |
| ✓ | As a result of your status either before or after incarceration, you may not be safely housed in the general population of a regular correctional institution. | |

Without jeopardizing institution security or good order, or the safety of any person, detail as fully as possible the facts or situation(s) resulting in the recommendation for transfer:

**Pre-Sentencing Report Information:**

Inmate MILLBROOK was sentenced in the United States District Court for the Central District of Illinois and is serving a 372 month sentence for Felon in Possession of a Firearm, Possession with Intent to Distribute Crack Cocaine, and Witness Tampering. On February 11, 2003, the defendant (MILLBROOK) was released from prison to a term of mandatory supervised release. The defendant's case (MILLBROOK) was assigned to parole officer M. Blackert, in Rock Island, Illinois. On January 8, 2006, the defendant struck his wife, Kristina Millbrook, in the face with his hand in Moline, Illinois. The defendant was charged with Domestic Battery in Rock Island County Circuit Court, Rock Island, Illinois, Case No. 06-CM-100. Kristina Millbrook reported the defendant's conduct to his parole officer. She told the parole officer that the defendant (MILLBROOK) possessed guns and drugs. MILLBROOK stated that his wife later recanted her allegation that the defendant possessed guns and drugs. On January 10, 2006, parole officer Blackert spoke with MILLBROOK outside his mother's residence at 1030 – 11th Avenue, Rock Island, Illinois. Blackert questioned MILLBROOK and asked MILLBROOK if he could search his vehicle, and MILLBROOK refused. MILLBROOK exhibited defensive and nervous behavior that escalated during the

conversation. MILLBROOK entered his vehicle, grabbed contents of the glove box that included seven grams of marijuana, 10.6 grams of crack cocaine, 1 gram of powder cocaine, and fled on foot. Police located MILLBROOK's drugs in a garbage can. On January 10, 2006, members of the Rook Island, Illinois, Police Department Narcotics/Vice Unit and the Emergency Response Team executed a state search warrant at 1030 - 11th Avenue in Rock Island. Two safe's were located on the stair's leading to the attic. Inside the dark grey Sentry safe were three handguns and two boxes of ammunition. The second light grey Sentry safe contained five handguns and boxes of ammunition. MILLBROOK's fingerprints were recovered on the chamber of the Taurus revolver; which was one of the guns recovered from the safe. The firearms had been manufactured outside the state of Illinois and had, therefore, traveled in interstate commerce. MILLBROOK was charged with Unlawful Possession with Intent to Deliver a Controlled Substance and Unlawful Possession of Cannabis in Rock Island County, Illinois, Circuit Court Case No. 06-CF-16. On March 8, 2006, the defendant's brother, T. Millbrook, was questioned by law enforcement. T. Millbrook stated that the firearms belonged to his deceased brother, Rickey Millbrook, and the firearms had been stored in his mother's house for about the past four to five years. Additionally, while in jail MILLBROOK made several calls to his brother attempting to convince his brother to take responsibility for the weapons. In summary, MILLBROOK possessed 10.6 grams of crack with the intent to distribute it to others. MILLBROOK possessed eight firearms at his mother's residence. MILLBROOK obstructed justice when he threatened a witness, and attempted to corruptly persuade his brother to falsely testify before a federal grand jury.

On October 1998, MILLBROOK was found guilty of Home Invasion and Domestic Battery and sentenced to 8 years imprisonment. On July 31, 1990, MILLBROOK entered the victim's residence and struck her in the face with his fist.

On April 22, 1998, MILLBROOK pled guilty to Resisting a Peace Officer and was sentenced to 60 days custody. On April 4, 1998, MILLBROOK fled on foot from several police officers, MILLBROOKE was handcuffed after a short struggle.

On April 22, 1998, MILLBROOK pled guilty to Aggravated Fleeing and Eluding and was sentenced to 60 days custody. On March 29, 1998, MILLBROOK attempted to elude a Milan, IL police officer after being given a visual and audible signal to stop, by driving at a rate of speed in excess of 21 miles per hour over the posted limit.

On March 25, 1998, MILLBROOK pled guilty to Unlawful Possession of Drug Paraphernalia and was sentenced to 22 days custody, with 12 months conditional discharge and 150 hours of public service employment. On March 13, 1998, MILLBROOK possessed a crack pipe.

On October 12, 1996, MILLBROOK pled guilty to Unlawful Possession of Drug Paraphernalia and was fined. On October 12, 1996, MILLBROOK possessed a crack pipe.

On June 1, 1994, MILLBROOK was found guilty of Unlawful Delivery of a Controlled Substance and sentenced to 5 years imprisonment.

On December 10, 1992, MILLBROOK pled guilty to Unlawful Possession of a Controlled Substance and sentenced to 140 days custody and 2 years probations. On October 1, 1992, 33 pieces of crack cocaine were located at MILLBROOK's residence in Rock Island, Illinois, during the execution of a search warrant.

On June 9, 1996, MILLBROOK was found guilty of Unlawful Use of Weapons and sentenced to 30

days custody.

## Institutional Conduct:

On March 1, 2016, MILLBROOK was found guilty of conduct which disrupts/interfering most like making a sexual proposal, Code #298 most like Code #206. Specifically, staff reported, the reporting officer was conducting PM Pill Line when inmate MILLBROOK , #13700-026 called the reporting officer's name repeatedly. When the reporting officer turned around to face D-Block cell 311, which housed inmate Millbrook, Millbrook blew the reporting officer a kiss and began licking his lips. The reporting officer picked up a cop-out from inmate Millbrook, and Millbrook stated, "I love you, Ms. Dees." The reporting officer ordered Millbrook to stop, but he continued licking his lips and blowing kisses at the reporting officer.

On October 21, 2015, MILLBROOK was found guilty of conduct which disrupts/interfering most like making a sexual proposal, Code #298 most like Code #206. Specifically, staff reported, she was performing PM pill line on D-Block third floor approximate time. After she administered Millbrook his medication, at which time you stated to her "I love you and can't wait until I see you again. She terminated her encounter with you and continued on with pill line.

On October 6, 2015, MILLBROOK was found guilty of conduct which disrupts/interfering most like making a sexual proposal, Code #298 most like Code #206. Specifically, staff reported, the reporting officer was performing AM Pill Line when inmate MILLBROOK, #13700-026 called her to his cell for a pharmacy cop out. As the reporting officer picked up the cop-out, inmate Millbrook said, "I love you, Ms. Dees. Did you hear me? I'll see you later. We can talk then.

On December 16, 2014, MILLBROOK was found guilty of conduct which disrupts most like making a sexual proposal, Code #299 most like Code #206. Specifically, staff reported the reporting officer was exiting the D-Block 3rd Floor Range after passing out medications when inmate MILLBROOK, #13700-026 handed her a cop-out (written Inmate Request to Staff) from his wicket in cell D-306. The note was addressed to "Lori Hartzel" and excerpts are as follows: "You mean everything to me, and I want you in my life. I want to build a relationship with you long after I'm gone from Lewisburg and upon my release from prison. Here is some contact information through my relatives to stay in touch with me. I love you!"

On March 18, 2014, MILLBROOK was found to have committed the prohibited act of Code #224, assaulting any person. Specifically, staff reported while conducting shower programs on the second floor of D-Block, thr officer approached cell 220 which houses inmates Schreane, and inmate Millbrook, #13700-026. Upon arrival to cell 220, the officer observed blood running down inmate Schreane's upper right appendage. The officer then ordered inmate Schreane to the cell door to see what had happened. As inmate Schreane approached the cell door to talk to this officer, inmate Millbrook walked up to Schreane and struck him with a closed fist to the head. After assaulting inmate Schreane, Millbrook immediately moved to the rear of the cell. This officer then ordered both inmates to submit to hand restraints to which they complied.

On April 22, 2013, MILLBROOK was found to have committed the prohibited act of Code 203, threatening another with bodily harm. Specifically, staff reported on March 28, 2013, staff ordered you to submit to restraints and you refused and stated, "I'll cut off anyone's heard that comes in here."

On November 8, 2012, MILLBROOK was found to have committed the prohibited as of assaulting

any person, Code #224. Specifically, staff reported observing Inmate Millbrook, #13700-026, assaulting inmate Holmes, in G-Block, cell 116 while inmate Holmes was still in hand restraints. Specifically, inmate Millbrook was punching inmate Holmes in the head and upper torso with closed fists, as well as kicking him in the leg. The reporting officer gave inmate Millbrook multiple direct orders to stop fighting, which he did not comply with.

On April 30, 2012, MILLBROOK was found guilty of conduct which disrupts most like making a sexual proposal, Code #299 most like Code #206. Specifically, staff reported you submitted a request to staff which read, "Ms. Hicks, let me start off by saying I think you are a very pretty young lady and I'm very much attracted to you. I would like to try to get to you to give me a chance to meet in your life, I'm not trying to put you into a bad situation and I wouldn't do anything to get you in to any trouble I know how to keep our business myself, but you have to do the same, this time I'm doing is temporary I should be out of prison soon my case is still pending, and all I need is a good woman to stand by my side through this situation and I promise you that if you can be here for me, you will be a very lucky girl to have a man like me in your life because I truly know how to love a woman and to treat a woman just give me this chance. Millbrook."

On April 30, 2012, MILLBROOK was found guilty of conduct which disrupts most like making a sexual proposal, Code #299 most like Code #206. Specifically, staff reported you submitted a request to staff which read, "Let me start off by saying I love you, from the first moment I laid eyes on you I've been helplessly crazy about you and want nothing more than to be in your life, you are everything that I want in a woman, you are beautiful smart and you are constantly on my mind, I know you don't really know me but we can grow to know each other if given the opportunity. All you have to do is say yes and put forth the effort, if this is what you want find a way to let me know, if not throw the snow away and forget the whole thing."

On January 5, 2012, MILLBROOK was found guilty of conduct which disrupts most like making a sexual proposal, Code #299 most like Code #206. Specifically, staff reported you submitted a request to staff which read, "Let me start off by saying that from the first moment I laid eyes on you I truly and wholeheartedly fell head over heels in love with you, I need you in my life as my woman or wife I'm 44 yrs old and have 2 beautiful daughter's buy my life in not complete without the woman of my dreams. I hate that we met under these circumstances because I truly am a good guy I've just made some bad decision, but I've truly learned from my stupidity. Upon my release I need a good woman to settle down with and hopefully that woman is you. I truly need someone like you in my life you'll never truly know pure unconditional love until you have experienced it with someone like me. Just take what I've said and think about it, and if you want to let me into your world, and you in mines, let me know!"

On November 30, 2011, MILLBROOK was found guilty of threatening another with bodily harm, Code #203. Specifically, staff reported while making rounds, MILLBROOK told the staff to "come here", when staff stated no, MILLBROOK stated, "Fuck you, what do you mean no. I'll fucking kick your ass."

On October 26, 2011, MILLBROOK was found to have committed the prohibited as of assaulting any person, Code #224. Specifically, staff reported upon approaching cell C-225, to inform inmates of a move, he observed MILLBROOK, assaulting the other inmate by striking him with closed fists to his face and upper torso. MILLBROOK refused several orders to cease his actions and refused to comply.

| | |
|---|---|
| \multicolumn{2}{l}{On June 29, 2011, MILLBROOK was found to have committed the prohibited act of fighting. Specifically, staff reported On May 12, 2011, at approximately 4:50 pm, I observed MILLBROOK and PETTUS fighting in D Block cell 329. Both inmates were wrestling on their feet. MILLBROOK then tackled PETTUS to the floor. MILLBROOK landed on top of PETTUS and began choking him. I gave both inmates a direct order to stop fighting and separate to which they failed to comply.} |
| 5. | As an inmate referred for placement in the ADX-GP, you will be afforded: |
| a. | The opportunity to have a written summary of the specific behavior or situation which forms the basis for the placement recommendation, unless such information would likely endanger staff or others. You will receive this summary and notice of the hearing at least twenty-four hours prior to the hearing. |
| b. | The opportunity to be present throughout the hearing except where institution security or good order would be jeopardized. |
| c. | The opportunity to make an oral statement to the Hearing Administrator. |
| d. | The opportunity to present documentary evidence in your behalf which is relevant to the issue, provided institution security or individual safety would not be jeopardized. |
| e. | The opportunity to be advised, in writing, of the Hearing Administrator's recommendation and of a summary of the facts and reason(s) supporting the recommendation, to the extent institution security or individual safety would not be jeopardized. |
| 6. | I have been advised of the above procedures related to the hearing on referral for placement in the ADX-GP. I have also received a copy of the Administrative Procedures for Transfer to the ADX-GP. |

| Inmate Signature: *Kim Millbrook* | Register Number: 13760-026 | Date: 6-20-16 |
|---|---|---|

| | |
|---|---|
| When an inmate has been advised of the above hearing procedures and provided a copy of the Administrative Procedures for Transfer to the ADX-GP, but refuses to sign the acknowledgement, the following is to be completed: |
| I have personally advised the inmate of the above hearing procedures, and provided the inmate with a copy of the Administrative Procedures for Transfer to the ADX-GP. However, the inmate refused to sign the acknowledgement. |

| Staff Name: | Staff Title: |
|---|---|
| Staff Signature: | Date: |

| | |
|---|---|
| 7. | Waiver of Appearance – I have been advised of my opportunity to appear before the Hearing Administrator regarding my referral for transfer to the ADX-GP. I wish to waive my right to appear at this hearing. I understand I may still provide documentary evidence to the Hearing Administrator prior to the date of the hearing referenced in section one of this form. |

| Inmate Name: | Register Number: | Date: |
|---|---|---|
| Staff Name: | Staff Title: | |
| Staff Signature: | Date: | |

I have personally advised the inmate of the above hearing procedures, and provided the inmate with a copy of the Administrative Procedures for Transfer to the ADX-GP. The inmate has declined to appear at this hearing and refused to sign the above waiver section of this form. I have advised the inmate he may submit documentary information to the Hearing Administrator prior to the date of the

hearing referenced in section one of this form.

| Staff Name: | Staff Title: |
|---|---|
| Staff Signature: | Date: 6-20-2016 |
| Second Staff Name: | Second Staff Title: |
| Second Staff Signature: | Date: |

Exhibit "10"
Medical records

**Ibuprofen 600 MG Tab**  248722-FLX

GENERIC NAME  Ibuprofen Tablets (EYE bue PROE fen)

WARNING  This drug may raise the chance of heart and blood vessel side effects like heart attack and stroke  If these happen, they can be deadly  The risk of these side effects may be greater if you have heart disease or risks for heart disease  However, the risk may also be raised in people who do not have heart disease or risks for heart disease  The risk of these health problems can happen as soon as the first weeks of using this drug and may be greater with higher doses or with long-term use  Do not use this drug right before or after bypass heart surgery  This drug may raise the chance of very bad and sometimes deadly stomach or bowel side effects like ulcers or bleeding  The risk is greater in older people  The risk is also greater in people who have had stomach or bowel ulcers or bleeding before  These problems may occur without warning signs  Talk with the doctor  COMMON USES  It is used to ease pain, swelling, and fever  It is used to ease painful period (menstrual) cycles  It is used to treat arthritis  It may be given to you for other reasons  Talk with the doctor

BEFORE USING THIS MEDICINE  WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG?  TELL YOUR DOCTOR  If you have an allergy to ibuprofen, aspirin, NSAIDS, or any other part of this drug  TELL YOUR DOCTOR  If you are allergic to any drugs like this one, any other drugs, foods, or other substances  Tell your doctor about the allergy and what signs you had, like rash, hives, itching, shortness of breath, wheezing, cough; swelling of face, lips, tongue, or throat, or any other signs  TELL YOUR DOCTOR  If you have any of these health problems  GI (gastrointestinal) bleeding or kidney problems  TELL YOUR DOCTOR  If you are having trouble getting pregnant or you are having your fertility checked  TELL YOUR DOCTOR  If you are pregnant or may be pregnant  Do not take this drug if you are in the third trimester of pregnancy  You may also need to avoid this drug at other times during pregnancy  Talk with your doctor to see when you need to avoid taking this drug during pregnancy  TELL YOUR DOCTOR  If you are taking any other NSAID  TELL YOUR DOCTOR  If you are taking a salicylate drug like aspirin  TELL YOUR DOCTOR  If you are taking pemetrexed  This is not a list of all drugs or health problems that interact with this drug  Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems  You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems  Do not start, stop, or change the dose of any drug without checking with your doctor

HOW TO USE THIS MEDICINE  HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor  Read all information given to you  Follow all instructions closely  Take with or without food  Take with food if it causes an upset stomach  Take with a full glass of water  Drink lots of noncaffeine liquids unless told to drink less liquid by your doctor  Do not take more than what your doctor told you to take  Taking more than you are told may raise your chance of very bad side effects  Do not take this drug for longer than you were told by your doctor  HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature  Protect from light  Store in a dry place  Do not store in a bathroom  Keep all drugs in a safe place  Keep all drugs out of the reach of children and pets  Throw away unused or expired drugs  Do not flush down a toilet or pour down a drain unless you are told to do so  Check with your pharmacist if you have questions about the best way to throw out drugs  There may be drug take-back programs in your area  WHAT DO I DO IF I MISS A DOSE? If you take this drug on a regular basis, take a missed dose as soon as you think about it  If it is close to the time for your next dose, skip the missed dose and go back to your normal time  Do not take 2 doses at the same time or extra doses  Many times this drug is taken on an as needed basis  Do not take more often than told by the doctor

CAUTIONS:  Tell all of your health care providers that you take this drug  This includes your doctors, nurses, pharmacists, and dentists  Have your blood work checked if you are on this drug for a long time  Talk with your doctor  High blood pressure has happened with drugs like this one  Have your blood pressure checked as you have been told by your doctor  Talk with your doctor before you drink alcohol  If you smoke, talk with your doctor  If you have asthma, talk with your doctor  You may be more sensitive to this drug  You may bleed more easily  Be careful and avoid injury  Use a soft toothbrush and an electric razor  The chance of heart failure is raised with the use of drugs like this one  In people who already have heart failure, the chance of heart attack, having to go to the hospital for heart failure, and death is raised  Talk with the doctor  The chance of heart attack and heart-related death is raised in people taking drugs like this one after a recent heart attack  People taking drugs like this one after a first heart attack were also more likely to die in the year after the heart attack compared with people not taking drugs like this one  Talk with the doctor  If you are taking aspirin to help prevent a heart attack, talk with your doctor  This drug may affect how much of some other drugs are in your body  If you are taking other drugs, talk with your doctor  You may need to have your blood work checked more closely while taking this drug with your other drugs  This drug may raise the chance of a very bad brain problem called aseptic meningitis  Call your doctor right away if you have a headache, fever, chills, very upset stomach or throwing up, stiff neck, rash, bright lights bother your eyes, feeling sleepy, or feeling confused  Liver problems have happened with drugs like this one  Sometimes, this has been deadly. Call the doctor right away if your child has signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes  If you are 60 or older, use this drug with care  You could have more side effects  NSAIDs like this drug may affect egg release (ovulation) in women  This may cause you to not be able to get pregnant  This goes back to normal when this drug is stopped  Talk with your doctor  This drug may cause harm to the unborn baby if you take it while you are pregnant  If you are pregnant or you get pregnant while taking this drug, call your doctor right away  Tell your doctor if you are breast-feeding  You will need to talk about any risks to your baby

POSSIBLE SIDE EFFECTS  WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION  Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug  Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect  Signs of an allergic reaction, like rash, hives, itching, red, swollen, blistered, or peeling skin with or without fever, wheezing, tightness in the chest or throat, trouble breathing, swallowing, or talking, unusual hoarseness, or swelling of the mouth, face, lips, tongue, or throat  Signs of bleeding like throwing up blood or throw up that looks like coffee grounds, coughing up blood, blood in the urine, black, red, or tarry stools, bleeding from the gums, vaginal bleeding that is not normal, bruises without a reason or that get bigger, or any bleeding that is very bad or that you cannot stop  Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain  Signs of high potassium levels like a heartbeat that does not feel normal, feeling confused, feeling weak, lightheaded, or dizzy, feeling like passing out, numbness or tingling, or shortness of breath  Signs of high blood pressure like very bad headache or dizziness, passing out, or change in eyesight  Shortness of breath, a big weight gain, or swelling in the arms or legs  Chest pain or pressure or a fast heartbeat  Weakness on 1 side of the body, trouble speaking or thinking, change in balance, drooping on one side of the face, or blurred eyesight  Feeling very tired or weak  Ringing in ears  Very upset stomach or throwing up  Very bad belly pain  Very bad back pain  Change in eyesight. A very bad skin reaction (Stevens-Johnson syndrome/toxic epidermal necrolysis) may happen  It can cause very bad health problems that may not go away, and sometimes death  Get medical help right away if you have signs like red, swollen, blistered, or peeling skin (with or without fever), red or irritated eyes, or sores in your mouth, throat, nose, or eyes  WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects  However, many people have no side effects or only have minor side effects  Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away  Belly pain or heartburn  Upset stomach or throwing up  Hard stools (constipation)  Loose stools (diarrhea)  Gas  Dizziness  These are not all of the side effects that may occur  If you have questions about side effects, call your doctor  Call your doctor for medical advice about side effects  You may report side effects to the FDA at 1-800-FDA-1088  You may also report side effects at http //www fda gov/medwatch

OVERDOSE  If you think there has been an overdose, call your poison control center or get medical care right away  Be ready to tell or show what was taken, how much, and when it happened

ADDITIONAL INFORMATION  If your symptoms or health problems do not get better or if they become worse, call your doctor  Do not share your drugs with others and do not take anyone else's drugs. Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you  Give this list to your doctor  Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins  This drug comes with an extra patient fact sheet called a Medication Guide  Read it with care  Read it again each time this drug is refilled  If you have any questions about this drug, please talk with the doctor, pharmacist, or other health care provider

Copyright 2018 CDI, LLC  All rights reserved
All rights reserved
Issue Date  July 4, 2018

This information should not be used to decide whether or not to take this medicine or any other medicine  Only your health care provider has the knowledge and training to decide which medicines are right for you  This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition  This is only a brief summary of general information about this medicine  It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine  This information is not specific medical advice and does not replace information you receive from your health care provider  You must talk with your healthcare provider for complete information about the risks and benefits of using this medicine

**Gemfibrozil 600 MG TAB** 248721-FLX

GENERIC NAME: Gemfibrozil (jem FI broe zil)

COMMON USES: It is used to lower bad cholesterol and raise good cholesterol (HDL) It is used to lower triglycerides

BEFORE USING THIS MEDICINE: WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR If you have an allergy to gemfibrozil or any other part of this drug. TELL YOUR DOCTOR If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching, shortness of breath, wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs. TELL YOUR DOCTOR: If you are taking any of these drugs· Dasabuvir, repaglinide, selexipag, or a statin such as simvastatin. TELL YOUR DOCTOR: If you have any of these health problems. Gallbladder disease, kidney disease, liver disease, or primary biliary cirrhosis. TELL YOUR DOCTOR: If you are breast-feeding or plan to breast-feed. This is not a list of all drugs or health problems that interact with this drug Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor

HOW TO USE THIS MEDICINE: HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Take 30 minutes before breakfast and dinner. To gain the most benefit, do not miss doses HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature. Protect from light Store in a dry place Do not store in a bathroom Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it If it is close to the time for your next dose, skip the missed dose and go back to your normal time Do not take 2 doses at the same time or extra doses.

CAUTIONS: Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. Have blood work checked as you have been told by the doctor Talk with the doctor If you are taking warfarin, talk with your doctor You may need to have your blood work checked more closely while you are taking it with this drug. Talk with your doctor before you drink alcohol Do not take colestipol or cholestyramine within 2 hours of this drug Follow the diet and workout plan that your doctor told you about Muscle aches or weakness has happened with this drug Rarely, a very bad muscle problem with or without very bad kidney problems has also happened with this drug. Talk with the doctor. If you are 65 or older, use this drug with care. You could have more side effects. Tell your doctor if you are pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are pregnant

POSSIBLE SIDE EFFECTS. WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION· Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives, itching. red, swollen blistered or peeling skin with or without fever, wheezing; tightness in the chest or throat, trouble breathing, swallowing, or talking, unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Signs of gallstones like sudden pain in the upper right belly area, right shoulder area, or between the shoulder blades; yellow skin or eyes; or fever with chills. Muscle pain or weakness. Not able to pass urine or change in how much urine is passed. Feeling very tired or weak. Low white blood cell counts have happened with this drug. This may lead to a higher chance of getting an infection. Call your doctor right away if you have signs of infection like fever, chills, or sore throat. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away· Belly pain or heartburn Loose stools (diarrhea). These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-FDA-1088 You may also report side effects at http://www fda.gov/medwatch

OVERDOSE: If you think there has been an overdose, call your poison control center or get medical care right away Be ready to tell or show what was taken, how much, and when it happened

ADDITIONAL INFORMATION: If your symptoms or health problems do not get better or if they become worse, call your doctor Do not share your drugs with others and do not take anyone else's drugs. Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor. Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins. Some drugs may have another patient information leaflet Check with your pharmacist If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.

Copyright 2018 CDI, LLC All rights reserved.
All rights reserved.
Issue Date. July 4, 2018

This information should not be used to decide whether or not to take this medicine or any other medicine Only your health care provider has the knowledge and training to decide which medicines are right for you. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition This is only a brief summary of general information about this medicine It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from your health care provider You must talk with your healthcare provider for complete information about the risks and benefits of using this medicine

**Propranolol 40 MG Tab**

248724-FLX

GENERIC NAME  Propranolol Tablets (proe PRAN oh lol)

WARNING  Do not stop taking this drug all of a sudden  If you do, chest pain that is worse and in some cases heart attack may occur  The risk may be greater if you have certain types of heart disease  To avoid side effects, you will want to slowly stop this drug  as ordered by your doctor  Call your doctor right away if you have new or worse chest pain or if other heart problems occur   COMMON USES  It is used to treat high blood pressure  It is used to treat chest pain or pressure  It is used to help certain heart problems  It is used to prevent migraine headaches  It is used to treat tremor (essential)  It is used after a heart attack to help prevent future heart attacks and lengthen life  It is used to treat pheochromocytoma  It is used to treat certain types of abnormal heartbeats

BEFORE USING THIS MEDICINE  WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR  If you have an allergy to propranolol or any other part of this drug  TELL YOUR DOCTOR· If you are allergic to any drugs like this one, any other drugs, foods, or other substances  Tell your doctor about the allergy and what signs you had, like rash, hives, itching, shortness of breath, wheezing, cough, swelling of face, lips, tongue, or throat, or any other signs  TELL YOUR DOCTOR  If you have any of these health problems. Certain types of abnormal heartbeats called heart block or sick-sinus syndrome, heart failure (weak heart), low blood pressure, poor blood flow to the arms or legs, shock caused by heart problems, or a slow heartbeat  TELL YOUR DOCTOR  If you have asthma  This is not a list of all drugs or health problems that interact with this drug  Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems  You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems  Do not start, stop, or change the dose of any drug without checking with your doctor

HOW TO USE THIS MEDICINE  HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor  Read all information given to you  Follow all instructions closely  Some drugs may need to be taken with food or on an empty stomach  For some drugs it does not matter  Check with your pharmacist about how to take this drug  To gain the most benefit, do not miss doses  Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well  HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature  Protect from light  Keep lid tightly closed  Store in a dry place  Do not store in a bathroom  Keep all drugs in a safe place  Keep all drugs out of the reach of children and pets  Throw away unused or expired drugs  Do not flush down a toilet or pour down a drain unless you are told to do so  Check with your pharmacist if you have questions about the best way to throw out drugs  There may be drug take-back programs in your area  WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it  If it is close to the time for your next dose, skip the missed dose and go back to your normal time  Do not take 2 doses at the same time or extra doses

CAUTIONS: Tell all of your health care providers that you take this drug  This includes your doctors, nurses, pharmacists, and dentists  Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you  To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down  Be careful going up and down stairs  Check blood pressure and heart rate as the doctor has told you  Talk with the doctor  This drug may affect certain lab tests  Tell all of your health care providers and lab workers that you take this drug  Talk with your doctor before you drink alcohol  if you smoke, talk with your doctor  If you are taking warfarin, talk with your doctor  You may need to have your blood work checked more closely while you are taking it with this drug  This drug may hide the signs of low blood sugar  Talk with the doctor  If you have high blood sugar (diabetes), you will need to watch your blood sugar closely  This drug may make it harder to tell if you have signs of an overactive thyroid like fast heartbeat  If you have an overactive thyroid and stop taking this drug all of a sudden, it may get worse and could be life-threatening  Talk with your doctor  If you are taking this drug and have high blood pressure, talk with your doctor before using OTC products that may raise blood pressure  These include cough or cold drugs, diet pills, stimulants, ibuprofen or like products, and some natural products or aids  If you have had a very bad allergic reaction, talk with your doctor  You may have a chance of an even worse reaction if you come into contact with what caused your allergy  If you use epinephrine to treat very bad allergic reactions, talk with your doctor  Epinephrine may not work as well while you are taking this drug  Tell your doctor if you are pregnant or plan on getting pregnant  You will need to talk about the benefits and risks of using this drug while you are pregnant  Tell your doctor if you are breast-feeding  You will need to talk about any risks to your baby

POSSIBLE SIDE EFFECTS  WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION  Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug  Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect  Signs of an allergic reaction, like rash, hives, itching, red, swollen, blistered, or peeling skin with or without fever, wheezing, tightness in the chest or throat, trouble breathing, swallowing, or talking, unusual hoarseness, or swelling of the mouth, face, lips, tongue, or throat  Signs of low blood sugar like dizziness, headache, feeling sleepy, feeling weak, shaking, a fast heartbeat, confusion, hunger, or sweating  Signs of lupus like a rash on the cheeks or other body parts, sunburn easy, muscle or joint pain, chest pain or shortness of breath, or swelling in the arms or legs  Very bad dizziness or passing out  Chest pain that is new or worse  Feeling confused  Hallucinations (seeing or hearing things that are not there)  Memory problems or loss  Mood changes  A burning, numbness, or tingling feeling that is not normal  Change in eyesight  Shortness of breath, a big weight gain  or swelling in the arms or legs  Any unexplained bruising or bleeding  Slow heartbeat  A heartbeat that does not feel normal  Feeling cold  Not able to get or keep an erection  A very bad skin reaction (Stevens-Johnson syndrome/toxic epidermal necrolysis) may happen  It can cause very bad health problems that may not go away, and sometimes death  Get medical help right away if you have signs like red, swollen, blistered, or peeling skin (with or without fever), red or irritated eyes, or sores in your mouth, throat, nose, or eyes  WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects  However, many people have no side effects or only have minor side effects  Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away· Dizziness  Hard stools (constipation)  Loose stools (diarrhea). Feeling sleepy  Feeling tired or weak  Upset stomach or throwing up  Not able to sleep  Stomach cramps  These are not all of the side effects that may occur  If you have questions about side effects, call your doctor  Call your doctor for medical advice about side effects  You may report side effects to the FDA at 1-800-FDA-1088  You may also report side effects at http //www fda gov/medwatch

OVERDOSE  If you think there has been an overdose, call your poison control center or get medical care right away  Be ready to tell or show what was taken, how much, and when it happened

ADDITIONAL INFORMATION  If your symptoms or health problems do not get better or if they become worse, call your doctor  Do not share your drugs with others and do not take anyone else's drugs  Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you  Give this list to your doctor  Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins  Some drugs may have another patient information leaflet  Check with your pharmacist  If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider

Copyright 2018 CDI, LLC  All rights reserved
All rights reserved
Issue Date  July 4, 2018

This information should not be used to decide whether or not to take this medicine or any other medicine  Only your health care provider has the knowledge and training to decide which medicines are right for you  This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition  This is only a brief summary of general information about this medicine  It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine  This information is not specific medical advice and does not replace information you receive from your health care provider  You must talk with your healthcare provider for complete information about the risks and benefits of using this medicine



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** MILLBROOK, KIM | **Facility** USP Florence Admax |
| **Reg #** 13700-026 | **Order Unit** D06     **RCH Unit** |
| **DOB** 10/24/1967 | **Provider** K Kiang, Pharmacist |
| **Sex** M | |

**Collected** 01/29/2018 11:16
**Received** 01/30/2018 09:24
**Reported** 01/30/2018 12:14
**LIS ID**   291171147

### CHEMISTRY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Sodium | | 144 | 136-146 | mEq/L |
| Potassium | | 4.5 | 3.6-4.9 | mEq/L |
| Chloride | | 104 | 98-108 | mEq/L |
| $CO_2$ | H | 31 | 22-29 | mmol/L |
| BUN | | 13 | 7-24 | mg/dL |
| Creatinine | | 1.2 | 0.6-1.2 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.4 | 8.6-10.4 | mg/dL |
| Glucose | | 93 | 70-110 | mg/dL |
| AST | H | 42 | 10-37 | U/L |
| ALT | H | 70 | 8-40 | U/L |
| Alkaline Phosphatase | | 55 | 49-126 | U/L |
| Bilirubin, Total | | 0.4 | 0.1-1.1 | mg/dL |
| Total Protein | | 7.4 | 6.3-8.3 | g/dL |
| Albumin | | 4.1 | 3.5-5.0 | g/dL |
| Globulin | | 3.3 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.24 | 1.00-2.30 | |
| Anion Gap | | 9.6 | 9.0-19.0 | mmol/L |
| BUN/Creat Ratio | | 10.8 | 5.0-30.0 | |

### HEMATOLOGY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| WBC | | 4.2 | 3.5-10.5 | K/uL |
| RBC | | 5.44 | 4.10-6.00 | M/uL |
| Hemoglobin | | 16.7 | 12.0-17.5 | g/dL |
| Hematocrit | H | 50.7 | 38.8-50.0 | % |
| MCV | | 93.3 | 76.0-100.0 | fL |
| MCH | | 30.8 | 27.0-33.0 | pg |
| MCHC | | 33.0 | 28.0-36.0 | g/dL |
| RDW | | 13.1 | 12.0-15.0 | % |
| Platelet | | 222 | 150-450 | K/uL |

### HEPATITIS

| Test | Flag | Value | Reference |
|---|---|---|---|
| Hep B Surface Ag | | Non-Reactive | Non-Reactive |
| Hep B Surface Ab | A | Reactive | Non-Reactive |

**FLAG LEGEND     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical**

Page 1 of 2

Millbrook - 000160



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** MILLBROOK, KIM | **Facility** USP Florence Admax | **Collected** 01/29/2018 11:16 |
| **Reg #** 13700-026 | **Order Unit** D06     **RCH Unit** | **Received** 01/30/2018 09:24 |
| **DOB** 10/24/1967 | **Provider** K Kiang, Pharmacist | **Reported** 01/30/2018 12:14 |
| **Sex** M | | **LIS ID** 291171147 |

## HEPATITIS

| | | |
|---|---|---|
| Hep B Core Ab | Non-Reactive | Non-Reactive |

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

Page 2 of 2

Millbrook - 000161

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | MILLBROOK, KIM LEE | | | Reg #: | 13700-026 |
|---|---|---|---|---|---|
| Date of Birth: | 10/24/1967 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/30/2018 12:16 | Provider: | Lab Result Receive | Facility: | FLM |

Reviewed by Klang, K PharmD on 01/30/2018 16:54.

Millbrook - 000162

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | MILLBROOK, KIM LEE | | | Reg #: | 13700-026 |
|---|---|---|---|---|---|
| Date of Birth: | 10/24/1967 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/30/2018 12:16 | Provider: | Lab Result Receive | Facility: | FLM |

**Cosigned by Resto, William MD/CD on 01/31/2018 08:00.**

Bureau of Pnsons - FLP

Millbrook - 000163

 **Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** MILLBROOK, KIM | **Facility** USP Florence Admax | **Collected** 01/29/2018 11:16 |
| **Reg #** 13700-026 | **Order Unit** D06      **RCH Unit** | **Received** 01/30/2018 09:25 |
| **DOB** 10/24/1967 | **Provider** A. Osagie, MLP | **Reported** 01/30/2018 10:18 |
| **Sex** M | | **LIS ID**    017182308 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Cholesterol | | 129 | 50-200 | mg/dL |
| Triglycerides | | 147 | <150 | mg/dL |
| HDL Cholesterol | L | 28.00 | 40.00-60.00 | mg/dL |
| LDL Cholesterol (calc) | | 72 | 0-130 | mg/dL |
| Chol/HDL Ratio | H | 4.6 | 0.0-4.0 | |

**FLAG LEGEND**     L=Low   Ll=Low Critical   H=High   Hl=High Critical   A=Abnormal  A! =Abnormal Critical

Page 1 of 1

Millbrook - 000164

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | MILLBROOK, KIM LEE | | | Reg #: | 13700-026 |
|---|---|---|---|---|---|
| Date of Birth: | 10/24/1967 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/30/2018 10:19 | Provider: | Lab Result Receive | Facility: | FLM |

**Cosigned by Oba, D. MD on 01/31/2018 12:28.**

Millbrook - 000165

# Bureau of Prisons
## Health Services
## Medication Summary
## Historical

| | | |
|---|---|---|
| **Complex:** LEW--LEWISBURG USP | **Begin Date:** 03/28/2013 | **End Date:** 03/29/2013 |
| **Inmate:** MILLBROOK, KIM LEE | **Reg #:** 13700-026 | **Quarter:** J03-321L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                    Denied

## Active Prescriptions

Coal Tar Fragrance Free 2.9%,Shampoo
apply small amount to scalp daily; lather for 5 minutes; rinse off completely after each use
**Rx#:**  110292-LEW        **Doctor:**  Marchioli, Marc PA-C
**Start:** 01/18/13        **Exp:** 07/17/13        **D/C:** 04/01/13        **Pharmacy Dispensings:** 240 ML in 117 days

Flunisolide Nasal (Nasalide) 0.025%, 25ml SOL
Inhale two sprays in each nostril twice daily
**Rx#:**  110293-LEW        **Doctor:**  Marchioli, Marc PA-C
**Start:** 01/18/13        **Exp:** 07/17/13        **D/C:** 04/01/13        **Pharmacy Dispensings:** 50 ml in 117 days

Fluocinonide 0.05%, 15g cream
Apply sparingly to legs four times daily
**Rx#:**  110294-LEW        **Doctor:**  Marchioli, Marc PA-C
**Start:** 01/18/13        **Exp:** 07/17/13        **D/C:** 04/01/13        **Pharmacy Dispensings:** 45 GM in 117 days

Hydrochlorothiazide 25 MG Tab
Take one tablet by mouth each morning
**Rx#:**  113675-LEW        **Doctor:**  Lee, Chris J. MD
**Start:** 03/20/13        **Exp:** 09/16/13        **D/C:** 04/01/13        **Pharmacy Dispensings:** 30 TAB in 56 days

Lisinopril 20 MG Tab
Take one tablet by mouth each morning
**Rx#:**  113676-LEW        **Doctor:**  Lee, Chris J. MD
**Start:** 03/20/13        **Exp:** 09/16/13        **D/C:** 04/01/13        **Pharmacy Dispensings:** 30 TAB in 56 days

Niacin ER  500 MG Tab
Take one tablet by mouth each morning
**Rx#:**  113677-LEW        **Doctor:**  Lee, Chris J. MD
**Start:** 03/20/13        **Exp:** 09/16/13        **D/C:** 04/01/13        **Pharmacy Dispensings:** 30 TAB in 56 days

Ranitidine HCl 300 MG TAB
Take one tablet by mouth twice daily
**Rx#:**  113678-LEW        **Doctor:**  Lee, Chris J. MD
**Start:** 03/20/13        **Exp:** 09/16/13        **D/C:** 04/01/13        **Pharmacy Dispensings:** 60 TAB in 56 days

| Complex: LEW--LEWISBURG USP | Begin Date: 03/28/2013 | End Date: 03/29/2013 |
|---|---|---|
| Inmate: MILLBROOK, KIM LEE | Reg #: 13700-026 | Quarter: J03-321L |

## Active OTC

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| Acetaminophen 325 MG Tab (OTC) 100 count | Indigent | 03/11/2013 | 05/03/2013 09:37 |
| **Order Details:** use as directed | | | |
| Psyllium Oral Powdr  SF 100% 6gm (10 Packets) | Indigent | 03/11/2013 | 04/01/2013 12:54 |
| **Order Details:** use as directed on packets | | | |
| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 01/10/2013 | 05/07/2013 10:41 |
| **Order Details:** as directed on package | | | |
| Psyllium Oral Powder SF 58.6% 3.4 Gm Packet (30) | Retail Source -Historical Use | 12/14/2012 | 03/31/2013 23:59 |
| **Order Details:** empty one packet into at least 8 oz of water, stir, drink entire contents daily as needed to maintain proper bowel movements. | | | |

# Bureau of Prisons
## Health Services
## Medication Summary
## Historical

| | |
|---|---|
| **Complex:** LEW--LEWISBURG USP | **Begin Date:** 04/14/2010    **End Date:** 04/14/2010 |
| **Inmate:** MILLBROOK, KIM LEE | **Reg #:** 13700-026    **Quarter:** J03-321L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                    Denied

## Active Prescriptions

Aspirin 81 MG EC Tab
PILL LINE MEDICATION :  Take one tablet by mouth each morning
**Rx#:**   40935-LEW        **Doctor:**  Pigos, Kevin MD/Clinical Director
**Start:**  03/08/10        **Exp:** 09/04/10    **D/C:** 08/18/10    **Pharmacy Dispensings:** 123 TAB in 1164 days

Coal Tar Fragrance Free 2.9%,Shampoo
use twice weekly; apply small amount to wet scalp and lather for 5-10 minutes; rinse off completely
**Rx#:**   40473-LEW        **Doctor:**  Pigos, Kevin MD/Clinical Director
**Start:**  03/02/10        **Exp:** 05/01/10    **D/C:** 04/23/10    **Pharmacy Dispensings:** 240 ML in 1170 days

Fluocinonide 0.05%, 15g cream
Apply sparingly to the affected areas topically twice daily to four times daily
**Rx#:**   40474-LEW        **Doctor:**  Pigos, Kevin MD/Clinical Director
**Start:**  03/02/10        **Exp:** 05/01/10    **D/C:** 04/23/10    **Pharmacy Dispensings:** 30 GM in 1170 days

Hydrochlorothiazide 25 MG Tab
PILL LINE MEDICATION : Take one tablet by mouth each morning
**Rx#:**   40936-LEW        **Doctor:**  Pigos, Kevin MD/Clinical Director
**Start:**  03/08/10        **Exp:** 09/04/10    **D/C:** 08/18/10    **Pharmacy Dispensings:** 123 TAB in 1164 days

Ibuprofen 400 MG Tab
Take one tablet by mouth twice daily with food as needed for 3 days
**Rx#:**   43205-LEW        **Doctor:**  Pigos, Kevin MD/Clinical Director
**Start:**  04/12/10        **Exp:** 04/15/10            **Pharmacy Dispensings:** 6 TAB in 1129 days

Lisinopril 40 MG Tab
PILL LINE MEDICATION : Take one tablet by mouth each day
**Rx#:**   40933-LEW        **Doctor:**  Pigos, Kevin MD/Clinical Director
**Start:**  03/08/10        **Exp:** 09/04/10    **D/C:** 08/18/10    **Pharmacy Dispensings:** 123 TAB in 1164 days

Ranitidine HCl 300 MG TAB
PILL LINE MEDICATION :  Take one tablet by mouth twice daily
**Rx#:**   40937-LEW        **Doctor:**  Pigos, Kevin MD/Clinical Director
**Start:**  03/08/10        **Exp:** 09/04/10            **Pharmacy Dispensings:** 249 TAB in 1164 days

| | | |
|---|---|---|
| **Complex:** LEW--LEWISBURG USP | **Begin Date:** 04/14/2010 | **End Date:** 04/14/2010 |
| **Inmate:** MILLBROOK, KIM LEE | **Reg #:** 13700-026 | **Quarter:** J03-321L |

## Active Prescriptions

Sertraline HCl  50 MG Tab
PILL LINE MEDICATION : Take one tablet by mouth each evening
**Rx#:** 40938-LEW      **Doctor:** Pigos, Kevin MD/Clinical Director
**Start:** 03/08/10      **Exp:** 09/04/10      **D/C:** 08/18/10      **Pharmacy Dispensings:** 119 TAB in 1164 days

**Bureau of Prisons**
**Health Services**
**Medication Summary**
**Historical**

| | | | |
|---|---|---|---|
| **Complex:** FLX--FLORENCE FCC | | **Begin Date:** 01/01/2018 | **End Date:** 07/05/2018 |
| **Inmate:** MILLBROOK, KIM LEE | | **Reg #:** 13700-026 | **Quarter:** D06-212L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

**Allergies:**                        Denied

### Active Prescriptions

Amoxicillin 500 MG Cap
Take one capsule (500 MG) by mouth every eight hours for 10 days
**Rx#:** 244614-FLX      **Doctor:** Osagie, A. MLP
**Start:** 06/12/18      **Exp:** 06/22/18                 **Pharmacy Dispensings:** 30 CAP in 23 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 225493-FLX      **Doctor:** Choi, A. NP-C
**Start:** 08/31/17      **Exp:** 02/27/18   **D/C:** 01/18/18     **Pharmacy Dispensings:** 150 TAB in 308 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 234855-FLX      **Doctor:** Osagie, A. MLP
**Start:** 01/18/18      **Exp:** 07/17/18                 **Pharmacy Dispensings:** 180 TAB in 168 days

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth every night at bedtime
**Rx#:** 224477-FLX      **Doctor:** Sterett, Justin MD
**Start:** 08/17/17      **Exp:** 02/13/18   **D/C:** 01/18/18     **Pharmacy Dispensings:** 180 tab in 322 days

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth every night at bedtime
**Rx#:** 234856-FLX      **Doctor:** Osagie, A. MLP
**Start:** 01/18/18      **Exp:** 07/17/18   **D/C:** 02/27/18     **Pharmacy Dispensings:** 30 tab in 168 days

Coal Tar Shampoo 1%, 180 ML
shake well then wet hair and scalp, apply topically as shampoo, rinse out thoroughly - use three times a week as directed
**Rx#:** 224478-FLX      **Doctor:** Sterett, Justin MD
**Start:** 08/17/17      **Exp:** 02/13/18   **D/C:** 01/18/18     **Pharmacy Dispensings:** 1080 ML in 322 days

Coal Tar Shampoo 1%, 180 ML
shake well then wet hair and scalp, apply topically as shampoo, rinse out thoroughly - use three times a week as directed
**Rx#:** 234857-FLX      **Doctor:** Osagie, A. MLP
**Start:** 01/18/18      **Exp:** 07/17/18                 **Pharmacy Dispensings:** 1080 ML in 168 days

Millbrook - 000264

| **Complex:** FLX--FLORENCE FCC | **Begin Date:** 01/01/2018 | **End Date:** 07/05/2018 |
|---|---|---|
| **Inmate:** MILLBROOK, KIM LEE | **Reg #:** 13700-026 | **Quarter:** D06-212L |

## Active Prescriptions

Fluocinonide 0.05%, 60 GM Cream
Apply topically to the affected area(s) three times daily
**Rx#:** 224479-FLX    **Doctor:** Sterett, Justin MD
**Start:** 08/17/17    **Exp:** 02/13/18    **D/C:** 01/18/18    **Pharmacy Dispensings:** 360 GM in 322 days

Fluocinonide 0.05%, 60 GM Cream
Apply topically to the affected area(s) three times daily
**Rx#:** 234858-FLX    **Doctor:** Osagie, A. MLP
**Start:** 01/18/18    **Exp:** 07/17/18    **Pharmacy Dispensings:** 360 GM in 168 days

Lisinopril 40 MG Tab
Take one tablet (40 MG) by mouth each morning
**Rx#:** 224480-FLX    **Doctor:** Sterett, Justin MD
**Start:** 08/17/17    **Exp:** 08/12/18    **Pharmacy Dispensings:** 360 TAB in 322 days

Meloxicam 15 MG Tab
Take one tablet (15 MG) by mouth with food each day
**Rx#:** 224481-FLX    **Doctor:** Sterett, Justin MD
**Start:** 08/17/17    **Exp:** 02/13/18    **D/C:** 01/18/18    **Pharmacy Dispensings:** 180 Tab in 322 days

Meloxicam 15 MG Tab
Take one tablet (15 MG) by mouth with food each day
**Rx#:** 234859-FLX    **Doctor:** Osagie, A. MLP
**Start:** 01/18/18    **Exp:** 07/17/18    **Pharmacy Dispensings:** 180 Tab in 168 days

Propranolol 20 MG Tab
Take one and one-half (1 and 1/2) tablets (30 MG) by mouth twice daily
**Rx#:** 224482-FLX    **Doctor:** Sterett, Justin MD
**Start:** 08/17/17    **Exp:** 08/12/18    **Pharmacy Dispensings:** 1080 TAB in 322 days

Ranitidine HCl 300 MG TAB
Take one tablet (300 MG) by mouth twice daily _
**Rx#:** 224483-FLX    **Doctor:** Sterett, Justin MD
**Start:** 08/17/17    **Exp:** 02/13/18    **D/C:** 01/18/18    **Pharmacy Dispensings:** 360 TAB in 322 days

Ranitidine HCl 300 MG TAB
Take one tablet (300 MG) by mouth twice daily _
**Rx#:** 234860-FLX    **Doctor:** Osagie, A. MLP
**Start:** 01/18/18    **Exp:** 07/17/18    **Pharmacy Dispensings:** 300 TAB in 168 days

## Active OTC

| **Medication** | **OTC Source** | **Start Date** | **Stop Date** |
|---|---|---|---|

Generated 07/05/2018 09:29 by Fetterhoff, Y. MRAS          Bureau of Prisons - FLM          Page 2 of 4

Millbrook - 000265

| Complex: FLX--FLORENCE FCC | | Begin Date: 01/01/2018 | End Date: 07/05/2018 |
|---|---|---|---|
| Inmate:     MILLBROOK, KIM LEE | | Reg #:        13700-026 | Quarter:    D06-212L |

| | | | |
|---|---|---|---|
| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 06/28/2018 | 07/05/2018 23:59 |
| Order Details: use as directed | | | |
| Aspirin 325 MG Tab (OTC) 24 count | Indigent | 06/21/2018 | 06/28/2018 23:59 |
| Order Details: use as directed | | | |
| Calcium Polycarbophil (OTC) 625 MG 60 Count | Indigent | 06/21/2018 | 07/21/2018 23:59 |
| Order Details: use as directed | | | |
| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 06/08/2018 | 07/08/2018 23:59 |
| Order Details: use as directed | | | |
| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 06/08/2018 | 06/28/2018 08:35 |
| Order Details: use as directed | | | |
| Aspirin 325 MG Tab (OTC) 24 count | Indigent | 05/11/2018 | 06/21/2018 10:15 |
| Order Details: use as directed | | | |
| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 05/04/2018 | 06/08/2018 08.58 |
| Order Details: use as directed | | | |
| Aspirin 325 MG Tab (OTC) 24 count | Indigent | 05/04/2018 | 05/11/2018 10:28 |
| Order Details: use as directed | | | |
| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 03/28/2018 | 05/04/2018 08:28 |
| Order Details: use as directed | | | |
| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 03/28/2018 | 06/08/2018 08:59 |
| Order Details: use as directed | | | |
| Aspirin 325 MG Tab (OTC) 24 count | Indigent | 03/22/2018 | 05/04/2018 08:29 |
| Order Details: use as directed | | | |
| ALOH/MGOH/Simeth (Mylanta) (OTC) 355ML susp | Indigent | 03/15/2018 | 04/14/2018 23:59 |
| Order Details: use as directed | | | |
| Selenium Sulfide Shampoo/Lotion 1%, (OTC) 207ML | Indigent | 03/15/2018 | 04/14/2018 23:59 |
| Order Details: use as directed | | | |
| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 02/22/2018 | 03/28/2018 12:52 |
| Order Details: use as directed | | | |
| Aspirin 325 MG Tab (OTC) 24 count | Indigent | 02/14/2018 | 03/22/2018 13:16 |
| Order Details: use as directed | | | |
| Simethicone 80 MG Chew (OTC) 100 count | Indigent | 02/14/2018 | 03/16/2018 23:59 |

Millbrook - 000266

| Complex: | FLX--FLORENCE FCC | | Begin Date: | 01/01/2018 | End Date: | 07/05/2018 |
|----------|-------------------|---|-------------|------------|-----------|------------|
| Inmate: | MILLBROOK, KIM LEE | | Reg #: | 13700-026 | Quarter: | D06-212L |

**Order Details:** use as directed

| Calcium Polycarbophil (OTC) 625 MG 60 Count | Indigent | 01/25/2018 | 06/21/2018 10.16 |
|---|---|---|---|

**Order Details:** use as directed

| Selenium Sulfide Shampoo/Lotion 1%, (OTC) 207ML | Indigent | 01/25/2018 | 03/15/2018 08.21 |
|---|---|---|---|

**Order Details:** use as directed

| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 01/12/2018 | 02/22/2018 09:27 |
|---|---|---|---|

**Order Details:** use as directed

| Aspirin 325 MG Tab (OTC) 24 count | Indigent | 01/12/2018 | 02/14/2018 07:59 |
|---|---|---|---|

**Order Details:** use as directed

| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 01/04/2018 | 03/28/2018 12:53 |
|---|---|---|---|

**Order Details:** use as directed

| Simethicone 80 MG Chew (OTC) 100 count | Indigent | 01/04/2018 | 02/14/2018 07:59 |
|---|---|---|---|

**Order Details:** use as directed

| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 12/13/2017 | 01/12/2018 07:45 |
|---|---|---|---|

**Order Details:** use as directed

| Aspirin 325 MG Tab (OTC) 24 count | Indigent | 12/13/2017 | 01/12/2018 07:46 |
|---|---|---|---|

**Order Details:** use as directed

| Calcium Polycarbophil (OTC) 625 MG 60 Count | Indigent | 12/05/2017 | 01/25/2018 14:35 |
|---|---|---|---|

**Order Details:** use as directed

| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 12/05/2017 | 01/04/2018 12:06 |
|---|---|---|---|

**Order Details:** use as directed

| ALOH/MGOH/Simeth (Mylanta) (OTC) 355ML susp | Indigent | 11/22/2017 | 03/15/2018 08:21 |
|---|---|---|---|

**Order Details:** use as directed

| Simethicone 80 MG Chew (OTC) 100 count | Indigent | 11/15/2017 | 01/04/2018 12:06 |
|---|---|---|---|

**Order Details:** use as directed

| Selenium Sulfide Shampoo/Lotion 1%, (OTC) 207ML | Indigent | 11/02/2017 | 01/25/2018 14.35 |
|---|---|---|---|

**Order Details:** use as directed

Millbrook - 000267

## Bureau of Prisons
## Health Services
## Medication Summary
## Historical

| Complex: FLX–FLORENCE FCC | Begin Date: 01/01/2017 | End Date: 01/01/2018 |
|---|---|---|
| Inmate:    MILLBROOK, KIM LEE | Reg #:    13700-026 | Quarter:    D06-212L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                              Denied

### Active Prescriptions

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
Rx#:    225493-FLX        Doctor:  Choi, A. NP-C
Start:  08/31/17        Exp: 02/27/18        D/C: 01/18/18        **Pharmacy Dispensings:** 150 TAB in 308 days

Aspirin, E.C. 325 MG Tab
Take one tablet (325 MG) by mouth each day
Rx#:    224146-FLX        Doctor:  Conroy, S. DO
Start:  08/11/17        Exp: 09/10/17        D/C: 08/31/17        **Pharmacy Dispensings:** 30 TAB in 328 days

Aspirin, E.C. 325 MG Tab
Take one tablet (325 MG) by mouth each day
Rx#:    647953-OKL        Doctor:  Petry, G. MD/CD
Start:  08/08/17        Exp: 10/07/17        D/C: 08/11/17        **Pharmacy Dispensings:** 7 TAB in 331 days

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth every night at bedtime
Rx#:    224477-FLX        Doctor:  Sterett, Justin MD
Start:  08/17/17        Exp: 02/13/18        D/C: 01/18/18        **Pharmacy Dispensings:** 180 tab in 322 days

Clotrimazole Cream 1% 30 GM
Apply a small amount topically to the affected area(s) twice daily AS NEEDED
Rx#:    224149-FLX        Doctor:  Conroy, S. DO
Start:  08/11/17        Exp: 09/07/17        **Pharmacy Dispensings:** 30 GM in 328 days

Clotrimazole Cream 1% 28.35GM
Apply a small amount topically to the affected area(s) twice daily AS NEEDED
Rx#:    647955-OKL        Doctor:  Petry, G. MD/CD
Start:  08/08/17        Exp: 09/07/17        D/C: 08/11/17        **Pharmacy Dispensings:** 28.35 GM in 331 days

Coal Tar Shampoo 1%, 180 ML
shake well then wet hair and scalp, apply topically as shampoo, rinse out thoroughly - use three times a week as directed
Rx#:    206676-FLX        Doctor:  Oba, D. MD
Start:  12/19/16        Exp: 02/17/17        D/C: 02/16/17        **Pharmacy Dispensings:** 360 ML in 563 days

Millbrook - 000268

| Complex: FLX–FLORENCE FCC | Begin Date: 01/01/2017 | End Date: 01/01/2018 |
|---|---|---|
| Inmate:    MILLBROOK, KIM LEE | Reg #:    13700-026 | Quarter:    D06-212L |

## Active Prescriptions

Coal Tar Shampoo 1%, 180 ML
shake well then wet hair and scalp, apply topically as shampoo, rinse out thoroughly - use three times a week as directed
Rx#:  211724-FLX        Doctor:  Osagie, A. MLP
Start: 02/16/17        Exp: 08/15/17    D/C: 07/14/17        Pharmacy Dispensings: 1080 ML in 504 days

Coal Tar Shampoo 1%, 180 ML
shake well then wet hair and scalp, apply topically as shampoo, rinse out thoroughly - use three times a week as directed
Rx#:  224150-FLX        Doctor:  Conroy, S. DO
Start: 08/11/17        Exp: 09/10/17        Pharmacy Dispensings: 180 ML in 328 days

Coal Tar Shampoo 1%, 180 ML
shake well then wet hair and scalp, apply topically as shampoo, rinse out thoroughly - use three times a week as directed
Rx#:  224478-FLX        Doctor:  Sterett, Justin MD
Start: 08/17/17        Exp: 02/13/18    D/C: 01/18/18        Pharmacy Dispensings: 1080 ML in 322 days

Coal Tar Shampoo 1%, 180 ML
shake well then wet hair and scalp, apply topically as shampoo, rinse out thoroughly - use three times a week as directed
Rx#:  642132-OKL        Doctor:  Petry, G. MD/CD
Start: 07/17/17        Exp: 09/15/17    D/C: 08/08/17        Pharmacy Dispensings: 180 ML in 353 days

Coal Tar Shampoo 1%, 180 ML
shake well then wet hair and scalp, apply topically as shampoo, rinse out thoroughly - use three times a week as directed
Rx#:  647945-OKL        Doctor:  Petry, G. MD/CD
Start: 08/08/17        Exp: 10/07/17    D/C: 08/11/17        Pharmacy Dispensings: 180 ML in 331 days

Fluocinonide 0.05%, 60 GM Cream
Apply topically to the affected area(s) three times daily
Rx#:  206677-FLX        Doctor:  Oba, D. MD
Start: 12/19/16        Exp: 06/17/17    D/C: 04/07/17        Pharmacy Dispensings: 240 GM in 563 days

Fluocinonide 0.05%, 60 GM Cream
Apply topically to the affected area(s) three times daily
Rx#:  215219-FLX        Doctor:  Oba, D. MD
Start: 04/07/17        Exp: 10/04/17    D/C: 07/14/17        Pharmacy Dispensings: 240 GM in 454 days

Fluocinonide 0.05%, 60 GM Cream
Apply a small amount topically to the affected area(s) three times daily
Rx#:  224154-FLX        Doctor:  Conroy, S. DO
Start: 08/11/17        Exp: 09/10/17        Pharmacy Dispensings: 60 GM in 328 days

Fluocinonide 0.05%, 60 GM Cream
Apply topically to the affected area(s) three times daily
Rx#:  224479-FLX        Doctor:  Sterett, Justin MD

Millbrook - 000269

| Complex: FLX--FLORENCE FCC | Begin Date: 01/01/2017 | End Date: 01/01/2018 |
|---|---|---|
| Inmate:   MILLBROOK, KIM LEE | Reg #:   13700-026 | Quarter:   D06-212L |

## Active Prescriptions

**Start:** 08/17/17   **Exp:** 02/13/18   **D/C:** 01/18/18   **Pharmacy Dispensings:** 360 GM in 322 days

Fluocinonide 0.05%, 15 GM Cream
Apply topically to the affected area(s) three times daily
**Rx#:** 642133-OKL   **Doctor:** Petry, G. MD/CD
**Start:** 07/17/17   **Exp:** 09/15/17   **D/C:** 08/08/17   **Pharmacy Dispensings:** 15 GM in 353 days

Fluocinonide 0.05%, 15 GM Cream
Apply a small amount topically to the affected area(s) three times daily
**Rx#:** 647947-OKL   **Doctor:** Petry, G MD/CD
**Start:** 08/08/17   **Exp:** 10/07/17   **D/C:** 08/11/17   **Pharmacy Dispensings:** 15 GM in 331 days

Ibuprofen 600 MG Tab
Take one tablet (600 MG) by mouth with food three times daily AS NEEDED
**Rx#:** 224226-FLX   **Doctor:** Conroy, S. DO
**Start:** 08/14/17   **Exp:** 09/13/17   **Pharmacy Dispensings:** 90 TAB in 325 days

Ibuprofen 800 MG Tab
Take one tablet (800 MG) by mouth three times daily AS NEEDED
**Rx#:** 642086-OKL   **Doctor:** Petry, G. MD/CD
**Start:** 07/17/17   **Exp:** 08/16/17   **D/C:** 08/08/17   **Pharmacy Dispensings:** 12 TAB in 353 days

Ibuprofen 800 MG Tab
Take one tablet (800 MG) by mouth three times daily AS NEEDED
**Rx#:** 647948-OKL   **Doctor:** Petry, G. MD/CD
**Start:** 08/08/17   **Exp:** 10/07/17   **D/C:** 08/11/17   **Pharmacy Dispensings:** 21 TAB in 331 days

Lisinopril 40 MG Tab
Take one tablet (40 MG) by mouth each morning
**Rx#:** 206678-FLX   **Doctor:** Oba, D. MD
**Start:** 12/19/16   **Exp:** 12/14/17   **D/C:** 07/14/17   **Pharmacy Dispensings:** 240 TAB in 563 days

Lisinopril 40 MG Tab
Take one tablet (40 MG) by mouth each morning
**Rx#:** 224157-FLX   **Doctor:** Conroy, S. DO
**Start:** 08/11/17   **Exp:** 09/10/17   **Pharmacy Dispensings:** 30 TAB in 328 days

Lisinopril 40 MG Tab
Take one tablet (40 MG) by mouth each morning
**Rx#:** 224480-FLX   **Doctor:** Sterett, Justin MD
**Start:** 08/17/17   **Exp:** 08/12/18   **Pharmacy Dispensings:** 360 TAB in 322 days

Lisinopril 40 MG Tab

Millbrook - 000270

| Complex: FLX-FLORENCE FCC | | Begin Date: 01/01/2017 | End Date: 01/01/2018 |
|---|---|---|---|
| Inmate:    MILLBROOK, KIM LEE | | Reg #:    13700-026 | Quarter:   D06-212L |

## Active Prescriptions

Take one tablet (40 MG) by mouth each morning

| Rx#:   642134-OKL | Doctor:  Petry, G. MD/CD | | |
|---|---|---|---|
| Start:  07/17/17 | Exp: 09/15/17 | D/C: 08/08/17 | Pharmacy Dispensings: 7 TAB in 353 days |

Lisinopril 40 MG Tab

Take one tablet (40 MG) by mouth each morning

| Rx#:   647949-OKL | Doctor:  Petry, G. MD/CD | | |
|---|---|---|---|
| Start:  08/08/17 | Exp: 10/07/17 | D/C: 08/11/17 | Pharmacy Dispensings: 7 TAB in 331 days |

Meloxicam 15 MG Tab

Take one tablet (15 MG) by mouth with food each day

| Rx#:   224481-FLX | Doctor:  Sterett, Justin MD | | |
|---|---|---|---|
| Start:  08/17/17 | Exp: 02/13/18 | D/C: 01/18/18 | Pharmacy Dispensings: 180 Tab in 322 days |

Propranolol 20 MG Tab

Take one and one-half (1 and 1/2) tablets (30 MG) by mouth twice daily

| Rx#:   206679-FLX | Doctor:  Oba, D. MD | | |
|---|---|---|---|
| Start:  12/19/16 | Exp: 12/14/17 | D/C: 07/14/17 | Pharmacy Dispensings: 720 TAB in 563 days |

Propranolol 20 MG Tab

***NOTE DOSE and STRENGTH*** Take one and one-half (1 and 1/2) tablets (30 MG) by mouth twice daily

| Rx#:   224159-FLX | Doctor:  Conroy, S. DO | | |
|---|---|---|---|
| Start:  08/11/17 | Exp: 09/10/17 | | Pharmacy Dispensings: 90 TAB in 328 days |

Propranolol 20 MG Tab

Take one and one-half (1 and 1/2) tablets (30 MG) by mouth twice daily

| Rx#:   224482-FLX | Doctor:  Sterett, Justin MD | | |
|---|---|---|---|
| Start:  08/17/17 | Exp: 08/12/18 | | Pharmacy Dispensings: 1080 TAB in 322 days |

Propranolol 10 MG Tab

Take three tablets (30 MG) by mouth twice daily ***NOTE DOSE and STRENGTH***

| Rx#:   642135-OKL | Doctor:  Petry, G. MD/CD | | |
|---|---|---|---|
| Start:  07/17/17 | Exp: 09/15/17 | D/C: 08/08/17 | Pharmacy Dispensings: 42 TAB in 353 days |

Propranolol 10 MG Tab

Take three tablets (30 MG) by mouth twice daily ***NOTE DOSE and STRENGTH***

| Rx#:   647951-OKL | Doctor:  Petry, G. MD/CD | | |
|---|---|---|---|
| Start:  08/08/17 | Exp: 10/07/17 | D/C: 08/11/17 | Pharmacy Dispensings: 42 TAB in 331 days |

Ranitidine HCl 300 MG TAB

Take one tablet (300 MG) by mouth twice daily _

| Rx#:   206680-FLX | Doctor:  Oba, D. MD | | |
|---|---|---|---|
| Start:  12/19/16 | Exp: 06/17/17 | D/C: 04/07/17 | Pharmacy Dispensings: 240 TAB in 563 days |

Millbrook - 000271

| Complex: FLX–FLORENCE FCC | Begin Date: 01/01/2017 | End Date: 01/01/2018 |
|---|---|---|
| Inmate:    MILLBROOK, KIM LEE | Reg #:       13700-026 | Quarter:   D06-212L |

## Active Prescriptions

Ranitidine HCl 300 MG TAB
Take one tablet (300 MG) by mouth twice daily _

| | | | |
|---|---|---|---|
| Rx#:   215220-FLX | Doctor:  Oba, D. MD | | |
| Start:  04/07/17 | Exp: 10/04/17 | D/C: 07/14/17 | Pharmacy Dispensings: 240 TAB in 454 days |

Ranitidine HCl 300 MG TAB
Take one tablet (300 MG) by mouth twice daily

| | | | |
|---|---|---|---|
| Rx#:   224160-FLX | Doctor:  Conroy, S. DO | | |
| Start:  08/11/17 | Exp: 09/10/17 | | Pharmacy Dispensings: 60 TAB in 326 days |

Ranitidine HCl 300 MG TAB
Take one tablet (300 MG) by mouth twice daily _

| | | | |
|---|---|---|---|
| Rx#:   224483-FLX | Doctor:  Sterett, Justin MD | | |
| Start:  08/17/17 | Exp: 02/13/18 | D/C: 01/18/18 | Pharmacy Dispensings: 360 TAB in 322 days |

Ranitidine HCl 300 MG TAB
Take one tablet (300 MG) by mouth twice daily

| | | | |
|---|---|---|---|
| Rx#:   642136-OKL | Doctor:  Petry, G. MD/CD | | |
| Start:  07/17/17 | Exp: 09/15/17 | D/C: 08/08/17 | Pharmacy Dispensings: 14 TAB in 353 days |

Ranitidine HCl 300 MG TAB
Take one tablet (300 MG) by mouth twice daily

| | | | |
|---|---|---|---|
| Rx#:   647952-OKL | Doctor:  Petry, G. MD/CD | | |
| Start:  08/08/17 | Exp: 10/07/17 | D/C: 08/11/17 | Pharmacy Dispensings: 14 TAB in 331 days |

Tears, Ophth Oint 3.5 GM (petro/min oil) 83-15%
Instill 2 drops in both eyes three times daily AS NEEDED

| | | | |
|---|---|---|---|
| Rx#:   642123-OKL | Doctor:  Petry, G. MD/CD | | |
| Start:  07/17/17 | Exp: 07/24/17 | | Pharmacy Dispensings: 0 gm in 353 days |

## Active OTC

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 12/13/2017 | 01/12/2018 07:45 |
| Order Details: use as directed | | | |
| Aspirin 325 MG Tab (OTC) 24 count | Indigent | 12/13/2017 | 01/12/2018 07:46 |
| Order Details: use as directed | | | |
| Calcium Polycarbophil (OTC) 625 MG 60 Count | Indigent | 12/05/2017 | 01/25/2018 14:35 |
| Order Details: use as directed | | | |
| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 12/05/2017 | 01/04/2018 12:06 |

Millbrook - 000272

| Complex: FLX--FLORENCE FCC | | Begin Date: 01/01/2017 | End Date: 01/01/2018 |
|---|---|---|---|
| Inmate:     MILLBROOK, KIM LEE | | Reg #:     13700-026 | Quarter:     D06-212L |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| ALOH/MGOH/Simeth (Mylanta) (OTC) 355ML susp | Indigent | 11/22/2017 | 03/15/2018 08:21 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml) | Indigent | 11/22/2017 | 12/22/2017 23:59 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Simethicone 80 MG Chew (OTC) 100 count | Indigent | 11/15/2017 | 01/04/2018 12:06 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Tolnaftate Cream 1% (OTC) 15 GM | Indigent | 11/15/2017 | 12/15/2017 23.59 |

**Order Details:** Apply as directed on package

| | | | |
|---|---|---|---|
| Selenium Sulfide Shampoo/Lotion 1%, (OTC) 207ML | Indigent | 11/02/2017 | 01/25/2018 14:35 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 10/26/2017 | 12/13/2017 10:17 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Calcium Polycarbophil (OTC) 625 MG 60 Count | Indigent | 10/26/2017 | 12/05/2017 12:42 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Aspirin 325 MG Tab (OTC) 24 count | Indigent | 10/19/2017 | 12/13/2017 10:20 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 10/12/2017 | 12/05/2017 12:42 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Simethicone 80 MG Chew (OTC) 100 count | Indigent | 10/12/2017 | 11/15/2017 12:47 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 09/21/2017 | 10/26/2017 15:03 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Aspirin 325 MG Tab (OTC) 100 Count | Indigent | 09/21/2017 | 09/28/2017 23:59 |

**Order Details:** Use as directed on package

| | | | |
|---|---|---|---|
| Milk of Magnesia Susp (OTC) 400 MG/5ML 480 ML | Indigent | 09/07/2017 | 11/22/2017 09:52 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Selenium Sulfide Shampoo/Lotion 1%, (OTC) 207ML | Indigent | 09/07/2017 | 11/02/2017 08:53 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 08/31/2017 | 10/12/2017 12:08 |

**Order Details:** use as directed

Millbrook - 000273

| Complex: FLX--FLORENCE FCC | | Begin Date: 01/01/2017 | End Date: 01/01/2018 |
| Inmate:    MILLBROOK, KIM LEE | | Reg #:    13700-026 | Quarter:    D06-212L |

| | | | |
|---|---|---|---|
| Hydrocortisone Cream 0.5 % (OTC) 30 gm | Indigent | 08/31/2017 | 09/30/2017 23:59 |
| **Order Details:** use as directed | | | |
| Calcium Polycarbophil (OTC) 625 MG 60 Count | Indigent | 08/24/2017 | 10/26/2017 15:03 |
| **Order Details:** use as directed | | | |
| Simethicone 80 MG Chew (OTC) 100 count | Indigent | 08/24/2017 | 10/12/2017 12:09 |
| **Order Details:** use as directed | | | |
| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 08/17/2017 | 09/21/2017 09:59 |
| **Order Details:** use as directed | | | |
| Aspirin 325 MG Tab (OTC) 100 Count | Indigent | 07/20/2017 | 09/21/2017 10:03 |
| **Order Details:** Use as directed on package | | | |
| Tolnaftate Cream 1% (OTC) 15 GM | Indigent | 07/20/2017 | 11/15/2017 12:48 |
| **Order Details:** Apply as directed on package | | | |
| ALOH/MGOH/Simeth (Mylanta) (OTC) 355ML susp | Indigent | 07/06/2017 | 11/22/2017 09:52 |
| **Order Details:** use as directed | | | |
| Selenium Sulfide Shampoo/Lotion 1%, (OTC) 207ML | Indigent | 07/06/2017 | 09/07/2017 10:28 |
| **Order Details:** use as directed | | | |
| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 06/15/2017 | 08/17/2017 14:31 |
| **Order Details:** use as directed | | | |
| Aspirin 325 MG Tab (OTC) 100 Count | Indigent | 06/15/2017 | 06/22/2017 23:59 |
| **Order Details:** use as directed | | | |
| Calcium Polycarbophil (OTC) 625 MG 60 Count | Indigent | 05/25/2017 | 08/24/2017 13:25 |
| **Order Details:** use as directed | | | |
| Hydrocortisone Cream 0.5 % (OTC) 30 gm | Indigent | 05/25/2017 | 08/31/2017 10:07 |
| **Order Details:** use as directed | | | |
| Simethicone 80 MG Chew (OTC) 100 count | Indigent | 05/18/2017 | 08/24/2017 13:25 |
| **Order Details:** use as directed | | | |
| Tolnaftate Cream 1% (OTC) 15 GM | Indigent | 05/18/2017 | 06/17/2017 23:59 |
| **Order Details:** use as directed | | | |
| Acetaminophen 325 MG Tab (OTC)  50 count | Indigent | 05/11/2017 | 06/15/2017 09:05 |
| **Order Details:** use as directed | | | |
| Aspirin 325 MG Tab (OTC) 100 Count | Indigent | 05/11/2017 | 06/15/2017 09:05 |
| **Order Details:** use as directed | | | |
| ALOH/MGOH/Simeth (Mylanta) (OTC) | Indigent | 05/04/2017 | 07/06/2017 12:07 |

Millbrook - 000274

| Complex: FLX–FLORENCE FCC | | Begin Date: 01/01/2017 | End Date: 01/01/2018 |
|---|---|---|---|
| Inmate:    MILLBROOK, KIM LEE | | Reg #:    13700-026 | Quarter:    D06-212L |

355ML susp

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 05/04/2017 | 08/31/2017 10:08 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Selenium Sulfide Shampoo/Lotion 1%, (OTC) 207ML | Indigent | 04/13/2017 | 07/06/2017 12:07 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Tolnaftate Cream 1% (OTC) 15 GM | Indigent | 04/13/2017 | 05/18/2017 10:48 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Aspirin 325 MG Tab (OTC) 100 Count | Indigent | 03/29/2017 | 05/11/2017 10:49 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 03/29/2017 | 05/04/2017 09:39 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Acetaminophen 325 MG Tab (OTC) 100 count | Indigent | 03/22/2017 | 04/21/2017 23:59 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Milk of Magnesia Susp (OTC) 400 MG/5ML 480 ML | Indigent | 03/22/2017 | 09/07/2017 10:29 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Calcium Polycarbophil (OTC) 625 MG 60 Count | Indigent | 03/09/2017 | 05/25/2017 10:28 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Tolnaftate Cream 1% (OTC) 15 GM | Indigent | 03/09/2017 | 04/13/2017 13:08 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Hydrocortisone Cream 0.5 % (OTC) 30 gm | Indigent | 03/02/2017 | 05/25/2017 10:29 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Selenium Sulfide Shampoo/Lotion 1%, (OTC) 207ML | Indigent | 03/02/2017 | 04/13/2017 13:09 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| ALOH/MGOH/Simeth (Mylanta) (OTC) 355ML susp | Indigent | 02/23/2017 | 05/04/2017 09:40 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 02/23/2017 | 03/29/2017 10:13 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Acetaminophen 325 MG Tab (OTC) 100 count | Indigent | 02/15/2017 | 03/22/2017 09:06 |

> **Order Details:** use as directed

| | | | |
|---|---|---|---|
| Aspirin 325 MG Tab (OTC) 100 Count | Indigent | 02/15/2017 | 03/29/2017 10:14 |

Millbrook - 000275

| Complex: FLX--FLORENCE FCC | | Begin Date: 01/01/2017 | End Date: 01/01/2018 |
|---|---|---|---|
| Inmate:    MILLBROOK, KIM LEE | | Reg #:    13700-026 | Quarter:    D06-212L |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Aspirin 325 MG Tab (OTC) 100 Count | Indigent | 11/09/2016 | 02/15/2017 14.27 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Chlorpheniramine 4 MG Tab (OTC) 24 count | Indigent | 11/09/2016 | 02/23/2017 08:27 |

**Order Details:** 1

| | | | |
|---|---|---|---|
| Acetaminophen 325 MG Tab (OTC) 100 count | Indigent | 11/02/2016 | 02/15/2017 14:28 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Tolnaftate Cream 1% (OTC) 15 GM | Indigent | 10/26/2016 | 03/09/2017 09:10 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Hydrocortisone Cream 0.5 % (OTC) 30 gm | Indigent | 09/21/2016 | 03/02/2017 10·50 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Selenium Sulfide Shampoo/Lotion 1 % (OTC) 7 oz | Indigent | 09/07/2016 | 03/02/2017 10:50 |

**Order Details:** use as directed

| | | | |
|---|---|---|---|
| Mylanta DS  Susp (OTC) 400-400-40 MG/5ML (480ml) | Indigent | 08/17/2016 | 02/23/2017 08:28 |

**Order Details:** use as directed

Millbrook - 000276

**Bureau of Prisons**
**Health Services**
**Vitals All**

| Begin Date: | 01/01/2018 | End Date: | 07/05/2018 |
|---|---|---|---|
| Reg #: | 13700-026 | Inmate Name: | MILLBROOK, KIM LEE |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/11/2018 | 14:53 FLX | 97.5 | 36.4 | Tympanic | Osagie, A. MLP |
| | Orig Entered: 06/11/2018 16:55 EST | | Osagie, A. MLP | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/20/2018 | 08:38 FLX | 63 | | | Burkley, T. DMD |
| | Orig Entered: 06/20/2018 10:39 EST | | Burkley, T. DMD | | |
| 06/18/2018 | 09:47 FLX | 72 | | | Burkley, T. DMD |
| | Orig Entered: 06/18/2018 11:48 EST | | Burkley, T. DMD | | |
| 06/11/2018 | 14:53 FLX | 84 | Via Machine | Regular | Osagie, A. MLP |
| | Orig Entered: 06/11/2018 16:55 EST | | Osagie, A. MLP | | |
| 02/27/2018 | 13:00 FLX | Unavailable | | | Osagie, A. MLP |
| | Orig Entered: 02/27/2018 15:02 EST | | Osagie, A. MLP | | |
| 01/17/2018 | 14:44 FLX | 68 | Via Machine | Regular | Osagie, A. MLP |
| | Orig Entered: 01/17/2018 16:46 EST | | Osagie, A. MLP | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/11/2018 | 14:53 FLX | 16 | Osagie, A. MLP |
| | Orig Entered: 06/11/2018 16:55 EST | | Osagie, A. MLP |
| 02/27/2018 | 13:00 FLX | 16 | Osagie, A. MLP |
| | Orig Entered: 02/27/2018 15:02 EST | | Osagie, A. MLP |
| 01/17/2018 | 14:44 FLX | 16 | Osagie, A. MLP |
| | Orig Entered: 01/17/2018 16:46 EST | | Osagie, A. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/20/2018 | 08:38 FLX | 119/82 | | | | Burkley, T. DMD |
| | Orig Entered: 06/20/2018 10:39 EST | | | Burkley, T. DMD | | |
| 06/18/2018 | 09:47 FLX | 126/79 | | | | Burkley, T. DMD |
| | Orig Entered: 06/18/2018 11:48 EST | | | Burkley, T. DMD | | |
| 06/11/2018 | 14:53 FLX | 153/98 | Left Arm | Standing | Wrist | Osagie, A. MLP |
| | Orig Entered: 06/11/2018 16:55 EST | | | Osagie, A. MLP | | |
| 02/27/2018 | 13:00 FLX | Unavailabl | | | | Osagie, A. MLP |
| | Orig Entered: 02/27/2018 15:02 EST | | | Osagie, A. MLP | | |
| 01/17/2018 | 14:44 FLX | 136/94 | Left Arm | Standing | Wrist | Osagie, A. MLP |
| | Orig Entered: 01/17/2018 16:46 EST | | | Osagie, A. MLP | | |

Millbrook - 000277

# Bureau of Prisons
## Health Services
### Vitals All

| Begin Date: 01/01/2017 | End Date: 01/01/2018 |
|---|---|
| Reg #: 13700-026 | Inmate Name: MILLBROOK, KIM LEE |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/31/2017 | 13:10 FLX | 96.9 | 36.1 | Temporal | Choi, A. NP-C |
| | Orig Entered: 08/31/2017 17:34 EST | Choi, A. NP-C | | | |
| 08/17/2017 | 11:54 FLX | 97.5 | 36.4 | | Sterett, Justin MD |
| | Orig Entered: 08/17/2017 13:57 EST | Sterett, Justin MD | | | |
| 07/12/2017 | 08:45 FLX | 96.9 | 36.1 | Temporal | Choi, A. NP-C |
| | Orig Entered: 07/12/2017 17:41 EST | Choi, A. NP-C | | | |
| 04/06/2017 | 10:50 FLX | 97.5 | 36.4 | Temporal | Choi, A. NP-C |
| | Orig Entered: 04/06/2017 17:14 EST | Choi, A. NP-C | | | |
| 03/06/2017 | 11:54 FLX | 97.4 | 36.3 | | Sterett, Justin MD |
| | Orig Entered: 03/06/2017 13:56 EST | Sterett, Justin MD | | | |
| 01/26/2017 | 12:30 FLX | 95.9 | 35.5 | Temporal | Choi, A. NP-C |
| | Orig Entered: 01/26/2017 16:02 EST | Choi, A. NP-C | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/20/2017 | 13:07 FLX | 71 | Via Machine | Regular | Osagie, A. MLP |
| | Orig Entered: 10/20/2017 15:09 EST | Osagie, A. MLP | | | |
| 08/31/2017 | 13:10 FLX | 76 | Via Machine | Regular | Choi, A. NP-C |
| | Orig Entered: 08/31/2017 17:34 EST | Choi, A. NP-C | | | |
| 08/17/2017 | 11:54 FLX | 71 | | | Sterett, Justin MD |
| | Orig Entered: 08/17/2017 13:57 EST | Sterett, Justin MD | | | |
| 07/12/2017 | 08:45 FLX | 73 | Via Machine | Regular | Choi, A. NP-C |
| | Orig Entered: 07/12/2017 17:41 EST | Choi, A. NP-C | | | |
| 04/06/2017 | 10:50 FLX | 77 | Via Machine | Regular | Choi, A. NP-C |
| | Orig Entered: 04/06/2017 17:14 EST | Choi, A. NP-C | | | |
| 03/06/2017 | 11:54 FLX | 71 | | | Sterett, Justin MD |
| | Orig Entered: 03/06/2017 13:56 EST | Sterett, Justin MD | | | |
| 02/16/2017 | 06:51 FLX | Unavailable | | | Osagie, A. MLP |
| | Orig Entered: 02/16/2017 08:53 EST | Osagie, A MLP | | | |
| 01/26/2017 | 12:30 FLX | 76 | Via Machine | | Choi, A. NP-C |
| | Orig Entered: 01/26/2017 16:02 EST | Choi, A. NP-C | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/20/2017 | 13:07 FLX | 16 | Osagie, A. MLP |
| | Orig Entered: 10/20/2017 15:09 EST | Osagie, A. MLP | |
| 08/17/2017 | 11:54 FLX | 16 | Sterett, Justin MD |
| | Orig Entered: 08/17/2017 13:57 EST | Sterett, Justin MD | |
| 03/06/2017 | 11:54 FLX | 16 | Sterett, Justin MD |

Millbrook - 000278

**Begin Date:** 01/01/2017  **End Date:** 01/01/2018
**Reg #:** 13700-026  **Inmate Name:** MILLBROOK, KIM LEE

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| Orig Entered: 03/06/2017 13:56 EST  Sterett, Justin MD | | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 11/14/2017 | 16:18 FLX | 129/87 | Left Arm | Standing | Wrist | Jones, R. RN |
| Orig Entered: 11/14/2017 18:20 EST  Jones, R. RN | | | | | | |
| 11/07/2017 | 12:54 FLX | 138/85 | Left Arm | Standing | Wrist | Huddleston, R EMT |
| Orig Entered: 11/07/2017 14:55 EST  Huddleston, R. EMT | | | | | | |
| 10/31/2017 | 12:34 FLX | 175/94 | Left Arm | Standing | Wrist | Williams, L. EMT-P |
| Orig Entered: 10/31/2017 14:36 EST  Williams, L. EMT-P | | | | | | |
| 10/24/2017 | 09:55 FLX | 117/83 | Left Arm | Standing | Wrist | Williams, L. EMT-P |
| Orig Entered: 10/24/2017 11:56 EST  Williams, L. EMT-P | | | | | | |
| 10/20/2017 | 13:07 FLX | 159/102 | Left Arm | Sitting | Wrist | Osagie, A. MLP |
| Orig Entered: 10/20/2017 15:09 EST  Osagie, A. MLP | | | | | | |
| 10/11/2017 | 10:00 FLX | 135/82 | Left Arm | Standing | Wrist | Huddleston, R. EMT |
| Orig Entered: 10/11/2017 12:01 EST  Huddleston, R. EMT | | | | | | |
| 10/04/2017 | 09:14 FLX | 135/79 | Left Arm | Standing | Wnst | Huddleston, R. EMT |
| Orig Entered: 10/04/2017 11:15 EST  Huddleston, R. EMT | | | | | | |
| 09/27/2017 | 13:47 FLX | 140/98 | Left Arm | Standing | Wrist | Huddleston, R. EMT |
| Orig Entered: 09/27/2017 15:48 EST  Huddleston, R. EMT | | | | | | |
| 09/20/2017 | 12:31 FLX | 156/93 | Left Arm | Standing | Wrist | Huddleston, R. EMT |
| Orig Entered: 09/20/2017 14:32 EST  Huddleston, R. EMT | | | | | | |
| 09/13/2017 | 12:56 FLX | 121/82 | Left Arm | Standing | Wrist | Jones, R. RN |
| Orig Entered: 09/13/2017 14:58 EST  Jones, R. RN | | | | | | |
| 08/31/2017 | 13:10 FLX | 154/97 | Left Arm | Standing | Adult-regular | Choi, A. NP-C |
| Orig Entered: 08/31/2017 17:34 EST  Choi, A. NP-C | | | | | | |
| 08/31/2017 P-96 | 13:00 FLX | 126/97 | Left Arm | Standing | Wrist | Serby, Kristina RN |
| Orig Entered: 08/31/2017 15:01 EST  Serby, Kristina RN | | | | | | |
| 08/17/2017 | 11:54 FLX | 143/87 | | | | Sterett, Justin MD |
| Orig Entered: 08/17/2017 13:57 EST  Sterett, Justin MD | | | | | | |
| 07/12/2017 | 08:45 FLX | 130/100 | Left Arm | Standing | Adult-regular | Choi, A. NP-C |
| Orig Entered: 07/12/2017 17:41 EST  Choi, A. NP-C | | | | | | |
| 06/27/2017 | 12:27 FLX | 142/92 | Left Arm | Standing | Wrist | Olguin, C. RN |
| Orig Entered: 06/27/2017 15:29 EST  Olguin, C. RN | | | | | | |
| 06/08/2017 | 10:00 FLX | 150/84 | Left Arm | Standing | Wrist | Huddleston, R. EMT |
| Orig Entered: 06/08/2017 12:01 EST  Huddleston, R. EMT | | | | | | |
| 05/11/2017 | 09:46 FLX | 132/87 | Left Arm | Standing | Wrist | Huddleston, R. EMT |
| Orig Entered: 05/11/2017 11:47 EST  Huddleston, R. EMT | | | | | | |
| 04/11/2017 | 10:55 FLX | 140/88 | Left Arm | Sitting | Adult-large | Huddleston, R. EMT |
| Orig Entered: 04/11/2017 12:58 EST  Huddleston, R. EMT | | | | | | |
| 04/06/2017 | 10:50 FLX | 125/93 | Left Arm | Standing | Adult-regular | Choi, A. NP-C |
| Orig Entered: 04/06/2017 17.14 EST  Choi, A. NP-C | | | | | | |
| 03/06/2017 | 11:54 FLX | 151/96 | | | | Sterett, Justin MD |

Millbrook - 000279

**Begin Date:** 01/01/2017    **End Date:** 01/01/2018
**Reg #:**    13700-026    **Inmate Name:** MILLBROOK, KIM LEE

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| | | Orig Entered: 03/06/2017 13:56 EST | | Sterett, Justin MD | | |
| 02/16/2017 | 06:51 FLX | Unavailabl | | | | Osagie, A. MLP |
| | | Orig Entered: 02/16/2017 08:53 EST | | Osagie, A. MLP | | |
| 01/26/2017 | 12:30 FLX | 151/107 | Left Arm | Standing | Adult-regular | Choi, A. NP-C |
| | | Orig Entered: 01/26/2017 16:02 EST | | Choi, A. NP-C | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 08/17/2017 | 11:54 FLX | 98 | Room Air | Sterett, Justin MD |
| | Orig Entered: 08/17/2017 13:57 EST | | Sterett, Justin MD | |
| 03/06/2017 | 11:54 FLX | 98 | Room Air | Sterett, Justin MD |
| | Orig Entered: 03/06/2017 13:56 EST | | Sterett, Justin MD | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 08/17/2017 | 11:54 FLX | 217.0 | 98.4 | | Sterett, Justin MD |
| | Orig Entered: 08/17/2017 13:57 EST | | | Sterett, Justin MD | |

Millbrook - 000280